🖘JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** I     **Investigating Agency** FBI/IRS

**City** Lowell, MA     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.    x     Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   20-7123, 7124-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Abhijit Das     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name: "Beej" Das

Address: (City & State) North Andover, MA

Birth date (Yr only): 1973   SSN (last4#): 5344   Sex: M   Race: Pac. Asian   Nationality: USC

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Neil Gallagher    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/28/2021    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 52 USC 30116(f) | Excessive Campaign Contributions | 1 |
| Set 2 | 52 USC 30122 | Conduit Contributions | 2 |
| Set 3 | 52 USC 30114(b) | Conversion of Campaing Funds | 3 |
| Set 4 | 18 USC 1001(a)(1) | Scheme to Falsify, Conceal, and Cover Up Material Facts | 4 |
| Set 5 | 18 USC 1001(a)(2) | Making a Mateirally False Statement | 5-6 |
| Set 6 | 18 USC 2 | Aiding and Abetting | 1-6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____