AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ABHIJIT DAS, a.k.a. "Beej" Das | ) <br> )    Case No.    21CR10200 <br> ) <br> ) <br> ) <br> ) |
| _____<br>*Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ABHIJIT DAS, a.k.a. "Beej" Das                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Excessive Campaign Contributions, in violation 52 U.S.C. §§ 30116(f); Conduit Contributions, in violation of 52 U.S.C. §
30122; Conversion of Campaign Funds, in violation of 52 U.S.C. § 30114(b); Scheme to Falsify, Conceal, and Cover Up
Material Facts, in violation of 18 U.S.C. §§ 1001(a)(1); Making a Materially False Statement, in violation of
18 U.S.C. §§ 1001(a)(2) and 2, and Aiding and Abetting, in violation of 18 U.S.C. 2

Date:     06/28/2021                                          /s/ Page Kelley
                                                   _____
                                                      *Issuing officer's signature*

City and state:     Boston, Massachusetts                     Chief Magistrate Judge Page Kelley
                                                   _____
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____         _____ <br>                                              *Arresting officer's signature* <br><br>                                              *Printed name and title* |