IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 21-10200 |
| ) | |
| ABHIJIT DAS, a/k/a "Beej" Das ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on June 29, 2021, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Date: June 29, 2021