AO 442 (Rev. 11/11) Arrest Warrant

11297712

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
ABHIJIT DAS, a.k.a. "Beej" Das

Defendant

Case No. 21cr10200

RECEIVED By USMS at 6:03 pm, Jun 28, 2021

FILED IN CLERKS OFFICE 2021 JUL -1 PM 1:03 U.S. DISTRICT COURT DISTRICT OF MASS

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ABHIJIT DAS, a.k.a. "Beej" Das,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Excessive Campaign Contributions, in violation 52 U.S.C. §§ 30116(f); Conduit Contributions, in violation of 52 U.S.C. § 30122; Conversion of Campaign Funds, in violation of 52 U.S.C. § 30114(b); Scheme to Falsify, Conceal, and Cover Up Material Facts, in violation of 18 U.S.C. §§ 1001(a)(1); Making a Materially False Statement, in violation of 18 U.S.C. §§ 1001(a)(2) and 2, and Aiding and Abetting, in violation of 18 U.S.C. 2

Date:   06/28/2021

/s/ Page Kelley
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Chief Magistrate Judge Page Kelley
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/29/2021

*Arresting officer's signature*

*Printed name and title*