# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 21-cr-10200-RGS |
| v. | ) ) |  |
| ABHIJIT DAS, | ) ) |  |
| Defendant. | ) ) ) |  |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Please enter my appearance as attorney for the defendant Abhijit Das in the above-entitled case.

/s/ *George W. Vien*
George W. Vien (BBO# 547411)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com

Dated: July 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2021.

/s/ *George W. Vien*
George W. Vien