UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABHIJIT DAS, )<br>)<br>Defendant. )<br>) | Criminal No. 21-cr-10200-RGS |

### NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for defendant Abhijit Das in the above-entitled case.

/s/ Michelle R. Pascucci
Michelle R. Pascucci (BBO# 690889)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
mrp@dcglaw.com

Dated: July 14, 2021

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2021.

/s/ *Michelle R. Pascucci*
Michelle R. Pascucci