UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABHIJIT DAS, a.k.a. "Beej" Das )<br>)<br>Defendant. ) | Case No. 21-cr-10200-RGS |

## JOINT INITIAL STATUS REPORT

The United States, and the defendant through his counsel, respectfully submit the following Status Report pursuant to Local Rules 116.5(a) for the Initial Status Conference scheduled for August 11, 2021 at 11:00 a.m.  Based on the following, the parties respectfully submit that the Court should cancel the Initial Status Conference and schedule an Interim Status Conference for early October 2021.

### Overview of the Case

1.	The indictment was returned on June 28, 2021 and charges defendant ABHIJIT DAS with three counts of violations of the Federal Election Campaign Act ("FECA"), one count of engaging in a scheme to cover up material facts from the Federal Election Commission ("FEC"), and one count of making a materially false statement to the FEC.  The indictment arises out of alleged conduct that took place when DAS was a candidate for Congress in the 2017-2018 election.

2.	The defendant made his initial appearance on the indictment and was arraigned on June 29, 2021.  The defendant is not in custody and is on conditions of pre-trial release.

### Status of Automatic Discovery

3.	The Government made an initial production of discovery including the required automatic discovery disclosures on August 4, 2021.  The initial production of discovery included more than 34,000 pages of documents and other records and included, among other items, third

party business and bank records, investigative reports, search warrant applications, FEC records, and the more relevant email and text communications of the defendant.

4. There are no outstanding discovery requests.

### Timing of Additional Discovery to be Produced

5. The only remaining item of Automatic Discovery under LR 116.1(c)(1) is the data from two email search warrants. The government anticipates that it will be able to provide copies of the emails seized and produced from the email search warrants within the next two to three weeks.

### Timing of Additional Discovery Requests

6. Since the defendant has just received the initial discovery, the defendant will need additional time to determine whether any written discovery requests will be necessary.

### Protective Orders

7. The parties submit that a protective order is not currently necessary.

### Timing of Pre-Trial Motions

8. The parties submit that since the defendant is still in the process of reviewing discovery that it is still too soon to determine whether any pre-trial motions will be necessary.

### Timing of Expert Witness Disclosures

9. The parties submit that the court should set a deadline for the disclosure of expert witness under Rule 16 as follows: 28 days before trial for the government and 14 days before trial for the defendant.

### Periods of Excludable Delay under the Speedy Trial Act

10. The parties submit that the following periods of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, should be excluded in the interests of justice:

a. The period from the initial appearance and arraignment on June 29, 2021, until the initial status conference on August 11, 2021, pursuant to LR 112.2(a)(1); and

b. The period from August 11, 2021 until the next status conference to enable the defendants to review discovery.

**Timing for Further Status Conference**

11. The parties submit that the court should set an interim status conference for early October 2021.

12. Undersigned counsel has shared a copy of this status report with counsel of record for the defendant who join in the report.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ *Neil Gallagher*
      Neil J. Gallagher, Jr.
      Assistant U.S. Attorney

Date Submitted: August 4, 2021

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.