# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21-cr-10200-RGS |
| )  | |
| v.  ) | |
| )  | |
| ABHIJIT DAS, ) | |
| )  | |
| Defendant. ) | |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Abhijit Das, through undersigned counsel, files this Motion to modify his conditions of release to allow travel throughout the continental United States. On June 29, 2021, this Court set conditions of release for the defendant. (Dkt. No. 11; The Order Setting Conditions of Release is Attached as Exhibit 1). The defendant is currently allowed to travel throughout New England and New York State. He is also allowed to travel to Florida as long as he submits his itinerary to the United States Probation Office prior to such travel. This motion requests that the defendant be allowed to travel anywhere in the continental United States as long as he submits his itinerary to the United States Probation Office prior to such travel. This motion also requests that he be allowed to continue to travel throughout New England and New York State without submitting an itinerary to the United States Probation Officer.

The government assents to this Motion.

/s/ George W. Vien
George W. Vien (BBO# 547411)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600

2

                          Boston, Massachusetts 02110
                          (617) 720-2880
                          gwv@dcglaw.com

Dated: October 18, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2021.

                          /s/ *George W. Vien*
                          George W. Vien