UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 21-cr-10200-RGS |
| ABHIJIT DAS, a.k.a. "Beej" Das ) | |
| ) | |
| Defendant. ) | |

**JOINT INTERIM STATUS REPORT**

The United States, and the defendant through his counsel, respectfully submit the following Status Report pursuant to Local Rule 116.5(b) for the Interim Status Conference scheduled for December 7, 2021 at 11:00 a.m. Based on the following, the parties respectfully submit that the Court should cancel the Interim Status Conference and schedule a Final Status Conference for late January 2022.

**Overview of the Case**

1. The indictment was returned on June 28, 2021 and charges defendant ABHIJIT DAS with three counts of violations of the Federal Election Campaign Act ("FECA"), one count of engaging in a scheme to cover up material facts from the Federal Election Commission ("FEC"), and one count of making a materially false statement to the FEC. The indictment arises out of alleged conduct that took place when DAS was a candidate for Congress in the 2017-2018 election.

2. The defendant made his initial appearance on the indictment and was arraigned on June 29, 2021. The defendant is not in custody and is on conditions of pre-trial release.

**Status of Automatic Discovery**

3. The Government made an initial production of discovery including the required automatic discovery disclosures on August 4, 2021. The initial production of discovery included more than 34,000 pages of documents and other records and included, among other items, third

party business and bank records, investigative reports, search warrant applications, FEC records, and the more relevant email and text communications of the defendant.

4.     On September 2, 2021, the government disclosed two separate batches of discovery, both relating to emails seized from email search warrants: USA-1 through USA-001025353 (emails and related attachments) and USA2-1 through USA2-000694440 (emails that were flagged as potentially privileged which have not been reviewed by the prosecution team).

5.     There are no outstanding discovery requests.

### Timing of Additional Discovery to be Produced

6.     From the government's perspective, the government states that is has completed Automatic Discovery pursuant to LR 116.1(c)(1).

### Timing of Additional Discovery Requests

7.     The parties submit that the defendant should be required to submit any written requests for discovery pursuant to LR 116.3 by December 8, 2021.

### Protective Orders

8.     The parties submit that a protective order is not currently necessary.

### Timing of Pre-Trial Motions

9.     The parties submit that since the defendant is still in the process of reviewing discovery that it is still too soon to determine whether any pre-trial motions will be necessary.

### Timing of Expert Witness Disclosures

10.    The parties submit that the court should set a deadline for the disclosure of expert witness under Rule 16 as follows: 28 days before trial for the government and 14 days before trial for the defendant.

### Periods of Excludable Delay under the Speedy Trial Act

11.     The parties submit that the following periods of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, should be excluded in the interests of justice:

   a. The period from the initial appearance and arraignment on June 29, 2021, until the initial status conference on August 11, 2021, pursuant to LR 112.2(a)(1);

   b. Pursuant to the Court's Order on August 5, 2021 (ECF No. 20), the period from August 11, 2021 until October 14, 2021;

   c. Pursuant to the Court's Order on October 8, 2021 (ECF No. 23), the period from October 14, 2021 until December 7, 2021; and

   d. The period from December 7, 2021 until the final status conference to permit the defendants to review discovery.

### Timing for Further Status Conference

12.     The parties submit that the court should set a final status conference for late January 2022.

13.     Undersigned counsel has shared a copy of this status report with counsel of record for the defendant who join in the report.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:     /s/ *Neil Gallagher*
        Neil J. Gallagher, Jr.
        Assistant U.S. Attorney

Date Submitted:  November 30, 2021

3

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<u>*/s/ Neil J. Gallagher, Jr.*</u>
Neil J. Gallagher, Jr.