UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ABHIJIT DAS, a.k.a. "Beej" Das )<br>)<br>Defendant. ) | Case No. 21-cr-10200-RGS |

**ASSENTED TO MOTION TO CONTINUE
FINAL STATUS CONFERENCE FOR 30 DAYS**

The United States, with the assent of counsel for the defendant, respectfully moves this Court to continue the final status conference currently set for March 24, 2022, at 11:00 a.m. for approximately 30 days. As grounds, the government submits that undersigned counsel begins a 2-week jury trial in the matter of *United States v. Bourget et al.,* 20cr10029-DJC on March 22, 2022. The parties additionally need more time to confer. Undersigned counsel has conferred with counsel for defendant who assents to the granting of this motion and behalf of the defendant agrees to waive the 30-day period of delay under the Speedy Trial Act.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Date Submitted:  March 18, 2022

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<i>/s/ Neil J. Gallagher, Jr.</i>
Neil J. Gallagher, Jr.
