# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>                                                  )       Case No. 21-cr-10200-RGS<br>ABHIJIT DAS                             )<br>                                                  )<br>**Defendant.**                          ) | |

## FINAL STATUS REPORT

The United States respectfully submits the following status report regarding the above captioned case pursuant to Local Rules 116.5(c) for the final status conference now scheduled for April 28, 2022, at 11:45 a.m.

## Rule 116.5(c) Issues

Concerning the issues in Local Rule 116.5(c), the government submits the following:

1. At this point, it is still too early to determine whether the defendant will proceed to trial.

2. The defendant and the government request a pre-trial hearing before the U.S. District Court Judge for the purpose of discussing a trial date and the scheduling of the filing of pre-trial motions and other pre-trial deadlines.

3. The parties further state:

    a. The government represents that it has completed automatic discovery under LR 116.1(c)(1)

    b. There are currently no outstanding discovery disputes. The defendant reserves the right to make additional discovery requests as needed.

    c. The government anticipates producing any remaining *Jencks* material, including the grand jury testimony of potential government witnesses 30 days

      before the actual trial date. The government will make any additional disclosures, if necessary, pursuant to LR 116.1(c)(2), 21 days before the actual trial date.

d. Other than motions in limine, the defendant does not intend to file any pre-trial motions.

e. The Court should exclude the time from the final status conference, April 28, 2022, until the date of the first pre-trial conference before the district court judge.

f. If the case proceeds to trial, the parties anticipate that the case will take approximately two-weeks.

Undersigned counsel has shared a copy of this status report with counsel of record for the defendant.

                                              Respectfully submitted,

                                              RACHAEL S. ROLLINS
                                              United States Attorney

                           By:    /s/ *Neil Gallagher*
                                   Neil J. Gallagher, Jr.
                                   Assistant U.S. Attorney

Date Submitted: April 21, 2022

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/ *Neil J. Gallagher, Jr.*
                                       Neil J. Gallagher, Jr.