UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 21-10200-RGS

UNITED STATES OF AMERICA

v.

ABHIJIT DAS

**FINAL STATUS REPORT**

June 1, 2022

Boal, M.J.

A status conference was held on May 11, 2022. Docket No. 38. Based on that conference, this Court enters the following report and order:

1. The parties request that the case be transferred to the District Judge assigned to this case for an initial pretrial conference.

2. The parties have produced all discovery they intend to produce at this time.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. The defendant may file a motion to suppress under Fed. R. Crim. P. 12(b). Any such motion must be filed by June 27, 2022, and the government shall respond within two weeks after the filing of the motion.

5. Based upon the orders of the Court dated June 29, 2021, August 6, 2021, October 8, 2021, November 30, 2021, January 20, 2022, and March 22, 2022, as of April 28, 2022, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. In addition, this Court has excluded the time until June 27, 2022.

6. The estimated length of trial is approximately two weeks.

      / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE