UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-cr-10200-RGS |
| v. | ) | |
| ABHIJIT DAS, | ) | |
| Defendant. | ) | |

ASSENTED-TO MOTION TO EXTEND TIME TO FILE A MOTION TO SUPPRESS

The defendant, Abhijit Das, hereby moves for an extension of two weeks, to July 11, 2022, to file a potential motion to suppress. In support of this motion, the defendant states that he seeks only a modest extension of time; that the request is based on the other time commitments of undersigned counsel; and that the Government assents to the relief requested herein.

Respectfully submitted,

For the Defendant,

*/s/ Michelle R. Pascucci*
George W. Vien (BBO # 547411)
Michelle R. Pascucci (BBO # 690889)
Donnelly Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA  02110
(617) 720-2880
gwv@dcglaw.com
mrp@dcglaw.com

Dated:  June 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2022.

/s/ *Michelle R. Pascucci*
Michelle R. Pascucci

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for the Defendant has conferred with counsel for the Government in an effort to narrow or resolve the issues raised in this motion. The Government has assented to this motion.

Dated: June 23, 2022

/s/ *Michelle R. Pascucci*
Michelle R. Pascucci