UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>ABHIJIT DAS, A/K/A "Beej" Das, )<br>) | Crim. No. 1:21-cr-10200-RGS |

## APPEARANCE OF COUNSEL FOR THE DEFENDANT

Please enter my appearance on behalf of the Defendant, Abhijit Das.

                                                 ABHIJIT DAS
                                                 By His Attorneys,

J. W. CARNEY, JR. & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
JCarney@CARNEYdefense.com

October 17, 2022