UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V.                       ) <br> ) <br> ABHIJIT DAS, A/K/A "Beej" Das, ) <br> ) | Crim. No. 1:21-cr-10200-RGS |

**APPEARANCE OF COUNSEL FOR THE DEFENDANT**

Please enter my appearance on behalf of the Defendant, Abhijit Das.

ABHIJIT DAS
By His Attorneys,

J. W. CARNEY, JR. & ASSOCIATES

*Nathaniel R. Carney*
Nathaniel R. Carney
B.B.O. # 709020
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
NCarney@CARNEYdefense.com

October 17, 2022