UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA   )
   )
v.   )   Crim. No. 1:21-cr-10200-RGS
   )
ABHIJIT DAS   )
_____)

### DEFENDANT'S ASSENTED-TO MOTION FOR CONTINUANCE OF TRIAL

The defendant, Abhijit Das, moves that this Court grant a continuance for the trial of this matter. The defendant moves that the Court continue the trial from its presently scheduled date, January 10, 2023, to a date convenient to the Court in June 2023 as defense counsel is unavailable to try this case on January 10, 2023. The government, through its representative Assistant United States Attorney Neil Gallagher, assents to the defendant's request. As grounds for the request, the defendant states the following:

1. The defendant has been indicted on charges of Excessive Campaign Contributions, Conduit Contributions, Conversion of Campaign Funds, Scheme to Falsify, Conceal and Cover Up Material Facts, and two counts of Making a Materially False Statement. The indictments returned on June 28, 2021, and the defendant was arraigned the following day. The defendant is not in custody.

2. The defendant retained undersigned counsel in October 2022, and counsel filed his appearance in this matter on October 17, 2022.

3. The issues in this case are complex. The government alleges that the defendant accepted campaign contributions in excess of the limits imposed by statute and

1

coordinated the transfers of these donations through multiple different individuals, while only listing the defendant's name as the donor of these funds. The government also alleges that the defendant falsified and concealed these donations and individual donors by failing to list their names and donation amounts on the campaign's statutorily required filings. Moreover, the government contends that the defendant converted congressional campaign funds to pay for personal and business expenses, debts, and obligations and sought to conceal these transfers by making materially false statements and representations on his quarterly reports to the Federal Election Commission. These events allegedly unfolded over a heavily contested campaign for Congress in 2017-2018.

4. The defendant requests a continuance in order to have sufficient time to prepare for trial and for his counsel to have sufficient time to review, study, and understand the government's discovery in order to be properly prepared for trial.

5. The Parties discussed discovery and other trial related issues on November 16, 2022. Opposing counsel, Assistant U.S. Attorney Gallagher, assents to the defendant's request to continue the trial date to June 2023. Additionally, the government has represented that it will provide counsel discovery.

6. In light of the immense amount of materials counsel anticipates will be provided by the government, counsel's recent enrollment in the case, and the complexity of this matter, the defendant requests a six-month continuance of the trial to June 2023. Additionally, counsel has a previously scheduled jury trial beginning on

January 10, 2023 in Suffolk Superior Court, *Commonwealth v. Elena Gaston*, No. 1684 CR 00255.

7. The Parties also request that the Court exclude the period of time from the date of the hearing on this motion to the trial date under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, in the interests of justice. Specifically, this continuance is essential to afford counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the defendant moves that this motion be allowed, and the Court continue the trial of this matter to a date convenient for the Court in June 2023 or any date thereafter.

ABHIJIT DAS
By His Attorneys,
J. W. CARNEY, JR. & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

Nat Carney
B.B.O.# 709020

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
JCarney@CARNEYdefense.com
NCarney@CARNEYdefense.com

November 29, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:21-cr-10200-RGS |
| | ) | |
| ABHIJIT DAS | ) | |

### AFFIDAVIT SUPPORTING DEFENDANT'S ASSENTED-TO MOTION FOR CONTINUANCE OF TRIAL

I, J.W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

November 29, 2022