# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Criminal No. 20-10020-RGS |
| ) | |
| **ABHIJIT DAS,** ) | |
| **Defendant** ) | |

## JOINT MOTION FOR ORDER CLARIFYING
## ENDS-OF-JUSTICE CONTINUANCE,
## AND EXCLUSION OF TIME,
## UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Neil J. Gallagher, Jr., and the defendant through undersigned counsel, respectfully move this Court for an order clarifying that the Court granted a continuance of the time within which the trial of the charged offenses must commence, and excluded the time period from June 27, 2022, through and including June 5, 2023, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by excluding these periods and granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Excludable Delay*. In support of this request, the parties state as follows:

1

1. The final status conference before U.S. Magistrate Judge Jennifer C. Boal took place on May 11, 2022. At the conclusion of that hearing, Judge Boal issued an order excluding the time under the Speedy Trial Act until June 27, 2022.

2. Upon receipt of Judge Boal's report, this Court set a trial date for January 5, 2023. Successor counsel entered their appearance on October 17, 2022 and requested a continuance of the trial date to obtain and review discovery. On November 29, 2022, the defendant filed a motion to continue the January 5, 2023 trial date and requested an exclusion of time under the Speedy Trial Act until the new trial date (ECF 51). The Court granted the defendant's motion and re-set the trial date for June 5, 2023 (ECF 52).

3. The parties submit that their purpose in seeking the continuance and the order for excludable delay was to ensure that the defendant and his counsel have the reasonable time necessary to review discovery, investigate the evidence, consider whether to file pretrial motions, and then prepare any pretrial motions. The parties also submit that the time excluded was "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

3. Accordingly, the parties ask this Court to enter the attached proposed order clarifying that it granted a continuance of the time within which the trial of the charged offense(s) must commence, and excluded the time period from June 27, 2022, through and including June 5, 2023, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv)

of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the

District of Massachusetts (effective December 2008).

Respectfully submitted,

| | |
|---|---|
| ABIJIT DAS, | RACHAEL S. ROLLINS |
| By his attorney, | United States Attorney |
| | |
| /s/ *J.W. Carney/Nat Carney*_____ | /s/ *Neil Gallagher* |
| J.W. Carney, Jr. | Neil J. Gallagher, Jr. |
| Nat Carney | Assistant U.S. Attorney |
| J.W. Carney, Jr. & Associates | |
| 20 Park Plaza, Ste 1405 | |
| Boston, MA 02116 | |

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: *Neil Gallagher*_____
Neil Gallagher
Assistant U.S. Attorney