UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v. ) | **Criminal No. 21-10200-RGS** | |
| ) | | |
| **ABHIJIT DAS,** ) | | |
|     **Defendant** ) | | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking clarification of an order of excludable delay from June 27, 2022 through and including June 5, 2023, the Court finds as follows:

1. The final status conference before U.S. Magistrate Judge Jennifer C. Boal took place on May 11, 2022. At the conclusion of that hearing, Judge Boal issued an order excluding the time under the Speedy Trial Act until June 27, 2022.

2. Upon receipt of Judge Boal's report, this Court set a trial date for January 5, 2023. Successor counsel entered their appearance on October 17, 2022, and requested a continuance of the trial date to obtain and review discovery. On November 29, 2022, the defendant filed a motion to continue the January 5, 2023 trial date and requested an exclusion of time under the Speedy Trial Act until the new trial date (ECF 51). The Court granted the defendant's motion and re-set the trial date for June 5, 2023 (ECF 52).

3. The Court also granted a continuance of the time within which the trial of the charged offenses must commence on the ground that the requested continuance and exclusion were necessary to ensure that the defendant and his counsel had "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(7)(B)(iv) and Section

1

5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

4. The Court thus confirms that the ends of justice served by continuing the time within which the trial of the offenses charged in the indictment must commence, and excluding the time period from June 27, 2022 through and including June 5, 2023, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

Accordingly, the Court hereby grants the parties' *Joint Motion for Order Clarifying Ends-of-justice Continuance, and Exclusion of Time, Under the Speedy Trial Act.*

_____
HON. RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

_____
DATE ENTERED