UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 1:21-cr-10200-RGS |
| ABHIJIT DAS | ) ) ) | |

## MOTION FOR J. W. CARNEY, JR. TO WITHDRAW AS COUNSEL

Attorney J. W. Carney, Jr. moves this Court for leave to withdraw as counsel for the defendant, Abhijit Das. As grounds, there has been an irretrievable breakdown in the attorney-client relationship. Additionally, the defendant has other counsel, Attorney George Vien, who continues to represent him on this matter. Further support of this motion is contained in an affidavit of counsel, which is submitted under seal.

ABHIJIT DAS
By His Attorneys,
J. W. CARNEY, JR. & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
JCarney@CARNEYdefense.com

February 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.