UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 1:21-cr-10200-RGS |
| ABHIJIT DAS | ) ) ) | |

## MOTION FOR NAT CARNEY TO WITHDRAW AS COUNSEL

Attorney Nat Carney moves this Court for leave to withdraw as counsel for the defendant, Abhijit Das. As grounds, there has been an irretrievable breakdown in the attorney-client relationship. Additionally, the defendant has other counsel, Attorney George Vien, who continues to represent him on this matter. Further support of this motion is contained in an affidavit of counsel, which is submitted under seal.

          ABHIJIT DAS
          By His Attorneys,
          J. W. CARNEY, JR. & ASSOCIATES

          *Nat Carney*
          Nat Carney
          B.B.O. # 709020
          20 Park Plaza, Suite 1405
          Boston, MA 02116
          617-933-0350
          NCarney@CARNEYdefense.com

February 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

          *Nat Carney*
          Nat Carney