UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:21-cr-10200-RGS |
| | ) | |
| ABHIJIT DAS | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
AFFIDAVITS UNDER SEAL AND EX PARTE**

The defendant, Abhijit Das, moves for leave to file under seal and ex parte affidavits

supporting motions by Attorneys J. W. Carney, Jr. and Nat Carney to withdraw as counsel. As

grounds, the affidavits state the reasons why counsel are seeking to withdraw from representing

the defendant. The affidavits contain summaries of attorney-client communications and should

be sealed from the prosecutors and the public.

> ABHIJIT DAS
> By his attorneys,
> J. W. CARNEY, JR. & ASSOCIATES
>
> *J. W. Carney, Jr.*
>
> J. W. Carney, Jr.
> B.B.O. # 074760
>
> *Nat Carney*
>
> Nat Carney
> B.B.O. # 709020
>
> 20 Park Plaza, Suite 1405
> Boston, MA 02116
> 617-933-0350
> JCarney@CARNEYdefense.com
> NCarney@CARNEYdefense.com

February 13, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Nat Carney*

Nat Carney