# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS, "a/k/a/ "Beej" Das<br><br>Defendant. | Cr. No. 1:21-10200-RGS |

## NOTICE OF APPEARANCE

I am admitted to practice in this court, and I appear in this case as counsel for Abhijit Das. Mr. Das consents for all other defense counsel to withdraw from the case.

Dated: April 7, 2023

Respectfully submitted:

By his counsel

/s/ *Michael Kendall*
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO# 709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
Michael.Kendall@whitecase.com
Abigail.Mahoney@whitecase.com

## **CERTIFICATE OF SERVICE**

      This document is being filed on the date appearing in the header through the ECF system, which will provide electronic copies to counsel of record.

                              /s/ *Michael Kendall*
                              Michael Kendall