UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS, "a/k/a/ "Beej" Das<br><br>Defendant. | Cr. No. 1:21-10200-RGS |

## MOTION TO CONTINUE

Defendant Abhijit Das moves that the Court reschedule the start of his trial from June 5, 2023 to October 2, 2023. The Government assents to this motion.

Dated: April 7, 2023

    Respectfully submitted:

    By his counsel

    /s/ *Michael Kendall*
    Michael Kendall (BBO # 544866)
    Abigail Mahoney (BBO# 709427)
    WHITE & CASE LLP
    75 State Street
    Boston, MA 02109-1814
    Telephone: (617) 979-9310
    Michael.Kendall@whitecase.com
    Abigail.mahoney@whitecase.com

## CERTIFICATE OF SERVICE

      This document is being filed on the date appearing in the header through the ECF system, which will provide electronic copies to counsel of record.

                                      /s/ *Michael Kendall*
                                      Michael Kendall