UNITED STATES DISTRICT COURT
                              DISTRICT OF MASSACHUSETTS

|                              |   |                                  |
|------------------------------|---|----------------------------------|
| UNITED STATES OF AMERICA     | ) | Criminal No. 21-cr-10200-RGS     |
|                              | ) |                                  |
| v.                           | ) |                                  |
|                              | ) |                                  |
| ABHIJIT DAS,                 | ) |                                  |
|                              | ) |                                  |
|    Defendant. | ) |                                  |

## ASSENTED TO MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c) undersigned counsel seeks leave of court to withdraw as counsel for the Defendant, Abhijit Das in the above-entitled case. Successor counsel has entered an appearance. Docket Entry 64. A trial is currently scheduled for June 5, 2023 but successor counsel has filed an assented to motion to continue the trial to October 2, 2023. Docket Entry 65.

Accordingly, undersigned counsel requests that he be allowed to withdraw as counsel for the Defendant.

Both the government and the defendant assent to this motion.

/s/ George W. Vien
George W. Vien (BBO# 547411)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com

Dated: April 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2023.

                                                  /s/ *George W. Vien*
                                                  George W. Vien