# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ABHIJIT DAS, "a/k/a/ "Beej" Das

Defendant.

Cr. No. 1:21-10200-RGS

## NOTICE OF APPEARANCE

I, Abigail Mahoney of White & Case, LLP, am admitted to practice in this court, and I appear in this case as counsel for Abhijit Das.

Dated: April 19, 2023

Respectfully submitted:

By his counsel

*/s/ Abigail Mahoney*
Abigail Mahoney (BBO# 709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
Abigail.mahoney@whitecase.com

## <u>CERTIFICATE OF SERVICE</u>

This document is being filed on the date appearing in the header through the ECF system, which will provide electronic copies to counsel of record.

/s/ *Abigail Mahoney*
Abigail Mahoney