White & Case LLP
75 State Street
Boston, MA 02109-1814
T +1 617 979 9300

whitecase.com

April 12, 2023

Re: United States v. Abhijit Das, No. 21-cr-10200

Dear Neil:

I have entered my appearance and am writing to you as Mr. Das' trial counsel. We have the below discovery requests of the government. If the government has already provided some of this information and we missed it in the transition, I apologize for the inconvenience and would welcome your direction.

We request:

1. Information regarding the email search warrants in this case. Please provide us with:

   a. The specific search terms and search parameters that law enforcement used in reviewing the data produced by Google in response to the warrants for the beej@dasforcongress.com and adas@trocahotels.com email accounts and associated data. The authority that such search terms are not subject to the work-product doctrine can be found in Judge Stearns' decision in *United States v. Cadden*, No. 14-10363-RGS, 2015 U.S. Dist. LEXIS 133048, at *7-8 (D. Mass. Sep. 30, 2015).
   b. The dates, search terms, and search parameters for the initial search and any subsequent searches of the beej@dasforcongress.com and adas@trocahotels.com email accounts and associated data.
   c. The government's position as whether it has an ongoing right to do additional searches of the emails after its initial search, without any further permission from the Court.

2. With respect to the government's promises, rewards, and inducements to Toby Chaudhuri, all statements the government made to Mr. Chaudhuri or his counsel concerning the government's opinion as to the truthfulness of his statements to the government, and any consequences Mr. Chaudhuri might face if the government believed any part of his statements was false. This request includes, but is not limited to, statements made on or before June 3, 2021.

WHITE & CASE

3. Copies of the emails and/or written statements that the Lowell Five Bank gave to the FBI agents interviewing the bank's employees. *See, e.g.* 6/26/2020 FBI Report of Ashley LaBonte, p.1, USAO DAS 00032497.

4. An unredacted version of the 6/26/2020 FBI interview report of Sophavy Eath, USAO DAS 00032543. We understand that the Bureau routinely redacts certain identifying data, such as "File #", social security numbers, etc. We are not writing in reference to such redactions. The Eath report appears to have redactions in its narrative on pages 1 and 3. In addition, if there have been redactions to the narrative of any other FBI interview reports, we similarly request unredacted copies or a statement identifying the redacted reports and stating why redaction is appropriate?

5. Can you please confirm that USAO DAS 0003265 is a renumbered version of LSGI 001970 produced by Arent Fox?

We would be happy to discuss this with you by telephone, if that will clarify any issues.

Sincerely,

*[signature: M Kendall]*

**Michael Kendall**

Enclosures