

**U.S. Department of Justice**

**Rachael S. Rollins**
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

May 8, 2023

Michael Kendall
Abigail Mahoney
White & Case, LLP
75 State Street
Boston, MA 02109

      Re:    *United States v. Abhijit Das*, 21-cr-10200-RGS
                Defendant's Request for Additional Discovery (April 12, 2023)

Counsel:

      Pursuant to MA LR 116.3(a), I am writing you in response to your May 2, 2023 letter. I apologize again for missing the last page of your April 12, 2023 letter. I will address those requests firsts, 3a through 3f.

      First, with regards to your request for the documents shown the Lowell Five Bank employees (3a) and for an unredacted version for the 302 report of Sophavy Eath and Mallorie Marchand, I need to have further discussions with you about these items. I am currently lawfully prohibited from providing this information to you without a court order. I am willing petition the court for that order, but I need more discussions with you to explain the potential parameters of the disclosures which will require a strict protective order. Hopefully we can talk about this next week.

      Second, with regards to your request for an unredacted version of LSGI 001970, I can confirm that the redactions were made by Arent Fox, I assume based on the attorney-client privilege. A copy of the version of the document received from our subpoena to Liberty Square Group is attached.

      Third, with regard to requests regarding Toby Chaudhuri (3b), you indicated that the 302 report of the April 5, 2021 interview did not reveal the substance of the interview. I think you may have overlooked this report. The FBI 302 report is 6 pages in length and summarizes the interview. I have attached another copy for your records.

      Fourth, regarding your request for the handwritten notes for interviews for Toby Chaudhuri (3c and 3d) and the handwritten notes in this case, the government will provide copies

of the handwritten notes of the interviews of Chaudhuri as well as the other handwritten notes from other interviews as soon as I get them from the agents. The discovery includes coversheets reflective of the handwritten notes and the agents have preserved their notes consistent with MA LR 116.9.

With regards to paragraph 2 of your May 2, 2023 letter, regarding grand jury testimony of witnesses, please be advised in addition to Chaudhuri, the following civilian witnesses also testified before the grand jury in connection with the indictment in this case: Eric Chast, Jay Shah, and Sean Smith. As with Chaudhuri, the government will agree to provide these transcripts to you at least 30 days before and am happy to do that on or about September 1, 2023.

Finally, pursuant to your request regarding the discovery produced to prior counsel in this case, attached please find a copy of all the discovery letters in this case. When we get together next week let's talk about how I make sure that you get all the prior discovery produced.

Please let me know if you have any question or concerns.

Very truly yours,

RACHEL S. ROLLINS
United States Attorney

By: /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney