WHITE & CASE

White & Case LLP
75 State Street
Boston, MA 02109-1814
T +1 617 979 9300

whitecase.com

May 3, 2023

Neil J. Gallagher, Jr., Esq.
Assistant U. S. Attorney
Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, MA  02210

RE:  United States v. Abhijit Das, No. 21-cr-10200

Dear Neil:

Thank you for responding to my letter so quickly after your vacation.  I am writing to follow up on several issues:

1.      In response to your April 25, 2023 email, I am confirming we have the hard drive containing the group of "PPM" emails you asked about.

2.      We appreciate the statement in your letter that you will produce Mr. Chaudhuri's grand jury transcript 30 days prior to trial, which is Saturday, September 2, 2023. I interpret your letter as informing us that this is the only grand jury transcript that the government will be providing. If I am misinterpreting your letter and there will be other transcripts, could you please let me know?  And to expedite delivery, and follow the spirit of Labor Day, could you email me the transcript on September 1 or 2?  The use of U.S. Mail or even Fedex will result in a delay over the holiday weekend.

3.      There are some outstanding issues from our April 12 letter.

        a.      We requested a copy of the Lowell Five documents referenced in the 302 reports of the interviews of the bank employees. See, e.g., USAO DAS 00032497.  We understand Lowell Five may have had other communications with DOJ, FEC and/or FBI.  Can you provide us with copies of all such documents and communications?

        b.      The FBI 302 report of the April 5, 2021 contact with Mr. Chaudhuri (USA DAS 00033078) states the FBI interviewed him. The report does not describe the substance of the interview. Did the agents memorialize the substance of the interview? If so, will the government produce the report?  See Local Rule 116.2 (b)(1)(A).  If the agents did not memorialize this conversation, is there a reason why?

   c. We assume all of the agents' rough notes have been preserved pursuant to Local Rule 116.9. Please produce the rough notes of the April 5, 2021 interview and all other contacts with Mr. Chaudhuri.

   d. Will the government produce all of the agents' other rough notes from this case?

   e. We asked for an explanation of the redaction on the FBI 302 report of the interview of Sophavy Eath (USAO DAS 00032543). We now note that the 302 report of the interview of Mallorie Marchand (USAO DAS 00032512) is also redacted. Please provide un-redacted copies of these reports or an explanation for the reasons for the redactions.

   f. Document USAO DAS 0003265 is substantially redacted. It appears this is likely a renumbered version of document LSGI 001970 produced by Arent Fox. Could you please confirm that? If it is not the same document, please provide an un-redacted copy of 0003265, or an explanation for the redaction.

Prior defense counsel has been collegial and professional in transitioning the case. Nonetheless, it is possible that something may have slipped through the cracks in the transfer of the government's discovery. I assume you have electronic copies of the prior productions. Could you reproduce the production directly to White & Case? I hope that is not too burdensome a request, and expect it will give both of us added assurance and clarity.

Sincerely,

*[signature]*

**Michael Kendall**

cc: Abigail Mahoney

T +617-979-9310
E michael.kendall@whitecase.com