

[Type here]

