UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 21-cr-10200-RGS

UNITES STATES OF AMERICA,

V.

ABHIJIT DAS,

     Defendant.

## ASSENTED TO MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

     Pursuant to Local Rule 83.5.2(c) undersigned counsel seeks leave of court to withdraw as counsel for the Defendant, Abhijit Das, in the above-entitled case. Successor counsel has entered an appearance. Docket Entry 64. Additionally, Successor counsel has filed an assented to motion to continue the trial to October 2, 2023. Docket Entry 65 and the Court entered an Order that the trial be scheduled for October 2, 2023. Docket Entry 68.

     Accordingly, undersigned counsel requests that he be allowed to withdraw as counsel for the Defendant.

     Both the government and the defendant assent to this motion,

Respectfully submitted,

/s/ Neil F. Faigel

_____
Neil F. Faigel
BBO No. 551688
10 Main Street
Suite L - 2
Andover, MA 01810
(978) 681 – 9600
attyfaigel@comcast.net

Dated: July 6, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non – registered participants on July 6, 2023.

/s/ Neil F. Faigel

_____

Neil F. Faigel