PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Abhijit Das                     Docket No. 0101 1:21CR10200-RGS

### AMENDED PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Abhijit Das , who was placed under pretrial release supervision by the Honorable Jennifer Boal, on 6/29/2021 under the following conditions:

1. Submit to supervision by and report for supervision to the U.S Probation and Pretrial Services as directed
2. Travel is restricted to New England States, New York, and Florida.  Defendant must provide an itinerary of any trips to Florida to Probation prior to him leaving
3. Surrender any passport to U.S. Probation and Pretrial Services
4. Do not obtain a passport or any other travel document while this case is pending
5. Avoid all contact, directly or indirectly, with any person who is or may be a victim or potential witness in the investigation, prosecution, including: codefendants or other persons listed in the indictment (except family member 1 and family member 2) unless in the presence of counsel.  Government to provide a lists of potential victims and/or witnesses.
6. Notify your pretrial services officer immediately of any change in address, telephone, or employment
7. You shall not commit a federal, state, or local crime during the period of release.  You shall inform the pretrial services/probation officer immediately if you are charged with any offense.

And respectfully seeks action by the Court and for cause as follows:

On June 26, 2023, the Mr. Das was arrested in West Palm Beach, Florida, on a Federal Indictment charging him with 10 Counts of Wire Fraud (Dkt# 23-CR-10160-AK). It is alleged that he was involved in a multi-million-dollar wire fraud scheme, allegedly committed while on release in this case.

Mr. Das appeared in the Southern District of Florida on June 28, 2023, and was released to the District of Massachusetts with conditions.  Given that Mr. Das has been released from federal custody, the Probation Office requests that a summons be issued and a Show Cause Hearing be scheduled.

1

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☒ Issue a summons for the defendant to appear for a Show Cause Hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 7/6/2023                    Place: Boston, Massachusetts

/s/ April Nichols                         Date: 7/6/2023
April Nichols
U.S. Probation Officer Assistant

ORDER OF COURT

☐ Warrant to issue.
☒ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

Considered and ordered this __6th__ day of __July__, 202~2~3, and ordered filed and made part of the record in the above case.

_____
Judicial Officer