# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ABHIJIT DAS,<br><br>    Defendant | Crim. No. 21cr10200-RGS |

### JOINT MOTION TO CONTINUE UNITED STATES' MOTION TO REVOKE, OR IN THE ALTERNATIVE MODIFY DEFENDANT'S CONDITIONS OF PRE-TRIAL RELEASE

The Parties jointly move the Court to reschedule the hearing on the Government's Motion To Revoke, Or In The Alternative Modify Defendant's Conditions of Pre-Trial Release (DE 76) from July 11, 2023 to a date on or after August 7, 2023. They also request that any deadline for Mr. Das's written response to this motion be moved to August 1, 2023.

As grounds for this motion, the parties state that they hope that proceedings before Magistrate Judge M. Page Kelley in Mr. Das's other case, No. 1:23-cr-10160-AK, will resolve the matter and obviate the need for the Court to decide this motion. Furthermore, lead counsel for both parties have vacation scheduled in July 2023, which makes a mutually convenient earlier date difficult to find.

WHEREFORE, the Parties respectfully request that the Court continue the hearing until on or after August 7, 2023.

Dated: July 7, 2023                         Respectfully Submitted,

Joshua S. Levy                              Abhijit Das, by his counsel
Acting United States Attorney

By: */s/ Neil J. Gallagher, Jr.*            */s/ Michael Kendall*
    Neil J. Gallagher, Jr.                  Michael Kendall (BBO # 544866)
    Assistant U.S. Attorney                 Abigail Mahoney (BBO #709427)
                                            WHITE & CASE LLP
                                            75 State Street
                                            Boston, MA 02109-1814
                                            Telephone: (617) 979-9310
                                            michael.kendall@whitecase.com
                                            abigail.mahoney@whitecase.com

## **CERTIFICATE OF SERVICE**

      I, Michael Kendall, hereby certify that on July 7, 2023, I caused a true and accurate copy of the above document to be served on counsel of record by CM/ECF.


                                                            */s/ Michael Kendall*