UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br>    Defendant | Crim. No. 21cr10200-RGS |

**DEFENDANT ABHIJIT DAS'S UNOPPOSED MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant Abhijit Das moves for an order granting him leave to file partially under seal his written opposition to the government's motion to revoke or modify his conditions of pretrial release. In support of this motion, Mr. Das states as follows:

1. Under First Circuit law, the public has a "presumptive" right of access to judicial documents, *United States v. Kravetz,* 706 F.3d 47, 59 (1st Cir. 2013) (citing *Siedle v. Putnam Invs., Inc.*, 147 F.3d 7, 10 (1st Cir. 1998)), thus "'only the most compelling reasons can justify non-disclosure of judicial records that come within the scope of the common-law right of access.'" *Id.* When seeking to file under seal any confidential information, a party must show good cause for the impoundment. *See Kravetz*, 706 F.3d at 60.

2. Mr. Das seeks to redact part of one sensitive paragraph in his opposition filing. There is good cause for sealing under First Circuit precedent and Local Rule 7.2 because the paragraph refers to the contents of a sealed court order.

3. Mr. Das has attached to this motion a proposed publicly accessible version of his opposition filing, redacting only the paragraph of the document that is the subject of this motion. The redaction is no greater than necessary to protect secret information related to an ongoing investigation. Mr. Das will submit a complete, unredacted copy of his opposition filing to the government and to the Court for filing under seal.

4. Undersigned counsel consulted with the government regarding the nature and extent of the proposed redaction. The government has no objection to Mr. Das's sealing request.

## CONCLUSION

For the reasons stated herein, Mr. Das respectfully requests that the Court grant his Unopposed Motion to File Under Seal his Opposition to United States' Motion to Revoke or, in the Alternative, Modify Defendant's Conditions for Pre-Trial Release.

Dated: August 10, 2023

Respectfully submitted

Abhijit Das, by his counsel:

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO #709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
abigail.mahoney@whitecase.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Michael Kendall, hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred with counsel for the government prior to filing the forgoing Motion. The government has no objection to the Motion.

*/s/ Michael Kendall*

## CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that on August 10, 2023, I caused a true and accurate copy of the forgoing to be served on counsel of record by CM/ECF.

*/s/ Michael Kendall*