UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 21-CR-10200 |
| ABHIJIT DAS | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States. I am admitted and authorized to practice in this Court.  Please enter my appearance as counsel for the United States.

        Respectfully submitted,
        JOSHUA S. LEVY
        Acting United States Attorney

By: */s/ Elysa Q. Wan*
     Elysa Q. Wan
     Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Elysa Q. Wan*
        Elysa Q. Wan
        Assistant U.S. Attorney

Date: August 14, 2023