UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ABHIJIT DAS,

    Defendant

Crim. No. 1:21-cr-10200-RGS

### DEFENDANT'S LIST OF PERSONS TO BE DISCLOSED TO THE JURY

Pursuant to the Court's Pre-Trial order, Defendant Abhijit Das asks that the Court disclose the names of the following persons whose involvement or testimony could be presented to the jury.

1. All the persons on the Government's witness list

2. Dr. Mitras Das, North Andover, MA

3. Mukti Das, North Andover, MA

4. Kristen Campetti (contact through Thomas Hoopes, Esq., Libby Hoopes Brooks & Mulvey, P.C., Boston, MA)

5. Ajoy Bose, Saratoga, CA

6. Jay Shah, Philadelphia, PA

7. Toby Chaudhuri, Concord, MA

8. Luke Seibert, Augusta, ME

9. Sean Smith, Boston, MA

10. Deborah Belanger, Lowell, MA

11. Rise Ladebauche, Nashua, NH

12. David Wallace, Lowell, MA

13. Tom Hosey, Lowell Five Bank, Tewksbury, MA

14. Sue Silva, Lowell Five Bank, Tewksbury, MA

15. Lindsay Capodilupo, FBI Special Agent

16. Patrick Slaney, FBI Special Agent

17. Brian Moran, IRS Special Agent

18. Michael Gilmer, FBI Analyst

|  |  |
|---|---|
| Dated: September 18, 2023 | Respectfully submitted |
|  | Abhijit Das, by his counsel: |
|  | */s/ Michael Kendall*  <br>Michael Kendall (BBO # 544866)  <br>Abigail Mahoney (BBO #709427)  <br>WHITE & CASE LLP  <br>75 State Street  <br>Boston, MA 02109-1814  <br>Telephone: (617) 979-9310  <br>michael.kendall@whitecase.com  <br>abigail.mahoney@whitecase.com |

## CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that on September 18, 2023, I caused a true and accurate copy of the above document to be served on counsel of record by CM/ECF.

<i><u>/s/ Michael Kendall</u></i>