#### UNITED STATES DISTRICT COURT
#### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>    Defendant | Crim. No. 21cr10200-RGS |

#### DEFENDANT ABHIJIT DAS'S EXHIBIT LIST

Defendant Abhijit Das respectfully submits the attached list of proposed exhibits for use in his case-in-chief.  Mr. Das reserves the right to supplement or modify this list upon reasonable notice to the government.


Dated: September 18, 2023                Respectfully submitted

                                         Abhijit Das, by his counsel:

                                         */s/ Michael Kendall*
                                         Michael Kendall (BBO # 544866)
                                         Abigail Mahoney (BBO #709427)
                                         WHITE & CASE LLP
                                         75 State Street
                                         Boston, MA 02109-1814
                                         Telephone: (617) 979-9310
                                         michael.kendall@whitecase.com
                                         abigail.mahoney@whitecase.com


#### CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that on September 18, 2023, I caused a true and accurate copy of the above document and its exhibits to be served on counsel of record by CM/ECF.

                                         /s/ *Michael Kendall*
                                         Michael Kendall

| Exhibit No. | Beg. Bates | End Bates | Description |
|---|---|---|---|
| DEFENDANT EXHIBIT 001 | BD-000001 | BD-000002 | Last Will and Testament of Mukti L. Das |
| DEFENDANT EXHIBIT 002 | BD-000003 | BD-000007 | Last Will and Testament of Mitra Das |
| DEFENDANT EXHIBIT 003 | | | Das for Congress Campaign Ad, https://youtu.be/I05M-QNfh74?si=5DD71rzBxp4Vb0_Z |
| DEFENDANT EXHIBIT 004 | | | Das for Congress Campaign Ad, https://youtu.be/pma6RnGRZg4?si=8bejc_VgrZSgUSxj |
| DEFENDANT EXHIBIT 005 | | | Das for Congress Campaign Ad, https://youtu.be/hDHjBteXIiA?si=OUbQf3zVpAkUMETu |