**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **Crim. No. 1:21-cr-10200-RGS** |
| ABHIJIT DAS, | |
| Defendant | |

## DEFENDANT ABHIJIT DAS'S REQUEST FOR *VOIR DIRE*

In addition to the Court's customary introduction to, and questions of, the jury, Mr. Das respectfully requests that the Court ask prospective jurors the following *voir dire* questions.  Mr. Das hereby reserves the right to supplement this proposed voir dire, delete questions or areas of inquiry from this proposed voir dire, or otherwise modify this proposed voir dire:

### Prior Exposure to the Case

1. Do you know or have you heard about the defendant, Abhijit "Beej" Das?  Please explain how you know the defendant, or what you have heard about him, and the source of anything you know or have heard about him.

2. During trial, you will hear evidence about the following companies and entities:

    a. the Stonehedge Hotel & Spa in Tyngsboro, Massachusetts;

    b. the Daniel Hotel in Brunswick, Maine;

    c. A yacht-based hotel named Troca One;

    d. Boston East Tyngsboro Holdings, LLC;

    e. Troca Holdings LLC;

    f. Troca Global Advisors LLC;

    g. Troca Hotels Management LLC;

    h. Troca Yachts Management LLC; and

      i.   TY One Holdings LLC.

      j.   The Lowell Five Cent Savings Bank

Do you, a member of your family, or a friend have any connection to any of these companies?

3. From time to time, this case has received media attention.  There is nothing wrong with having heard something about this case.  Have you seen, read, or heard a news story about this case or the defendant before coming to court today?  If the answer is yes, I would like to hear more from you so that we can learn more details about what you may know. [The defendant respectfully asks that the Court consider questioning at the bench if there is a concern about juror responses tainting jurors who have indicated they have not heard anything about the case.]

4. Do you have any knowledge about an election in 2018 for the Democratic nomination for Congress from the Massachusetts Third Congressional District in the Lowell-Merrimack Valley area?  Congresswoman Lori Trahan won that election.  If you indicated that you may know something about the election, I would like to hear more from you about what you may know.

**Work Experience**

5. Have you, or has anyone close to you, received training, either in school or on the job, in bookkeeping or accounting?  Please explain.

6. Have you ever owned or operated your own business?  If so, did you keep the books for that business?  Have you ever had to provide any reporting to the state or federal government related to the operation of that business?

7. Have you ever worked in banking or finance?  Please explain.

8. Have you ever received any training or had a job that involved compliance?  And by compliance I'm referring to activities related to making sure that a company or organization follows internal policies as well as any applicable regulatory requirements.  Please explain.

9. Have you ever received any training or had a job that involved fundraising?  Of what nature?  Please explain.

10. Have you ever had any formal education or training in law or legal studies, this might include having college or graduate courses in paralegal studies, criminal law, or legal policy?  Please describe the legal training you have received.

11. Have you ever had a job that involved supervising others?  Please describe what the job was, the time period you had the job, and what your supervisory duties were.

### Experiences Concerning Political Campaigns and Campaign Finance

12. Some people get involved in political campaigns or political committees from time to time, either as volunteers or as paid workers, or, sometimes even as candidates.  Other people never really get involved in political campaigns beyond going to the polls to vote.  I want to know about your level of involvement in political campaigns.  Have you ever: (1) worked for a political campaign, either as a volunteer or for pay; (2) made phone calls, raised funds, or attended a fundraising event for a candidate; (3) contributed money to a candidate; or (4) contributed to a political party?

**Follow-up questions:**

    a.   What campaigns (candidates, locations, dates) have you been involved in?

    b.   What did you do for those campaigns?

    c.   How has the experience of being involved with political campaigns affected your opinions of the political process?

    d.   Have you ever been actively involved with an organization that is associated with a political party? Please explain.

13. Some people believe that most political races are run "fair and square."  Other people are more cynical and believe that most political races involve corruption.  I want to know how you see it.  Do you believe that most political races probably involve some corruption.  What has led you to that belief?

14. This case relates to the federal campaign finance laws.  Do you have any experience with the laws that relate to the financing of elections for federal office? Have any of you studied those laws?  Have any of you written or commented about those laws – even, for instance, writing a letter to the editor about those laws?

15. There is often mention in the media about our system of campaign finance in the United States being "broken."  Do you feel that way? What does that mean to you when you say the system is "broken"?

**Potential Bias Due to Attitudes Towards Lawyers, Politicians, or South Asians**

16. Some people think that politicians and their staff members understand that they are subject to the same laws as everyone else.  Other people see it differently and believe that most politicians and their staff think they are above the law.  I want to know how you see it.  Do you believe that most politicians and their staff think they are above the law?

17. Do you have strong negative opinions about politics and politicians in general?

    a.   Follow up: What has led you to have those opinions?

18. Do you believe that people who run for political office should be held to a higher standard or should be judged more harshly than people who don't run for office?  If you indicated yes, please explain.

19. The defendant ran for Congress in the Democratic primary.  Do you believe that you would judge the defendant more harshly because of his affiliation with the Democratic party?  If you indicated yes, please explain.

20. We have all heard our share of lawyer jokes over the years.  Some of them are funny.  But, here we are faced with a very serious matter.  So, it is important for us to know if any of you hold strong negative feelings toward lawyers in general.  Generally speaking, do you have a negative opinion of lawyers? If you indicated yes, please explain.

21. What opinions, if any, do you have about the Bengali/South Asian community in Massachusetts? [and/or] Have you ever had a bad experience with someone who was of Bengali or South Asian?

**Criminal Justice System**

22. Even though the mere fact of an FBI investigation is not evidence of guilt, does your own common sense tells you that somebody who gets investigated by the FBI is probably guilty of something?  What experiences have you had that have led you to that belief?

23. You may hear testimony from law enforcement agents.  You should consider the testimony of such agents in the same manner as you consider the testimony of any other witness.  Would the fact that a witness works for a law enforcement agency affect your ability to consider his testimony in the same manner as the testimony of any other

witness?  Would you be more likely to believe the testimony of a law enforcement agent?  If you indicated yes, please explain.

24. Some people believe our criminal justice system is too soft on crime.  Other people see it differently; they believe the U.S. puts too many people behind bars.  We want to know which way you see it.  Do you believe our criminal justice system is too soft on crime?  What experiences have you had that have led you to that belief?

25. Do you believe that it is probably more likely than not that the defendant is guilty of some crime, otherwise the government would not have brought this case all the way to trial.  If you indicated yes, please explain.

26. Because a defendant is innocent until proven guilty and the burden of proof is on the government, a defendant does not have to take the witness stand or even present any evidence at all.  Even though that is the law, how many of you believe that a defendant should be required to take the witness stand and give testimony in his or her defense?  What experiences have you had that have led you to that belief?

27. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

Dated: September 18, 2023                    Respectfully submitted

Abhijit Das, by his counsel:

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO #709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
abigail.mahoney@whitecase.com

## **CERTIFICATE OF SERVICE**

I, Michael Kendall, hereby certify that on September 18, 2023, I caused a true and accurate copy of the above document to be served on counsel of record by CM/ECF.

*/s/ Michael Kendall*