UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Case No. 21-cr-10200-RGS<br>ABHIJIT DAS, a/k/a Beej Das, )<br>)<br>Defendant. ) | |

GOVERNMENT'S WITNESS LIST

The Government respectfully submits the following list of witnesses that it intends to call in its case-in-chief. The Government reserves the right to supplement and/or amend its list of witnesses with reasonable notice to the defendant, to call witnesses out of order, and to elect not to call certain witnesses at trial.

1. FBI Special Agent Lindsay Capodilupo, Washington, D.C., formerly in Chelsea, MA
2. FBI Forensic Auditor Catherine Osilama, Washington, D.C., formerly in Chelsea, MA
3. Scott Ferson, Liberty Square Group, Boston, MA
4. Eric Chast, Liberty Square Group, Boston, MA
5. Molly Horan, Issues Management Group, Boston, MA
6. Lucas Siebert, Seattle, WA
7. Brennan Spencer, Dewey Square Group, Boston, MA
8. Toby Chaudhuri, Concord, MA
9. Sean Smith, Wakefield, MA
10. Rise LaDebauche, Nashua, NH
11. Deborah Belanger, Lowell, MA
12. Jay H. Shah, Philadelphia, PA
13. Carmen Tzilotzioras, Lowell Five Bank, Tewksbury, MA

1

14. Mallorie Marchand, formerly of Lowell Five Bank, Tewksbury, MA

15. Caitlyn Dion, formerly of Lowell Five Bank, Tewksbury, MA

16. Ashely Labonte, Lowell Five Bank, Tewksbury, MA

17. Sophavy Eath, Lowell Five Bank, Tewksbury, MA

18. Linda A. Firth, formerly of Lowell Five Bank, North Andover, MA

19. David Wallace, Lowell Five Bank, Tewksbury, MA

20. John Pratt, Jr, Lowell Five Bank, Tewksbury, MA

21. Jaime Amrhein, Assistant Branch Chief, Reports Analysis Division, Federal Election Commission ("FEC")

22. Ben Holly, Senior Campaign Finance and Reviewing Analyst, Reports Analysis Division, FEC

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By:   /s/ *Neil Gallagher*
       Neil J. Gallagher, Jr.
       Elysa Q. Wan
       Assistant U.S. Attorneys

Date Submitted:  September 18, 2023

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.