UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)   Case No. 21-cr-10200-RGS<br>ABHIJIT DAS, a.k.a. "Beej" Das )<br>)<br>Defendant.   ) | |

UNITED STATES' EHXIBIT LIST

Pursuant to Local Rule 117.1(a)(8)(B) and the Court's Pre-Trial Order, the Government respectfully submits the following list of exhibits that it will seek to introduce during its case-in-chief.

To the extent there are agreements on exhibits, the government will update its exhibit list and indicate with lettered exhibits which ones are contested.

The Government reserves the right to supplement or edit the list of exhibits with reasonable notice to the defendant. If the Government subsequently decides to offer any additional exhibits in its case-in-chief, the Government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list. The Government also reserves the right to introduce the exhibits out of order and to elect to not introduce particular exhibits.

The Government is seeking to introduce the following exhibits pursuant to Fed. R. Evid. 803(6), 803(8), 902(4) and/or 902(11): 39 through 63 (bank records from Lowell Five Cent Savings Bank, Bank of America, and Webster Bank); 68 through 87 (publicly filed FEC Records for Das for Congress); and 152-156 (publicly filed company certification of organizations).

The Exhibits marked as Numbers 64, 88-90, 146.1-146.10, and 157 are marked as "Drafts" and are not final version of Summary Charts that the Government will seek to introduce as demonstrative exhibits. The Government reserves the right to edit these exhibits to clean up

formatting issues and to ensure their accuracy before they are marked as final exhibits.

| Ex No. | Description |
|---|---|
| 1 | Liberty Square Group Statement of Work |
| 2 | LSG Press Release for Das for Congress Campaign: *Beej Das Raises $425,000 in First Funraising Quarter* |
| 3 | Emails with Das, Ferson, and Molly Horan on 3.29.2018, Re: *New Poll* |
| 4 | Email from Das on 4.9.2018 at 1:08 PM, Re: *Koh $* |
| 5 | Email from Das to Sean Sinclair, cc'ing Ferson and Chaudhuri, on 4.9.2018 at 3:23 PM, Re: *Invitation - Strategy Session at The Farm* |
| 6 | Emails with Das, Scott Tully, and Chast from 11.1.17 to 11.16.2017, Re: *I'm With You* |
| 7 | Email from Chast to Shah, Das, and Sapna Bhatt on 11.21.2017, Re: *Intro - New Das Campaign Staffer* |
| 8 | Email from Das to Ajoy Bose, BCC: Eric Chast on 12.11.2017 at 11:24 a.m., Re: *Our call today* |
| 9 | Calander Event for 12.15.2017 at 5:00Z - Reach out to Ajoy Bose |
| 10 | Calander Event for 12.16.2017 at 00:00Z - Has Ajoy Called? |
| 11 | Email from Das to Shah, cc'ing Chast on 12.19.2017 at 3:36 PM, Re: *Thank you & follow up* |
| 12 | Emails with Das, Ajoy Bose, and Chast on 12.19.2017, Re: *Donation Links* |
| 13 | Email from Chast to Das on 12.30.2017 at 12:16 p.m., Re: *Updated NGP Donor Report* (with attachment: Donor Report - Everything in NGP 12.30.xlsx) |
| 14 | Emails with Chast to Das, Belanger on 1.2.2018 , Re: *compliance* |
| 15 | Email from Chast to Das on 1.9.2018 at 9:23 PM, Re: *Federal Election Commission Change Password Request* |
| 16 | Emails with Chast, Horan and Das on 1.10.208, Re: *FEC Reporting Deadlines* |
| 17 | Emails between Chast and Horan on 1.16.2018, Re: *Beej's 2017 Numbers* |
| 18 | Email from Das to Shah and Sapna Bhatt, cc'ing Chast on 1.19.2018 at 12:48 PM, Re: *Thank You and Philly Follow up* |
| 19 | Email from Chast to Das on 1.22.2018 at 1:07 PM, Re: *Compliance - Expenses & Loans* |
| 20 | Email from Das to Chast on 1.30.2018 at 1:23 AM, Re: *Finance Info - Loan - Cash - Beej* |
| 21 | Email from Das from Das to Chast on 1.30.2018 at 2:44 AM, Re: *Loans from Beej Das - December* |
| 22 | Emails between Das and Chast on 1.30.2018, Re: *Finance Materials - Loan to Campaign as of 12-31-17 - Credit Card* |
| 23 | Link in email - Instructions for FEC Form 3 and Related Schedules |
| 24 | Emails between Das and Chast on 3.27-28.2018, re: Bengali Email |
| 25 | Emails between Das and Chast on 4.2.2018 and 4.9.2018, re: *Compiliance!* (with attachment:  Donor Report - Q1 2018.pdf) |
| 25.1 | Email from Das with expense detail dated 4.9.2018 |

