UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS A/K/A "BEEJ" DAS,<br><br>Defendant | CRIMINAL No. 21-cr-10200-RGS |

GOVERNMENT'S PROPOSED VOIR DIRE

In addition to the Court's regular questions to jury venire, the Government requests the following additional questions:

1. This case involves alleged violations of campaign finance laws. Does anyone in the venire have any attitudes or feelings about campaign finance or the political process in general that could affect your impartiality or view of this case?

2. This case hear involves a Democratic candidate for Congress. Does anyone in the venire have any political beliefs that could affect your impartiality or view of this case?

3. This case involves the 2018 election for the Third District of Massachusetts, which encompasses Lowell, Lawrence, Haverhill and Methuen. Does anyone in the venire have any background, experience, or opinions about that race that could affect your impartiality or view of this case?

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Elysa Wan
       NEIL J. GALLAGER, JR.
       ELYSA Q. WAN
       Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>    */s/ Elysa Wan*
>    Elysa Wan
>    Assistant United States Attorney

Date: September 18, 2023