# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>Defendant. | Cr No. 21CR10200-RGS |

## **DECLARATION OF KRISTEN CAMPETTI**

I, Kristen Campetti, hereby depose and state:

1. In 2017-18, I was an employee of the hotel business operated by Abhijit ("Beej") Das. The hotels were generally known by the brand name Troca Hotels. Boston East Tyngsboro Holdings LLC ("BETH") was one of these companies.

2. In December 2017, I made a contribution to Das for Congress in the amount of $1,900. I made this donation by check drawn on my account at the Webster Bank.

3. I unequivocally state that no one promised to reimburse me for this contribution nor did anyone reimburse me for this contribution. I made it with my own funds.

4. In January, 2018, Troca Hotels reimbursed me $1,654.62 from Petty Cash. Though I do not have an independent memory, I believe this payment was to reimburse me for several items I had purchased using cash or my personal credit card for the business, including Christmas and Thanksgiving decorations for the two hotels, as was standard during the holiday season.

5. Because Troca Hotels and its properties were short on cash, and I did not want the company to layoff other employees or have them quit, it was not unusual for me to have business charges on my credit card, or sums of cash outstanding and due, and for reimbursement payments to lag.

6. I understand that there was a $1,900 cash deposit into my Webster Bank account on January 11, 2018. I did not take the cash and deposit slip to Boston in January, 2018 to deposit into my account at the Webster Bank in Boston. Though I did not make the deposit, it is possible that the $1,900 cash deposit was, in part, related to the $1,654.62 petty cash reimbursement for business expenses or salary.

7. At no point has anyone from the FBI or Department of Justice ever contacted me about anything related to Mr. Das or his campaign.

Signed under penalty of perjury, this 19th day of September, 2023.

