# EXHIBIT B

| | |
|---|---|
| **From:** | Toby Chaudhuri <toby@edge.net> |
| **To:** | Abhijit (Babu) Das <adas@trocahotels.com> |
| **CC:** | Mitra Das <dasmitra@gmail.com>;Ruby Roy <ruby.roy@gmail.com> |
| **Sent:** | 1/25/2019 2:02:52 PM |
| **Subject:** | Re: Availability |

We've made our final offer that meets all these requirements, except adding other entities into the agreement which could break the law.

We were clear from the start that the loan agreement was with Mitramashi as an individual and not entities around her to avoid violation of federal law on the advice of your campaign counsel in December 2017. Don't move the goal posts now.

If you're concerned about the NY traffic ticket fine and Saab repair expenses, which you've raised specifically, we've made it very clear that we will pay any and all expenses outside of this loan agreement and address all other points raised separately.

If this is unsatisfactory and Mitramashi is unable to pay off the loan agreement today, we must go into immediate voluntary mediation at the expense of the borrower with a group of close family members to avoid dispute.

Ruby and I are ready to fly up tonight and to meet between today and Tuesday to address this in-person. My mother is ill and her closest sister just passed away yesterday, but she is willing to get out of bed and join my father to further this mediation because they have been concerned about this loan agreement with Mitramashi for a year now. I can't go home without hearing about this and I'm beginning to understand why. In addition to Mitramashi and you, I would recommend that we also include Muktikaku. We can add a council of relatives, including Gourimashi, Jharnamashi, Bacchukaku and Kabikaku, as well as Ruby's father and mother Tarun and Jolly Roy.

This is a BIG deal. Mitramashi, realize that Babu is your agent in this matter and that you haven't communicated with me directly through this process, except for your signature on the original loan agree ment. How would you like to proceed?


On Jan 25, 2019, at 12:59 PM, Abhijit Beej Das <adas@trocahotels.com> wrote:

Toby

Not sure where you are getting equity or interest in mom's assets. That was not offered, is not our proposal, and is not on the table. We do not have any interest in your capital for her businesses. The settlement, given the claims that have been made, needs to be a complete release, have non-disparagement language, and include one final payment that includes what is owed by Mitra to you and what is owed from you to her (including the entities she owns). Please send a word version of your document so that we may review, redline if required, and finalize.

I am standing by for your document, mom is in class until later this afternoon.

Thanks
Beej
---

USA-000141913

| | |
|---|---|
| **From:** | Toby Chaudhuri <toby@edge.net> |
| **To:** | Abhijit (Babu) Das <adas@trocahotels.com> |
| **CC:** | Mitra Das <dasmitra@gmail.com>;Ruby Roy <ruby.roy@gmail.com> |
| **Sent:** | 1/29/2019 4:15:16 PM |
| **Subject:** | Re: Availability |
| **Attachments:** | Chaudhuri, Das Loan Letter, 11-26-2018.pdf |

I'd rather talk about things that really matter instead of wasting my time in game-playing, but if you insist —

Claiming my conversation with Gourimashi about psychology as a violation of the agreement when Mitramashi was holding our money and earning interest on it for a year with no plan for repayment despite a formal letter requesting basic clarification is an interesting strategy. It's like mugging the postman and complaining that the mail wasn't delivered.

Let's isolate the issue you raised, as you wish. My conversation with Gourmashi was during Thanksgiving. Have Mitramashi hold her side of the agreement to that point and we can continue to discuss the remaining balance in the context of your complaint. Up until the date of the incident you're claiming, the interest on the principal comes to $3,791.37. We can discuss the remaining $541.96 after that.