# EXHIBIT C

**From:**  James Foster <jfoster@trocahotels.com>
**To:**  Rise Ladebauche <rladebauche@stonehedgeinnandspa.com>
**CC:**  Sean Smith <ssmith@trocahotels.com>;Abhijit Beej Das <adas@trocahotels.com>
**Sent:**  12/22/2017 2:05:28 PM
**Subject:**  Kristen Campetti - Salary increase

Rise

Please note that as of 1/1/2018 Kristen's annual salary will increase to $62,000.

Thanks
James



**James Foster**
*Senior Vice President - Hotels*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: jfoster@trocahotels.com
Direct: +1 617-231-6552
Main: +1 617-231-6550
US Mobile: +1 617-580-1643

Website: www.trocahotels.com

USA * Europe * Asia

USA-000242334

| | |
|---|---|
| **From:** | Abhijit \"Beej\" Das <adas@trocahotels.com> |
| **To:** | James Foster <jfoster@trocahotels.com> |
| **Sent:** | 12/22/2017 2:06:29 PM |
| **Subject:** | Re: Kristen |

Yay. Good!

---



**Abhijit "Beej" Das**
*President & CEO*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: adas@trocahotels.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

USA * Europe * Asia


On Fri, Dec 22, 2017 at 2:03 PM, James Foster <jfoster@trocahotels.com> wrote:
Told her. She is thrilled.




**James Foster**
*Senior Vice President - Hotels*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: jfoster@trocahotels.com
Direct: +1 617-231-6552
Main: +1 617-231-6550
US Mobile: +1 617-580-1643

Website: www.trocahotels.com

USA * Europe * Asia


On Fri, Dec 22, 2017 at 1:54 PM, James Foster <jfoster@trocahotels.com> wrote:
Great. I will tell her before I leave.

Thanks



**James Foster**
*Senior Vice President - Hotels*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: jfoster@trocahotels.com
Direct: +1 617-231-6552
Main: +1 617-231-6550
US Mobile: +1 617-580-1643

Website: www.trocahotels.com

USA * Europe * Asia


On Fri, Dec 22, 2017 at 1:52 PM, Abhijit "Beej" Das <adas@trocahotels.com> wrote:
Hey buddy

Yes. Let's go to $62k. I think that is a correct number for her at her skill level and importance to the company. Please tell her today, if possible.

Thanks
Beej


---



**Abhijit "Beej" Das**
*President & CEO*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: adas@trocahotels.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

USA * Europe * Asia


On Thu, Dec 21, 2017 at 12:46 PM, James Foster <jfoster@trocahotels.com> wrote:
Beej,

We had discussed giving Kristen a salary increase. With the new partnership with Mondo Mediaworks and Windjammer coming in 2018, I agree that we need to incentivize her to stay and help us grow Troca over the next twelve months.
I am proposing an increase to $60k. Are you comfortable with this?

USA-000242336

Thanks
James



**James Foster**
*Senior Vice President - Hotels*

Troca Hotels Management LLC
Tyngsboro, MA 01879 USA

Email: jfoster@trocahotels.com
Direct: +1 617-231-6552
Main: +1 617-231-6550
US Mobile: +1 617-580-1643

Website: www.trocahotels.com

USA * Europe * Asia