UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ABHIJIT DAS, a.k.a. "Beej" Das | ) |
| | ) |
| Defendant. | ) |

Case No. 21-cr-10200-RGS

<u>UNITED STATES AMENDED EHXIBIT LIST</u>

Pursuant to Local Rule 117.1(a)(8)(B) and the Court's Pre-Trial Order, the Government

respectfully submits the following amended list of exhibits that it will seek to introduce during its

case-in-chief.   Newly added exhibits are indicated in bold. Exhibits which the defendant does not

presently intend to object are marked with a number.  Exhibits which the defendant intends to

object are indicated with a letter, along with a brief basis.

| ID | Ex No. | Description | Defense Objection (Y/N) | Basis of Objection |
|---|---|---|---|---|
| | 1 | Liberty Square Group Statement of Work | N | |
| | 2 | LSG Press Release for Das for Congress Campaign: *Beej Das Raises $425,000 in First Funraising Quarter* | N | |
| | 3 | Emails with Das, Ferson, and Molly Horan on 3.29.2018, Re: *New Poll* | N | |
| | 4 | Email from Horan to Das on 4.9.2018 at 2:03 PM, Re: *Koh $* | N | |
| | 5 | Email from Das to Sean Sinclair, cc'ing Ferson and Chaudhuri, on 4.9.2018 at 3:23 PM, Re: *Invitation - Strategy Session at The Farm* | N | |
| | 6 | Emails with Das, Scott Tully, and Chast from 11.1.17 to 11.16.2017, Re: *I'm With You* | N | |
| | 7 | Email from Chast to Shah, Das, and Sapna Bhatt on 11.21.2017, Re: *Intro - New Das Campaign Staffer* | N | |
| | 8 | Email from Das to Ajoy Bose, BCC: Eric Chast on 12.11.2017 at 11:24 a.m., Re: *Our call today* | N | |
| | 9 | Calander Event for 12.15.2017 at 5:00Z - Reach out to Ajoy Bose | N | |
| | 10 | Calander Event for 12.16.2017 at 00:00Z - Has Ajoy Called? | N | |
| | 11 | Email from Das to Shah, cc'ing Chast on 12.19.2017 at 3:36 PM, Re: *Thank you & follow up* | N | |
| | 12 | Emails with Das, Ajoy Bose, and Chast on 12.19.2017, Re: *Donation Links* | N | |

| | | |
|---|---|---|
| 12.1 | **Emails between Das and Bose on 12.19.2017, Re: *Donation Links*** | N |
| 13 | Email from Chast to Das on 12.30.2017 at 12:16 p.m., Re: *Updated NGP Donor Report* (with attachment: Donor Report - Everything in NGP 12.30.xlsx) | N |
| 14 | Emails with Chast to Das, Belanger on 1.3.2018, Re: *Compliance* | N |
| 15 | Email from Chast to Das on 1.9.2018 at 9:23 PM, Re: *Federal Election Commission Change Password Request* | N |
| 16 | Emails with Chast, Horan and Das on 1.10.208, Re: *FEC Reporting Deadlines* | N |
| 17 | Emails between Chast and Horan on 1.16.2018, Re: *Beej's 2017 Numbers* | N |
| 18 | Email from Das to Shah and Sapna Bhatt, cc'ing Chast on 1.19.2018 at 12:48 PM, Re: *Thank You and Philly Follow up* | N |
| 19 | Email from Chast to Das on 1.22.2018 at 1:07 PM, Re: *Compliance - Expenses & Loans* | N |
| 20 | Email from Das to Chast on 1.30.2018 at 1:23 AM, Re: *Finance Info - Loan - Cash - Beej* | N |
| 21 | Email from Das from Das to Chast on 1.30.2018 at 2:44 AM, Re: *Loans from Beej Das - December* | N |
| 22 | Emails between Das and Chast on 1.30.2018, Re: *Finance Materials - Loan to Campaign as of 12-31-17 - Credit Card* | N |
| 23 | [INTENTIONALLY BLANK] | |
| 24 | Emails between Das and Chast on 3.27-28.2018, re: Bengali Email | N |
| 25 | Emails between Das and Chast on 4.2.2018 and 4.9.2018, re: *Compiliance!* (with attachment: Donor Report - Q1 2018.pdf) | N |
| 25.1 | **Email from Das to Chast on 4.9.2018 at 12:47 AM, Re: *Expense Details - Q1* (with Attachment: Das for Congress_Profit+and+Loss+Detail.xlsx)** | N |
| 26 | Emails with Das and Chast on 4.10.2018, Re: *FEC Report Due 4/15 (Quarterly Filers), 4/20 (Monthly Filers)* | N |
| 27 | Text message between Chast to Das on 4.10.2018 and 4.14.2018 | N |
| 28 | Emails between Das and Chast 4.10.2018 and 4.14.2018, Re: *Preliminary Numbers* | N |
| 29 | Emails between Das and Chast on 5.7 and 5.9.2018, re: Important: *Request for Additional Information from the Federal Election Commission* | N |
| 30 | Email from Das to others including Belganger, Chast, and Horan, Re: *5/11 Das for Congress Call Recap* | N |
| 31 | Immunity Letter dated 4.6.2021 | N |
| *Search Warrant Emails* | | |
| 32 | Calendar Event on 12.11.2017, at 19:00Z Re: Call Ajoy Bose | N |
| 33 | Emails between Das and Bose on 12.17.2017, Re: *Babu, I will call you tomorrow* | N |
| 34 | Calendar Event on on 12.19.2017, at 1:00 AM, Re: *Call Ajoy Bose* | N |

