UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS A/K/A "BEEJ" DAS,<br><br>    Defendant | CRIMINAL No. 21-cr-10200-RGS |

<u>GOVERNMENT'S DISMISSSAL OF COUNT FOUR OF THE INDICTMENT</u>

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Count Four of the Indictment.  As grounds, the government submits that the dismissal will streamline the presentation of the court's instructions to the jury. At this point in the trial, the court has not provided any details of Count Four in the indictment to the jury.  Furthermore, the evidence adduced at trial regarding the excessive contributions is clearly relevant to the remaining charges.  For this reason, there is no prejudice to dismissal of this count.

Accordingly, the government submits that the court should dismiss Count Four of the Indictment, charging a Scheme to Falsify, Conceal, and Cover Up Material Facts, and dismiss it with prejudice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    *Bill Abely*
       Bill Abely
       Chief, Criminal Division

/s/ Neil Gallagher
Neil J. Gallagher, Jr.
Elysa Q. Wan
Assistant U.S. Attorneys

Leave to File Granted this ___ Day of October
2023:

_____
HON. RICHARD G. STEARNS
U.S. DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing (NEF).

/s/  Neil Gallagher
Neil Gallagher
Assistant United States Attorney

Date: October 9, 2023