| | |
|---|---|
| 26 | Emails with Das and Chast on 4.10.2018, Re: *FEC Report Due 4/15 (Quarterly Filers), 4/20 (Monthly Filers)* |
| 27 | Text message between Chast to Das on 4.10.2018 and 4.14.2018 |
| 28 | Emails between Das and Chast 4.10.2018 and 4.14.2018, Re: *Preliminary Numbers* |
| 29 | Emails between Das and Chast on 5.7 and 5.9.2018, re: Important: *Request for Additional Information from the Federal Election Commission* |
| 30 | Email from Das to others including Belganger, Chast, and Horan, Re: *5/11 Das for Congress Call Recap* |
| 31 | Immunity Letter dated 4.6.2021 |
| | *Search Warrant Emails* |
| 32 | Calendar Event on 12.11.2017, at 19:00Z Re: Call Ajoy Bose |
| 33 | Emails between Das and Bose on 12.17.2017, Re: *Babu, I will call you tomorrow* |
| 34 | Calendar Event on on 12.19.2017, at 1:00 AM, Re: *Call Ajoy Bose* |
| 35 | Email from Bose to Das on 12.20.2017 at 2:27 PM, Re: *Let me know* |
| 36 | Email from Das to Bose on 12.21.2017 at 1:30 AM, Re: *Wire Info* |
| 37 | Email from Das to Bose on 12.26.2017 at 6:13 PM, Re: *Wire Instructions* (with Attachment: Mitra Das - Wire Transfer Instructions.pdf) |
| 38 | Emails between Das and Bose on 12.27.2017, Re: *Wire Instructions* |
| | *Lowell Five Bank Records* |
| | *Das for Congress, x3361* |
| 39 | <u>Signature Card and Account Statement:</u> Lowell Five Account ending in x3361 in the name Das for Congress (DFC) from 10.31.17 to 3.31.2019 |
| 40 | <u>Select Deposits:</u> Lowell Five Account ending in x3361 in the name DFC |
| 41 | <u>Withdrawals:</u> Lowell Five Account ending in x3361 in the name DFC |
| | *Boston East Tynsboro Holding LLC, x8047* |
| 42 | <u>Signature Card and Account Statement:</u> Lowell Five Account ending in x8047 in the name of Boston East Tyngsboro Holding LLC (BETH) from 10.31.2017 to 10.31.2018 |
| 43 | Combined Select Withdrawals and Deposits |
| | *Boston East Tynsboro Holding LLC, x8074* |
| 44 | <u>Signature Card and Account Statements</u>: Lowell Five Account ending in 8074 in the name of BETH |
| 45 | [Intentionally Blank] |
| | *Troca Hotels Management LLC, x3741* |
| 46 | <u>Signature Card and Account Statements</u>: Lowell Five Account ending in 3741 in the name of Troca Hotels Management, LLC from 1.31.2017 to 3.31.2019 |
| 47 | [Intentionally Blank] |
| | *Troca Yachts Management, LLC, x 6955* |
| 48 | <u>Signature Card and Account Statements</u>: Lowell Five Account ending 6955 in the name of Troca Yachts Management, LLC from 5.31.2017 to 3.31.2019 |
| 49 | [Intentionally Blank] |
| | *Troca Holdings LLC, x3085* |