_____
Kristen Campetti

8:25 AM
09/13/23

# Boston East Tyngsboro Holdings LLC
## Vendor QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Kristen Campetti** | | | | | | | |
| Bill | 08/30/2015 | 8/30/15 | | 20200 · Accounts P... | | -SPLIT- | -110.59 |
| Bill Pmt -Check | 09/04/2015 | 2354 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -110.59 |
| Bill | 11/27/2015 | 11/27/... | | 20200 · Accounts P... | | 57340 · DECO... | -95.94 |
| Bill | 02/10/2016 | 02/10 | | 20200 · Accounts P... | | 57150 · Printing | -31.88 |
| Bill Pmt -Check | 03/01/2016 | 3282 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -95.94 |
| Bill Pmt -Check | 04/13/2016 | 3461 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -31.88 |
| Bill | 09/29/2016 | 9/29/16 | | 20200 · Accounts P... | | 56190 · Other ... | -30.79 |
| Bill | 10/06/2016 | 10/6/16 | | 20200 · Accounts P... | | 56190 · Other ... | -32.90 |
| Bill Pmt -Check | 10/13/2016 | 4196 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -63.69 |
| Bill | 01/04/2017 | 01/04/... | | 20200 · Accounts P... | | 57095 · Restau... | -42.99 |
| Bill | 01/05/2017 | 1/5/17 | | 20200 · Accounts P... | | -SPLIT- | -18.87 |
| Bill | 02/13/2017 | 02/13/... | | 20200 · Accounts P... | | 57340 · DECO... | -26.56 |
| Bill Pmt -Check | 04/27/2017 | 5196 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -88.42 |
| Bill | 07/14/2017 | 7/14/17 | | 20200 · Accounts P... | | 50940 · Uniforms | -148.75 |
| Bill | 07/28/2017 | 7/28/17 | | 20200 · Accounts P... | | -SPLIT- | -27.96 |
| Bill | 09/30/2017 | 9/30/17 | | 20200 · Accounts P... | | -SPLIT- | -89.08 |
| Bill Pmt -Check | 10/13/2017 | 5360 | | 10241 · L5 - Old Op... | X | 20200 · Accou... | -265.79 |
| Bill | 11/05/2017 | 11/5/17 | | 20200 · Accounts P... | | 57346 · Plants,... | -209.56 |
| Bill | 11/30/2017 | 11/30/... | | 20200 · Accounts P... | | 57346 · Plants,... | -109.22 |
| Bill | 12/08/2017 | 12/8/17 | | 20200 · Accounts P... | | -SPLIT- | -202.41 |
| Bill | 12/13/2017 | 12/13/... | | 20200 · Accounts P... | | 50940 · Uniforms | -109.56 |
| Bill | 12/17/2017 | 12/11/... | | 20200 · Accounts P... | | 57346 · Plants,... | -215.22 |
| Bill | 12/30/2017 | 12/30/... | | 20200 · Accounts P... | | 10501 · I/C - Tr... | -200.00 |
| Bill | 01/04/2018 | 1/4/18 | | 20200 · Accounts P... | | -SPLIT- | -131.44 |
| Bill | 01/06/2018 | 1/6/18 | | 20200 · Accounts P... | | 57346 · Plants,... | -125.32 |
| Bill | 01/08/2018 | 1/8/18 | | 20200 · Accounts P... | | -SPLIT- | -156.89 |
| Bill | 01/09/2018 | 1/9/18 | | 20200 · Accounts P... | | 10501 · I/C - Tr... | -195.00 |
| Bill Pmt -Check | 01/09/2018 | PC Ca... | | 10010 · Petty Cash -... | | 20200 · Accou... | -1,654.62 |
| Bill | 05/12/2018 | May Exp | | 20200 · Accounts P... | | -SPLIT- | -227.18 |
| Bill | 05/12/2018 | 5/12/18 | | 20200 · Accounts P... | | -SPLIT- | -41.10 |
| Bill Pmt -Check | 07/20/2018 | PC Ca... | | 10005 · Petty Cash -... | | 20200 · Accou... | -200.00 |
| Bill | 07/30/2018 | 7/30/18 | | 20200 · Accounts P... | | -SPLIT- | -222.42 |
| Bill | 08/27/2018 | 8/27/18 | | 20200 · Accounts P... | | 45000 · Cost of... | -7.38 |
| Bill Pmt -Check | 08/30/2018 | SH Pe... | | 10005 · Petty Cash -... | | 20200 · Accou... | -75.66 |
| Bill | 10/16/2018 | 10/16/... | | 20200 · Accounts P... | | -SPLIT- | -219.16 |
| Bill Pmt -Check | 10/17/2018 | 6365 | | 10241 · L5 - Old Op... | | 20200 · Accou... | -441.58 |

Boston East Tyngsboro Holdings LLC                                9/13/2023 8:33 AM