| | 35 | Email from Bose to Das on 12.20.2017 at 2:27 PM, Re: *Let me know* | N | |
| | 36 | Email from Das to Bose on 12.21.2017 at 1:30 AM, Re: *Wire Info* | N | |
| | 37 | Email from Das to Bose on 12.26.2017 at 6:13 PM, Re: *Wire Instructions* (with Attachment: Mitra Das - Wire Transfer Instructions.pdf) | N | |
| | 38 | Emails between Das and Bose on 12.27.2017, Re: *Wire Instructions* | N | |
| | | *Lowell Five Bank Records* | | |
| | | *Das for Congress, x3361* | | |
| A | 39 | <u>Signature Card and Account Statement:</u>  Lowell Five Account ending in x3361 in the name Das for Congress (DFC) from 10.31.17 to 3.31.2019 | Reserve | |
| B | 40 | <u>Select Deposits:</u>  Lowell Five Account ending in x3361 in the name DFC | Reserve | |
| C | 41 | <u>Withdrawals:</u> Lowell Five Account ending in x3361 in the name DFC | Reserve | |
| | | *Boston East Tynsboro Holding LLC, x8047* | | |
| D | 42 | <u>Signature Card and Account Statement:</u>  Lowell Five Account ending in x8047 in the name of Boston East Tyngsboro Holding LLC (BETH) from 10.31.2017 to 10.31.2018 | Reserve | |
| E | 43 | Combined Select Withdrawals and Deposits | Reserve | |
| | | *Boston East Tynsboro Holding LLC, x8074* | | |
| F | 44 | <u>Signature Card and Account Statements:</u> Lowell Five Account ending in 8074 in the name of BETH | Reserve | |
| | ~~45~~ | [Intentionally Blank] | | |
| | | *Troca Hotels Management LLC, x3741* | | |
| G | 46 | <u>Signature Card and Account Statements:</u> Lowell Five Account ending in 3741 in the name of Troca Hotels Management, LLC from 1.31.2017 to 3.31.2019 | Reserve | |
| | ~~47~~ | [Intentionally Blank] | | |
| | | *Troca Yachts Management, LLC, x 6955* | | |
| H | 48 | <u>Signature Card and Account Statements:</u> Lowell Five Account ending 6955 in the name of Troca Yachts Management, LLC from 5.31.2017 to 3.31.2019 | Reserve | |
| | ~~49~~ | [Intentionally Blank] | | |
| | | *Troca Holdings LLC, x3085* | | |
| I | 50 | <u>Signature Card and Account Statements:</u> Lowell Five Account ending 3085 in the name of Troca Holdings, LLC from 3.31.2017 to 3.31.2019 | Reserve | |
| | ~~51~~ | [Intentionally Blank] | | |
| J | 52 | <u>Wire Transfer Record:</u> 12.27.2017 transfer of $48,000 and 12.28.2017 transfer of $170,000 from BOA-9951 to DFC Account | Reserve | |
| K | 53 | Lowell Five Online Banking Info | Reserve | |
| L | 54 | Lowell Five - Business Record Certification (for foundational purposes only) | Reserve | |
| | | *Bank of Amercia Bank Records* | | |