| | |
|---|---|
| 50 | <u>Signature Card and Account Statements</u>: Lowell Five Account ending 3085 in the name of Troca Holdings, LLC from 3.31.2017 to 3.31.2019 |
| 51 | [Intentionally Blank] |
| 52 | <u>Wire Transfer Record</u>: 12.27.2017 transfer of $48,000 and 12.28.2017 transfer of $170,000 from BOA-9951 to DFC Account |
| 53 | Lowell Five Online Banking Info |
| 54 | Lowell Five - Business Record Certification (for foundational purposes only) |
| | *Bank of Amercia Bank Records* |
| | *Mitra and Mukti Das, x8667* |
| 55 | <u>Signature Card:</u> BOA Account ending in 8667 in the name of Mitra and Mukti Das Account Statement |
| 56 | <u>Account Statement</u>: BOA Account ending 8667, 12.26.2017 to 1.18.2018 |
| 57 | <u>Check</u>: Check No. 165 dated 9.25.2017 from BOA-8667 for $49,000 to Abhijit Das deposited on 12/29/2017 |
| | *Mitra and Mukti Das, x6673* |
| 58 | <u>Signature Card:</u> BOA Account ending in 6673 in the name of Mitra and Mukti Das Account Statement |
| 59 | <u>Account Statement</u>: BOA Account ending 6673, 11.28.2017 to 1.26.2018 |
| | *Mitra Das and Abhijit Das Das, x9551* |
| 60 | <u>Signature Card:</u> BOA Account ending in 9551 in the name of Mitra Das and Abhijit Das |
| 61 | <u>Account Statement</u>: BOA Account ending 9551, 12.26.2017 to 1.18.2018 |
| 62 | <u>Deposit Records</u>: Deposit of $49,000 on 12.29.2017 and $54,010 on 12.30.2017 into BOA-9551 |
| 63 | Bank of America  - Business Record Certification (for foundational purposes only) |
| 64 | Summary Chart of Lowell Five Bank and Bank of America Records |
| | *Webster Bank* |
| 65 | <u>Account Statement</u>: Webster Bank Account ending in 6669 in the name of Kristen M. Campetti and others, 12.19.2017 to 1.18.2018 |
| 66 | <u>Deposit Record</u>: Deposit of $1,900.00 in cash on 1.11.2018 into Webster-x6669 |
| 67 | Webster Bank   - Business Record Certification (for foundational purposes only) |
| | *FEC Forms* |
| 68 | FEC Form 1: Statement of Organization |
| 69 | FEC Form 2: Statement of Candidacy |
| 70 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY-17 |
| 71 | FEC Form 3: Reports of Receipts and Disbursements April 15 (Q1-18) |
| 72 | May 6, 2018 FEC Letter to Sean Smith, Re: April Quarterly Report (01/01/2018-03/31/2018) |
| 73 | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-18) amended |
| 74 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) |
| 75 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) amended |

| | |
|---|---|
| 76 | FEC Form 3: Reports of Receipts and Disbursements - (unspecified) covering 7/1/18 to 8/15/2018 |
| 77 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) mailed in version |
| 78 | October 29, 2018 FEC Letter to Sean Smith, Re: October Quarterly Report (07/01/2018-09/30/2018) |
| 79 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) |
| 80 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 (EOY-18) |
| 81 | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-19) |
| 82 | June 10, 2019 FEC Letter to Sean Smith, Re: October Quarterly Report (8/16/2018-9/30/2018) |
| 83 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-19) |
| 84 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-19) |
| 85 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY 2019 |
| 86 | FEC Index - Candidate Index of Supporting Documents 2017-2018 |
| 87 | FEC Index - Candidate Index of Supporting Documents 2018-2019 |
| 88 | Summary Chart of FEC Records for Das for Congress and Cash on Hand Disclosures |
| 89 | Summary Chart of COH Balances for MA-03 Primary Candidates |
| 90 | Summary Chart of Balances of Lowell Five Account x3361 in the name Das for Congress Compared to Das for Congress FEC Filings |
| 91 | Emails with Horan, Das, and Ferson on 1.16.2018, Re: *Draft PR* [last one at 5:09 PM] |
| 92 | Email from Horan to DFC team on 1.16.2018 at 5:54 PM, Re: *questions for Das ed board prep* |
| 93 | Email from Horan to DFC team on 1.30.2018 at 3:59 PM, Re: *Stump Speech* (Attachment: Stump v1.docx) |
| 94 | Emails with Horan, Ferson, and Das on 2.1.2018, Re: *Response* |
| 95 | Email from Chaudhuri to Foster, Mammen, and Das on 9.28.2017 at 2:40 PM, Re: *Check-In Friday?* |
| 96 | Emails with Das and Chaudhuri, cc'ing Anil Mammen and Foster on 10.4.2017, Re: *update on matters we discussed last week* |
| 97 | Emails with Das, Mammen and Chaudhuri on 10.23.2017, Re: *Bryson* |
| 98 | Emails with Das, Chaudhuri, Arun Paul and Rani Bose from 12.1 to 12.13.2017, Re: *San Francisco Event* |
| 99 | Emails with Jay Shah, James Foster, Das, and Chauhduri on 12.17.2017, Re: *Troca One* |
| 100 | Dial in for 12.19.2017 call at 7:30 PM |
| 101 | Email from Das to Chaudhuri on 12.26.2017 at 6:15 PM, Re: Wire Transfer Instructions with Attachment (Mitra Das - Wire Transfer Instructions.pdf) |
| 102 | Text Messages with Das and Chauhduri from 12.26.2017-12.28.2017 |
| 103 | Emails with Das and Chaudhuri on 12.26.2017, Re: *Wire Transfer Instructions* |