Register: 10000 · CASH:10010 · Petty Cash - Change Bank
From 08/01/2014 through 08/01/2020
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/15/2014 | 2 | Cedric Leonardi | 20200 · Accounts Paya... | | 1,500.00 | | | -1,500.00 |
| 09/19/2014 | 289 | | 10240 · CHK:10244 · ... | | | X | 200.00 | -1,300.00 |
| 09/26/2014 | 340 | | 10240 · CHK:10245 · ... | 1021 | | X | 1,500.00 | 200.00 |
| 11/24/2014 | 1 | Comm of Mass - Ele... | 59500 · FIXED EXPE... | | 1,000.00 | | | -800.00 |
| 11/24/2014 | 473 | | 10240 · CHK:10241 · ... | RMV - Taxes | | X | 1,000.00 | 200.00 |
| 12/01/2014 | 1065 | Petty Cash | 10240 · CHK:10241 · ... | | | | 9,500.00 | 9,700.00 |
| 12/01/2014 | CASH | Boston East India Ho... | 20200 · Accounts Paya... | | 9,500.00 | | | 200.00 |
| 12/26/2014 | 1091 | Petty Cash | 10240 · CHK:10241 · ... | | | | 6,500.00 | 6,700.00 |
| 12/26/2014 | 337 | | 10440 · Related Entity ... | | 6,500.00 | | | 200.00 |
| 12/31/2014 | 45 | | 10440 · Related Entity ... | | 5,000.00 | | | -4,800.00 |
| 02/03/2015 | 1121 | Petty Cash | 10240 · CHK:10241 · ... | | | | 2,500.00 | -2,300.00 |
| 02/03/2015 | CASH | George's Painting | 20200 · Accounts Paya... | | 2,500.00 | | | -4,800.00 |
| 03/07/2015 | 402 | | 10240 · CHK:10241 · ... | ATM Withdra... | | X | 500.00 | -4,300.00 |
| 03/21/2015 | 437 | | 10240 · CHK:10241 · ... | Listed as withd... | | X | 2,500.00 | -1,800.00 |
| 02/24/2017 | Withdrawal | | 10240 · CHK:10241 · ... | 2/24 Bank Wit... | | | 3,000.00 | 1,200.00 |
| 12/31/2017 | | | 57400 · ADVERTISIN... | Deposit | | | 1,800.00 | 3,000.00 |
| 01/09/2018 | PC Cash to | Kristen Campetti | 20200 · Accounts Paya... | | 1,654.62 | | | 1,345.38 |
| 03/01/2019 | Jared PC | | 14005 · A/R - Merrima... | Bill MH for Jar... | 200.00 | | | 1,145.38 |
| 06/06/2019 | | Stonehedge Inn & Spa | 10240 · CHK:10245 · ... | Deposit Chang... | 500.00 | | | 645.38 |
| 12/06/2019 | 4 | Merrimack Valley Di... | 20200 · Accounts Paya... | S7476 | 208.60 | | | 436.78 |
| 01/25/2020 | 2 | BM Management Ser... | 20200 · Accounts Paya... | | 200.00 | | | 236.78 |
| 02/04/2020 | 5 | Merrimack Valley Di... | 20200 · Accounts Paya... | S7476 | 227.20 | | | 9.58 |

Page 1

## Bill Payment History

9/13/2023 8:26 AM

| | | |
|---|---|---|
| **Vendor** | Kristen Campetti | |
| **Date Paid** | 01/09/2018 | **Payment From**    10000 · CASH:10010 · Petty Cash - Change B... |
| **Check No.** | PC Cash to | **Payment Amount**    $1,654.62 |
| **Memo** | | |

**Bills Paid**

| Type | Date | Number | Amount | Pmt Balance |
|---|---|---|---:|---:|
| Bill | 12/30/2017 | 12/30/2017 | -$200.00 | $1,454.62 |
| Bill | 12/17/2017 | 12/11/17 | -$215.22 | $1,239.40 |
| Bill | 01/04/2018 | 1/4/18 | -$131.44 | $1,107.96 |
| Bill | 01/06/2018 | 1/6/18 | -$125.32 | $982.64 |
| Bill | 01/08/2018 | 1/8/18 | -$156.89 | $825.75 |
| Bill | 11/05/2017 | 11/5/17 | -$209.56 | $616.19 |
| Bill | 12/08/2017 | 12/8/17 | -$202.41 | $413.78 |
| Bill | 11/30/2017 | 11/30/17 | -$109.22 | $304.56 |
| Bill | 12/13/2017 | 12/13/17 | -$109.56 | $195.00 |
| Bill | 01/09/2018 | 1/9/18 | -$195.00 | $0.00 |

| | |
|---|---|
| From: | Rise Ladebauche <rladebauche@stonehedgeinnandspa.com> |
| To: | Abhijit Beej Das <adas@trocahotels.com>;Sean Smith <ssmith@trocahotels.com> |
| Sent: | 1/20/2018 12:49:42 PM |
| Subject: | Operating Account |

Elizabeth just went to Lowell 5 to cash her check and was refused because account overdrawn. Six other paychecks and Busch check were returned. Since Elizabeth was flying out tonight to LV for a few days I took her paycheck and gave her cash from the Tip cash in house. How do you want to handle if anyone else calls? I'll be on property until 3:30-4.

Rise



**Rise Ladebauche**
*Controller*

The Stonehedge Hotel & Spa
160 Pawtucket Boulevard
Tyngsboro, MA  01879

Email: rladebauche@stonehedgeinnandspa.com
Main: 978-649-4400
Direct: 617-231-6556
www.thestonehedgehotel.com

USA-000249560