| | | | | |
|---|---|---|---|---|
| | | *Mitra and Mukti Das, x8667* | | |
| M | 55 | Signature Card: BOA Account ending in 8667 in the name of Mitra and Mukti Das | Reserve | |
| N | 56 | Check: Check No. 165 dated 9.25.2017 from BOA-8667 for $49,000 to Abhijit Das deposited on 12/29/2017 | Reserve | |
| O | 57 | Account Statement: BOA Account ending 8667, 12.26.2017 to 1.18.2018 | Reserve | |
| | | *Mitra and Mukti Das, x6673* | | |
| P | 58 | Signature Card: BOA Account ending in 6673 in the name of Mitra and Mukti Das | Reserve | |
| Q | 59 | Account Statement: BOA Account ending 6673, 11.28.2017 to 1.26.2018 | Reserve | |
| | | *Mitra Das and Abhijit Das Das, x9551* | | |
| R | 60 | Signature Card: BOA Account ending in 9551 in the name of Mitra Das and Abhijit Das | Reserve | |
| S | 61 | Account Statement: BOA Account ending 9551, 12.26.2017 to 1.18.2018 | Reserve | |
| T | 62 | Deposit Records: Deposit of $49,000 on 12.29.2017 and $54,010 on 12.30.2017 into BOA-9551 | Reserve | |
| U | 63 | Bank of America  - Business Record Certification (for foundational purposes only) | Reserve | |
| V | 64 | Summary Chart of Lowell Five Bank and Bank of America Records | Y | |
| | | *Webster Bank* | | |
| X | 65 | Account Statement: Webster Bank Account ending in 6669 in the name of Kristen M. Campetti and others, 12.19.2017 to 1.18.2018 | Y | |
| Y | 66 | Deposit Record: Deposit of $1,900.00 in cash on 1.11.2018 into Webster-x6669 | Y | |
| Z | 67 | Placeholder for Webster Bank - Business Record Certification (for foundational purposes only) | Y | |
| | | *FEC Forms* | | |
| | 68 | FEC Form 1: Statement of Organization | N | |
| | 69 | FEC Form 2: Statement of Candidacy | N | |
| | 70 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY-17 | N | |
| | 71 | FEC Form 3: Reports of Receipts and Disbursements April 15 (Q1-18) | N | |
| | 72 | May 6, 2018 FEC Letter to Sean Smith, Re: April Quarterly Report (01/01/2018-03/31/2018) | N | |
| | 73 | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-18) amended | N | |
| | 74 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) | N | |
| | 75 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) amended | N | |

| | | | |
|---|---|---|---|
| | 76 | FEC Form 3: Reports of Receipts and Disbursements - (unspecified) covering 7/1/18 to 8/15/2018 | N |
| | 77 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) mailed in version | N |
| | 78 | October 29, 2018 FEC Letter to Sean Smith, Re: October Quarterly Report (07/01/2018-09/30/2018) | N |
| | 79 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) | N |
| | 80 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 (EOY-18) | N |
| | 81 | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-19) | N |
| | 82 | June 10, 2019 FEC Letter to Sean Smith, Re: October Quarterly Report (8/16/2018-9/30/2018) | N |
| | 83 | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-19) | N |
| | 84 | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-19) | N |
| | 85 | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY 2019 | N |
| | 86 | FEC Index - Candidate Index of Supporting Documents 2017-2018 | N |
| | 87 | FEC Index - Candidate Index of Supporting Documents 2018-2019 | N |
| AA | 88 | Summary Chart of FEC Records for Das for Congress and Cash on Hand Disclosures | Y |
| BB | 89 | Summary Chart of COH Balances for MA-03 Primary Candidates | Y |
| CC | 90 | Summary Chart of Balances of Lowell Five Account x3361 in the name Das for Congress Compared to Das for Congress FEC Filings | Y |
| | 91 | Emails with Horan, Das, and Ferson on 1.16.2018, Re: *Draft PR* | N |
| | 92 | Email from Horan to DFC team on 1.16.2018 at 5:54 PM, Re: *questions for Das ed board prep* | N |
| | 93 | Email from Horan to DFC team on 1.30.2018 at 3:59 PM, Re: *Stump Speech* (Attachment: Stump v1.docx) | N |
| | 94 | Emails with Horan, Ferson, and Das on 2.1.2018, Re: *Response* | N |
| | 95 | Email from Chaudhuri to Foster, Mammen, and Das on 9.28.2017 at 2:40 PM, Re: *Check-In Friday?* | N |
| | 96 | Emails with Das and Chaudhuri, cc'ing Anil Mammen and Foster on 10.4.2017, Re: *update on matters we discussed last week* | N |
| | 97 | Emails with Das, Mammen and Chaudhuri on 10.23.2017, Re: *Bryson* | N |
| | **97.1** | **Email from Chaudhuri to Das on 11.07.2017, Re: *Fwd: Luke Siebert Onboarding*** | N |
| | 98 | Emails with Das, Chaudhuri, Arun Paul and Rani Bose from 12.1 to 12.13.2017, Re: *San Francisco Event* | N |