| | |
|---|---|
| 104 | Email from Das to Chaudhuri on 12.27.2017 at 3:31 PM, RE: *Loan Agreement and Attachment* (Loan Agreement dated 12.26.2017 signed by Mitra Das) |
| 105 | Email from Chaudhuri to Das on 12.28.2017 at 12:46 PM, Re: *Loan Agreement and 2 Attachments* (Loan Agreement, 12-28-2017.pfd and Schwab Transfer Receipt, 12-28-2017.pdf |
| 106 | Email from Chaudhuri to Das on 7.10.2018 at 6:55 PM, Re: *FEC Login Details*, forwarding emails with Chaudhuri and Chast |
| 107 | *Email from Das to Chaudhuri on 1.22.2019 at 6:21 PM, Re: *Background* with Attachment (FEC_Candidate_Personal Loans from the candidate.pdf)* |
| 108 | Emails between Chaudhuri and Das on 1.23.2019, Re: *Background* |
| 109 | Email from Das to Chaudhuri on 1.24.2019, Re: *Settlement Agreement* with Attachment (Das Chaudhuri Settlement Agreement.pdf) |
| 110 | Immunity Letter for Eric Chast |
| 111 | Emails with Siebert, Das, Chaudhuri, and Belanger on 11.4.2017, Re: *FEC Filing Deadline* |
| 112 | Email from Siebert to Das on 11.22.2017 at 4:14 PM, Re: *NGP Van order form* with Attachment (Das, Abhijit 11_21_2017 NGPVAN.pdf) |
| 113 | Email from Das to Spencer, Belanger, Chast and others on 4.7.2018, at 10:45 AM Re: *Brennan Spencer/Campaign Manager* |
| 114 | Text Messages between Das and Spencer on 5.6.2018 |
| 115 | Text Messages from Das to Spencer on 5.7.2018, at 10:44 PM |
| 116 | Emails with Spencer, Das, and Sinclair on 5.11.2018, Re: *Yesterday's Fundraising Haul* |
| 117 | Text Messages between Das and Spencer on 5.25.2018 |
| 118 | Emails with Das to Smith on 11.7.2017, Re: *Filings and data* |
| 119 | Email from Das to Smith on 11.8.2017, Re: *FEC Filing Password* |
| 120 | Emails with Das and Smith on 12.6.2017, Re: *Payroll Funding for the Daniel* |
| 121 | Email from Das to Smith and Chast on 1.9.2018 at 2:04 AM, Re: *Federal Election Commission Change Password Request* |
| 122 | Emails with Das, Smith and Chast on 1.31.2018, Re: *FEC Report FILE BY MIDNIGHT* |
| 123 | Emails with Das, Smith and Foster on 2.13.2018, Re: *Stonehedge Daily & Management Reports for 2.12.18* |
| 124 | Emails with Das, Smith, and Foster on 2.13.2018, Re: *Stonehedge Daily & Management Reposts for 2.15.2018* |
| 125 | Emails between Das and Smith on 2.19.2018, Re: *Bruncwick Taxes* |
| 126 | Emails between Das and Smith on 4.12.2018, Re: *The daniel* |
| 127 | Sean Smith Withdrawal and Deposit Slips |
| 128 | Immunity Letter for Sean Smith |
| 129 | Email from Das to Ladebauche on 12.15.2017, Re: *Stonehedge Cash Requirements for Payables* |
| 130 | Email from Ladebauche to Das on 1.11.2018, Re: *Stonehedge Bills to Pay* |
| 131 | Emails between Ladebauche and Das on 1.18.2018, Re: *Stonehedge Bills to Pay* |