| | | | |
|---|---|---|---|
| | 99 | Emails with Jay Shah, James Foster, Das, and Chauhduri on 12.17.2017, Re: *Troca One* | N |
| | 100 | Dial in for 12.19.2017 call at 7:30 PM | |
| | 101 | Email from Das to Chaudhuri on 12.26.2017 at 6:15 PM, Re: Wire Transfer Instructions with Attachment (Mitra Das - Wire Transfer Instructions.pdf) | N |
| | 102 | Text Messages with Das and Chauhduri from 12.26.2017-12.28.2017 | N |
| | 103 | Emails with Das and Chaudhuri on 12.26.2017, Re: *Wire Transfer Instructions* | N |
| | 104 | Email from Das to Chaudhuri on 12.27.2017 at 3:31 PM, RE: *Loan Agreement and Attachment* (Loan Agreement dated 12.26.2017 signed by Mitra Das) | N |
| | 105 | Email from Chaudhuri to Das on 12.28.2017 at 12:46 PM, Re: *Loan Agreement and 2 Attachments* (Loan Agreement, 12-28-2017.pfd and Schwab Transfer Receipt, 12-28-2017.pdf | N |
| | 106 | Email from Chaudhuri to Das on 7.10.2018 at 6:55 PM, Re: *FEC Login Details, forwarding emails with Chaudhuri and Chast* | N |
| DD | 107 | Email from Das to Chaudhuri on 1.22.2019 at 6:21 PM, Re: *Background* with Attachment (FEC_Candidate_Personal Loans from the candidate.pdf) | Y |
| | 108 | Emails between Chaudhuri and Das on 1.23.2019, Re: *Background* | N |
| | 109 | Email from Das to Chaudhuri on 1.24.2019, Re: *Settlement Agreement with Attachment* (Das Chaudhuri Settlement Agreement.pdf) | N |
| | **109.1** | **Reply Email from Chaudhuri to Das on 1.24.2019 at 10:02 PM, Re: *Settlement Agreement*** | N |
| | 110 | Immunity Letter for Toby Chaudhuri | N |
| | 111 | Emails with Siebert, Das, Chaudhuri, and Belanger on 11.4.2017, Re: *FEC Filing Deadline* | N |
| | 112 | Email from Siebert to Das on 11.22.2017 at 4:14 PM, Re: *NGP Van order form* with Attachment (Das, Abhijit 11_21_2017 NGPVAN.pdf) | N |
| | 113 | Email from Das to Spencer, Belanger, Chast and others on 4.7.2018, at 10:45 AM Re: *Brennan Spencer/Campaign Manager* | N |
| | 114 | Text Messages between Das and Spencer on 5.6.2018 | N |
| | 115 | Text Messages from Das to Spencer on 5.7.2018, at 10:44 PM | N |
| | 116 | Emails with Spencer, Das, and Sinclair on 5.11.2018, Re: *Yesterday's Fundraising Haul* | N |
| | 117 | Text Messages between Das and Spencer on 5.25.2018 | N |
| | 118 | Emails with Das to Smith on 11.7.2017, Re: *Filings and data* | N |
| | 119 | Email from Das to Smith on 11.8.2017, Re: *FEC Filing Password* | N |
| | 120 | Emails with Das and Smith on 12.6.2017, Re: *Payroll Funding for the Daniel* | N |
| | 121 | Email from Das to Smith and Chast on 1.9.2018 at 2:04 AM, Re: *Federal Election Commission Change Password Request* | N |