| | |
|---|---|
| 132 | Emails between Ladebauche and Das on 2.9.2018, Re: *Deposits* |
| 133 | Email from Ladebauche to Das on 2.16.2018 at 2:22 PM, Re: *Loan Deposits* with Attachment (SKMBT_C284e18021613200.pdf) (Deposit Records) |
| 134 | Emails between Ladebauche and Das on 5.17.2018, Re: *Lowell 5* |
| 134.1 | Lowell Five emails to Das |
| 135 | Email from Das to Shah on 9.20.2017 at 7:12 AM, Re: *Special Announcement Invitation* |
| 136 | Emails with Das and Shah from 11.27.2017 to 12.1.2017, Re: *Das for Congress Finance Committee* |
| 137 | Email from Das to Shah, cc'ing Sapna Bhatt and Chast on 12.11.2017 at 1:00 PM, Re: *Campaign Contribution Time* |
| 138 | Emails with Shah, Chaudhuri, and Chast on 12.11.2017, Re: *Conference Call Today?* |
| 139 | Email from Shah to Naveen Kakarla, Re: *Thank you & follow up* on 12.20.217 at 7:57 PM and email from Shah to Das on 1.1.2018 at 5:37 PM |
| 140 | Email from Das to Shah on 12.27.2018 at 2:38 AM, Re: *Agreement and Wire Info* with 2 Attachments: Wire Transfer Instructions and Loan Agreement in name of Mitra Das |
| 141 | Email from Shah to Das on 12.27.2017 at 12:31 PM, *Re: Loan Agreement - Mitra Das to Jay Shah.pdf* with signed Loan Agreement between Shah and Mitra Das dated 12.26.2017 |
| 142 | Emails with Das and Shah on 12.28.2017, Re: [blank] |
| 143 | Email from Das to Shah on 1.1.2018 at 9:24 PM, Re: *Cash Update* |
| 144 | Immunity Order for Jay Shah |
| 145 | Email from Ben J. Holly to Das on 12.21.2018, re: Das for Congress (C00667445) |
| 146.1-146.10 | Summary charts |
| 147 | Barclay card statements |
| 148 | Town of Brunswick tax records |
| 149 | Picture of Stonehedge |
| 150 | Picture of The Daniel |
| 151 | Picture of Troca One |
| | *MA Secretary of State Records - Articles of Incorpotion* |
| 152 | Boston East India Hotels LLC |
| 153 | Boston East Tyngsboro Holdings, LLC |
| 154 | Troca Hotels Management |
| 155 | Troca Holdings LLC |
| | *FL Secretary of State Records - Articles of Incorpotion* |
| 156 | Troca Yachts Management LLC |
| 157 | Summary Charts of Abhijit Das Entities |
| | *Boston East Tyngsboro Holdings, LLC Chapter 11 Bankruptcy Filing* |
| 158 | Voluntary Petition for Non-Individuals Filing for Bankruptcy filed on 12.4.2019 |
| 159 | Statement of Financial Affairs |

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney

By: /s/ *Neil Gallagher*
   Neil J. Gallagher, Jr.
   Elysa Q. Wan
   Assistant U.S. Attorneys

Date Submitted: September 18, 2023

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Neil J. Gallagher, Jr.*
      Neil J. Gallagher, Jr.