| | | | | |
|---|---|---|---|---|
| | 121.1 | **Email from Smith to Das on 1.10.2018 Re: *QBO for Das for Congress*** | N | |
| | 122 | Emails with Das, Smith and Chast on 1.31.2018, Re: *FEC Report FILE BY MIDNIGHT* | N | |
| | 123 | Emails with Das, Smith and Foster on 2.13.2018, Re: *Stonehedge Daily & Management Reports for 2.12.18* | N | |
| EE | 123.1 | **Email from Das to Smith and Foster on 2.14.2019 Re: *Fwd: Stonehedge Daily & Management Reposts for 2/13/18*** | Y | Relevance |
| | 124 | Emails from Smith to Das on 2.15.2018, Re: *Troca Hotels Management* | N | |
| | 125 | Emails between Das and Smith on 2.19.2018, Re: *Bruncwick Taxes* | N | |
| | 126 | Emails between Das and Smith on 4.12.2018, Re: *The daniel* | N | |
| FF | 127 | Sean Smith Withdrawal and Deposit Slips | Reserve | |
| | 128 | Immunity Letter for Sean Smith | N | |
| | 129 | Email from Das to Ladebauche on 12.15.2017, Re: *Stonehedge Cash Requirements for Payables* | N | |
| | 130 | Email from Ladebauche to Das on 1.11.2018, Re: *Stonehedge Bills to Pay* | N | |
| | 131 | Emails between Ladebauche and Das on 1.18.2018, Re: *Stonehedge Bills to Pay* | N | |
| | 132 | Emails between Ladebauche and Das on 2.9.2018, Re: *Deposits* | N | |
| | 133 | Email from Ladebauche to Das on 2.16.2018 at 2:22 PM, Re: *Loan Deposits* with Attachment (SKMBT_C284e18021613200.pdf) (Deposit Records) | N | |
| | 133.1 | Email from Ladebauche to Das on 03.30.2018 Re: *Fwd: Charge for windlass* | N | |
| | 134 | Emails between Ladebauche and Das on 5.17.2018, Re: *Lowell 5* | N | |
| | 134.1 | Emails between Eath and Das, starting 9/15/2017 Re: *Boston East Tyngsboro - Operating Account* | N | |
| | 134.2 | Emails between Firth and Das on 09.21.2017, Re: *Special Announcement Invitation* | N | |
| | 135 | Email from Das to Shah on 9.20.2017 at 7:12 AM, Re: *Special Announcement Invitation* | N | |
| | 136 | Emails with Das and Shah from 11.27.2017 to 12.1.2017, Re: *Das for Congress Finance Committee* | N | |
| | 137 | Email from Das to Shah, cc'ing Sapna Bhatt and Chast on 12.11.2017 at 1:00 PM, Re: *Campaign Contribution Time* | N | |
| | 138 | Emails with Shah, Chaudhuri, and Chast on 12.11.2017, Re: *Conference Call Today?* | N | |
| GG | 139 | Email from Shah to Naveen Kakarla, Re: *Thank you & follow up* on 12.20.217 at 7:57 PM and email from Shah to Das on 1.1.2018 at 5:37 PM | Y | Rule of completeness |
| | 140 | Email from Das to Shah on 12.27.2018 at 2:38 AM, Re: *Agreement and Wire Info* with 2 Attachments: Wire Transfer Instructions and Loan Agreement in name of Mitra Das | N | |

| | | | | |
|---|---|---|---|---|
| | 141 | Email from Shah to Das on 12.27.2017 at 12:31 PM, *Re: Loan Agreement - Mitra Das to Jay Shah.pdf* with signed Loan Agreement between Shah and Mitra Das dated 12.26.2017 | N | |
| | 142 | Emails with Das and Shah on 12.28.2017, Re: [blank] | N | |
| | 143 | Email from Das to Shah on 1.1.2018 at 9:24 PM, Re: *Cash Update* | N | |
| | 144 | Immunity Order for Jay Shah | N | |
| | 145 | Email from Ben J. Holly to Das on 12.21.2018, Re: *Das for Congress (C00667445)* | N | |
| HH-LL | 146.1-146.5 | Summary charts | Y | |
| MM | 147 | Barclay card statements | Reserve | |
| | 148 | Town of Brunswick tax records | N | |
| | 149 | Picture of Stonehedge | N | |
| | 150 | Picture of The Daniel | N | |
| | 151 | Picture of Troca One | N | |
| | | *MA Secretary of State Records - Articles of Incorpion* | | |
| | 152 | Boston East India Hotels LLC | N | |
| | 153 | Boston East Tyngsboro Holdings, LLC | N | |
| | 154 | Troca Hotels Management | N | |
| | 155 | Troca Holdings LLC | N | |
| | | *FL Secretary of State Records - Articles of Incorpion* | | |
| | 156 | Troca Yachts Management LLC | N | |
| NN | 157 | Summary Charts of Abhijit Das Entities | Y | |
| | | *Boston East Tyngsboro Holdings, LLC Chapter 11 Bankruptcy Filing* | | |
| OO | 158 | Voluntary Petition for Non-Individuals Filing for Bankruptcy filed on 12.4.2019 | Y | 401/403 |
| PP | 159 | Statement of Financial Affairs | Y | 401/403 |
| | 160 | Walnut Hill Farm images | N | |

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:     /s/ Neil Gallagher
        Neil J. Gallagher, Jr.
        Elysa Q. Wan
        Assistant U.S. Attorneys

Date Submitted:  October 1, 2023

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        */s/ Neil J. Gallagher, Jr.*
                        Neil J. Gallagher, Jr.