✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Abhijit Das | Case Number: 21-cr-10200-RGS-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Richard G. Stearns | Gallagher, Wan | Kendall, Mahoney |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/2/2023 - 10/13/2023 | James Gibbons | Timothy R. Maynard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/2/2023 | | Yes | Liberty Square Group Statement of Work |
| 2 | | 10/2/2023 | | Yes | LSG Press Release for Das for Congress Campaign: Beej Das Raises $425,000 in First Funraising |
| 3 | | 10/2/2023 | | Yes | Emails with Das, Ferson, and Molly Horan on 3.29.2018, Re: New Poll |
| 4 | | 10/2/2023 | | Yes | Email from Horan to Das on 4.9.2018 at 2:03 PM, Re: Koh $ |
| 5 | | 10/2/2023 | | Yes | Email from Das to Sean Sinclair, cc'ing Ferson and Chaudhuri, on 4.9.2018 at 3:23 PM, Re: Invitatio |
| 6 | | 10/2/2023 | | Yes | Emails with Das, Scott Tully, and Chast from 11.1.17 to 11.16.2017, Re: I'm With You |
| 7 | | 10/2/2023 | | Yes | Email from Chast to Shah, Das, and Sapna Bhatt on 11.21.2017, Re: Intro - New Das Campaign Sta |
| 8 | | 10/2/2023 | | Yes | Email from Das to Ajoy Bose, BCC: Eric Chast on 12.11.2017 at 11:24 a.m., Re: Our call today |
| 9 | | 10/2/2023 | | Yes | Calander Event for 12.15.2017 at 5:00Z - Reach out to Ajoy Bose |
| 10 | | 10/2/2023 | | Yes | Calander Event for 12.16.2017 at 00:00Z - Has Ajoy Called? |
| 11 | | 10/2/2023 | | Yes | Email from Das to Shah, cc'ing Chast on 12.19.2017 at 3:36 PM, Re: Thank you & follow up |
| 12 | | 10/2/2023 | | Yes | Emails with Das, Ajoy Bose, and Chast on 12.19.2017, Re: Donation Links |
| 12.1 | | 10/2/2023 | | Yes | Emails between Das and Bose on 12.19.2017, Re: Donation Links |
| 13 | | 10/2/2023 | | Yes | Email from Chast to Das on 12.30.2017 at 12:16 p.m., Re: Updated NGP Donor Report (with attach |
| 14 | | 10/2/2023 | | Yes | Emails with Chast to Das, Belanger on 1.3.2018, Re: Compliance |
| 15 | | 10/2/2023 | | Yes | Email from Chast to Das on 1.9.2018 at 9:23 PM, Re: Federal Election Commission Change Passw |
| 16 | | 10/2/2023 | | Yes | Emails with Chast, Horan and Das on 1.10.208, Re: FEC Reporting Deadlines |
| 17 | | 10/2/2023 | | Yes | Emails between Chast and Horan on 1.16.2018, Re: Beej's 2017 Numbers |
| 18 | | 10/2/2023 | | Yes | Email from Das to Shah and Sapna Bhatt, cc'ing Chast on 1.19.2018 at 12:48 PM, Re: Thank You a |
| 19 | | 10/2/2023 | | Yes | Email from Chast to Das on 1.22.2018 at 1:07 PM, Re: Compliance - Expenses & Loans |
| 20 | | 10/2/2023 | | Yes | Email from Das to Chast on 1.30.2018 at 1:23 AM, Re: Finance Info - Loan - Cash - Beej |
| 21 | | 10/2/2023 | | Yes | Email from Das from Das to Chast on 1.30.2018 at 2:44 AM, Re: Loans from Beej Das - December |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 11 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 10/2/2023 | | Yes | Emails between Das and Chast on 1.30.2018, Re: Finance Materials - Loan to Campaign as of 12- |
| 24 | | 10/2/2023 | | Yes | Emails between Das and Chast on 3.27-28.2018, re: Bengali Email |
| 25 | | 10/2/2023 | | Yes | Emails between Das and Chast on 4.2.2018 and 4.9.2018, re: Compiliance! (with attachment: Don |
| 25.1 | | 10/2/2023 | | Yes | Email from Das to Chast on 4.9.2018 at 12:47 AM, Re: Expense Details - Q1 (with Attachment: Da |
| 26 | | 10/2/2023 | | Yes | Emails with Das and Chast on 4.10.2018, Re: FEC Report Due 4/15 (Quarterly Filers), 4/20 (Month |
| 27 | | 10/2/2023 | | Yes | Text message between Chast to Das on 4.10.2018 and 4.14.2018 |
| 28 | | 10/2/2023 | | Yes | Emails between Das and Chast 4.10.2018 and 4.14.2018, Re: Preliminary Numbers |
| 29 | | 10/2/2023 | | Yes | Emails between Das and Chast on 5.7 and 5.9.2018, re: Important: Request for Additional Informat |
| 30 | | 10/2/2023 | | Yes | Email from Das to others including Belganger, Chast, and Horan, Re: 5/11 Das for Congress Call F |
| 31 | | 10/2/2023 | | Yes | Immunity Letter dated 4.6.2021 |
| 32 | | 10/2/2023 | | Yes | Calendar Event on 12.11.2017, at 19:00Z Re: Call Ajoy Bose |
| 33 | | 10/2/2023 | | Yes | Emails between Das and Bose on 12.17.2017, Re: Babu, I will call you tomorrow |
| 34 | | 10/2/2023 | | Yes | Calendar Event on on 12.19.2017, at 1:00 AM, Re: Call Ajoy Bose |
| 35 | | 10/2/2023 | | Yes | Email from Bose to Das on 12.20.2017 at 2:27 PM, Re: Let me know |
| 36 | | 10/2/2023 | | Yes | Email from Das to Bose on 12.21.2017 at 1:30 AM, Re: Wire Info |
| 37 | | 10/2/2023 | | Yes | Email from Das to Bose on 12.26.2017 at 6:13 PM, Re: Wire Instructions (with Attachment: Mitra D |
| 38 | | 10/2/2023 | | Yes | Emails between Das and Bose on 12.27.2017, Re: Wire Instructions |
| 39 | | 10/10/2023 | | Yes | Signature Card and Account Statement: Lowell Five Account ending in x3361 in the name Das for |
| 40 | | 10/12/2023 | | Yes | 40.1 Select Deposits: Lowell Five Account ending in x3361 in the name DFC |
| | | | | | |
| 42 | | 10/10/2023 | | Yes | Signature Card and Account Statement: Lowell Five Account ending in x8047 in the name of Bosto |
| 43 | | 10/10/2023 | | Yes | Combined Select Withdrawals and Deposits |
| 44 | | 10/10/2023 | | Yes | Signature Card and Account Statements: Lowell Five Account ending in 8074 in the name of BETH |
| 46 | | 10/10/2023 | | Yes | Signature Card and Account Statements: Lowell Five Account ending in 3741 in the name of Troca |
| 48 | | 10/10/2023 | | Yes | Signature Card and Account Statements: Lowell Five Account ending 6955 in the name of Troca Y |
| 50 | | 10/10/2023 | | Yes | Signature Card and Account Statements: Lowell Five Account ending 3085 in the name of Troca H |
| 52 | | 10/10/2023 | | Yes | Wire Transfer Record: 12.27.2017 transfer of $48,000 and 12.28.2017 transfer of $170,000 from B |

Page   2   of   11   Pages

☙AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| 55 | | 10/10/2023 | | Yes | Signature Card: BOA Account ending in 8667 in the name of Mitra and Mukti Das | |
| 56 | | 10/10/2023 | | Yes | Check: Check No. 165 dated 9.25.2017 from BOA-8667 for $49,000 to Abhijit Das deposited on 12 | |
| 57 | | 10/10/2023 | | Yes | Account Statement: BOA Account ending 8667, 12.26.2017 to 1.18.2018 | |
| 58 | | 10/10/2023 | | Yes | Signature Card: BOA Account ending in 6673 in the name of Mitra and Mukti Das | |
| 59 | | 10/10/2023 | | Yes | Account Statement: BOA Account ending 6673, 11.28.2017 to 1.26.2018 | |
| 60 | | 10/10/2023 | | Yes | Signature Card: BOA Account ending in 9551 in the name of Mitra Das and Abhijit Das | |
| 61 | | 10/10/2023 | | Yes | Account Statement: BOA Account ending 9551, 12.26.2017 to 1.18.2018 | |
| 62 | | 10/10/2023 | | Yes | Deposit Records: Deposit of $49,000 on 12.29.2017 and $54,010 on 12.30.2017 into BOA-9551 | |
| | | | | | | |
| 64 | | 10/10/2023 | | Yes | Summary Chart of Lowell Five Bank and Bank of America Records | |
| 65 | | 10/10/2023 | | Yes | Account Statement: Webster Bank Account ending in 6669 in the name of Kristen M. Campetti and | |
| 66 | | 10/3/2023 | | Yes | Deposit Record: Deposit of $1,900.00 in cash on 1.11.2018 into Webster-x6669 | |
| | | | | | | |
| 68 | | 10/2/2023 | | Yes | FEC Form 1: Statement of Organization | |
| 69 | | 10/2/2023 | | Yes | FEC Form 2: Statement of Candidacy | |
| 70 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY-17 | |
| 71 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements April 15 (Q1-18) | |
| 72 | | 10/2/2023 | | Yes | May 6, 2018 FEC Letter to Sean Smith, Re: April Quarterly Report (01/01/2018-03/31/2018) | |
| 73 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-18) amended | |
| 74 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) | |
| 75 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-18) amended | |
| 76 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - (unspecified) covering 7/1/18 to 8/15/2018 | |
| 77 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) mailed in version | |
| 78 | | 10/2/2023 | | Yes | October 29, 2018 FEC Letter to Sean Smith, Re: October Quarterly Report (07/01/2018-09/30/2018 | |
| 79 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-18) | |

≫AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 80 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 (EOY-18) |
| 81 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - April 15 (Q1-19) |
| 82 | | 10/2/2023 | | Yes | June 10, 2019 FEC Letter to Sean Smith, Re: October Quarterly Report (8/16/2018-9/30/2018) |
| 83 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - July 15 (Q2-19) |
| 84 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - October 15 (Q3-19) |
| 85 | | 10/2/2023 | | Yes | FEC Form 3: Reports of Receipts and Disbursements - Jan 31 EOY 2019 |
| 86 | | 10/2/2023 | | Yes | FEC Index - Candidate Index of Supporting Documents 2017-2018 |
| 87 | | 10/2/2023 | | Yes | FEC Index - Candidate Index of Supporting Documents 2018-2019 |
| 88 | | 10/10/2023 | | Yes | Summary Chart of FEC Records for Das for Congress and Cash on Hand Disclosures |
| 89 | | 10/10/2023 | | Yes | Summary Chart of COH Balances for MA-03 Primary Candidates |
| 90 | | 10/10/2023 | | Yes | Summary Chart of Balances of Lowell Five Account x3361 in the name Das for Congress Compare |
| 91 | | 10/2/2023 | | Yes | Emails with Horan, Das, and Ferson on 1.16.2018, Re: Draft PR |
| 92 | | 10/2/2023 | | Yes | Email from Horan to DFC team on 1.16.2018 at 5:54 PM, Re: questions for Das ed board prep |
| 93 | | 10/2/2023 | | Yes | Email from Horan to DFC team on 1.30.2018 at 3:59 PM, Re: Stump Speech (Attachment: Stump |
| 94 | | 10/2/2023 | | Yes | Emails with Horan, Ferson, and Das on 2.1.2018, Re: Response |
| 95 | | 10/2/2023 | | Yes | Email from Chaudhuri to Foster, Mammen, and Das on 9.28.2017 at 2:40 PM, Re: Check-In Friday |
| 96 | | 10/2/2023 | | Yes | Emails with Das and Chaudhuri, cc'ing Anil Mammen and Foster on 10.4.2017, Re: update on matt |
| 97 | | 10/2/2023 | | Yes | Emails with Das, Mammen and Chaudhuri on 10.23.2017, Re: Bryson |
| 97.1 | | 10/2/2023 | | Yes | Email from Chaudhuri to Das on 11.07.2017, Re: Fwd: Luke Siebert Onboarding |
| 98 | | 10/2/2023 | | Yes | Emails with Das, Chaudhuri, Arun Paul and Rani Bose from 12.1 to 12.13.2017, Re: San Francisco |
| 99 | | 10/2/2023 | | Yes | Emails with Jay Shah, James Foster, Das, and Chauhduri on 12.17.2017, Re: Troca One |
| 100 | | 10/2/2023 | | Yes | Dial in for 12.19.2017 call at 7:30 PM |
| 101 | | 10/2/2023 | | Yes | Email from Das to Chaudhuri on 12.26.2017 at 6:15 PM, Re: Wire Transfer Instructions with Attach |
| 102 | | 10/2/2023 | | Yes | Text Messages with Das and Chauhduri from 12.26.2017-12.28.2017 |
| 103 | | 10/2/2023 | | Yes | Emails with Das and Chaudhuri on 12.26.2017, Re: Wire Transfer Instructions |
| 104 | | 10/2/2023 | | Yes | Email from Das to Chaudhuri on 12.27.2017 at 3:31 PM, RE: Loan Agreement and Attachment (Lo |
| 105 | | 10/2/2023 | | Yes | Email from Chaudhuri to Das on 12.28.2017 at 12:46 PM, Re: Loan Agreement and 2 Attachments |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 106 | | 10/2/2023 | | Yes | Email from Chaudhuri to Das on 7.10.2018 at 6:55 PM, Re: FEC Login Details, forwarding emails w |
| 107 | | 10/11/2023 | | Yes | Email from Das to Chaudhuri on 1.22.2019 at 6:21 PM, Re: Background (FEC_Candidate_Persona |
| 108 | | 10/2/2023 | | Yes | Emails between Chaudhuri and Das on 1.23.2019, Re: Background |
| 109 | | 10/2/2023 | | Yes | Email from Das to Chaudhuri on 1.24.2019, Re: Settlement Agreement with Attachment (Das Chau |
| 109 | | 10/2/2023 | | Yes | (109.1) Reply Email from Chaudhuri to Das on 1.24.2019 at 10:02 PM, Re: Settlement Agreement |
| 110 | | 10/2/2023 | | Yes | Immunity Letter for Toby Chaudhuri |
| 111 | | 10/2/2023 | | Yes | Emails with Siebert, Das, Chaudhuri, and Belanger on 11.4.2017, Re: FEC Filing Deadline |
| 112 | | 10/2/2023 | | Yes | Email from Siebert to Das on 11.22.2017 at 4:14 PM, Re: NGP Van order form with Attachment (Da |
| 113 | | 10/2/2023 | | Yes | Email from Das to Spencer, Belanger, Chast and others on 4.7.2018, at 10:45 AM Re: Brennan Sp |
| 114 | | 10/2/2023 | | Yes | Text Messages between Das and Spencer on 5.6.2018 |
| 115 | | 10/2/2023 | | Yes | Text Messages from Das to Spencer on 5.7.2018, at 10:44 PM |
| 116 | | 10/2/2023 | | Yes | Emails with Spencer, Das, and Sinclair on 5.11.2018, Re: Yesterday's Fundraising Haul |
| 117 | | 10/2/2023 | | Yes | Text Messages between Das and Spencer on 5.25.2018 |
| 118 | | 10/2/2023 | | Yes | Emails with Das to Smith on 11.7.2017, Re: Filings and data |
| 119 | | 10/2/2023 | | Yes | Email from Das to Smith on 11.8.2017, Re: FEC Filing Password |
| 120 | | 10/2/2023 | | Yes | Emails with Das and Smith on 12.6.2017, Re: Payroll Funding for the Daniel |
| 121 | | 10/2/2023 | | Yes | Email from Das to Smith and Chast on 1.9.2018 at 2:04 AM, Re: Federal Election Commission Cha |
| 121 | | 10/2/2023 | | Yes | (121.1) Email from Smith to Das on 1.10.2018 Re: QBO for Das for Congress |
| 122 | | 10/2/2023 | | Yes | Emails with Das, Smith and Chast on 1.31.2018, Re: FEC Report FILE BY MIDNIGHT |
| 123 | | 10/2/2023 | | Yes | Emails with Das, Smith and Foster on 2.13.2018, Re: Stonehedge Daily & Management Reports fo |
| 123 | | 10/3/2023 | | Yes | (123.1) Email from Das to Smith and Foster on 2.14.2019 Re: Fwd: Stonehedge Daily & Managem |
| 124 | | 10/2/2023 | | Yes | Emails from Smith to Das on 2.15.2018, Re: Troca Hotels Management |
| 125 | | 10/2/2023 | | Yes | Emails between Das and Smith on 2.19.2018, Re: Bruncwick Taxes |
| 126 | | 10/2/2023 | | Yes | Emails between Das and Smith on 4.12.2018, Re: The daniel |
| 127 | | 10/3/2023 | | Yes | Sean Smith Withdrawal and Deposit Slips |
| 128 | | 10/2/2023 | | Yes | Immunity Letter for Sean Smith |
| 129 | | 10/2/2023 | | Yes | Email from Das to Ladebauche on 12.15.2017, Re: Stonehedge Cash Requirements for Payables |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Abhijit Das | | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 130 | | 10/2/2023 | | Yes | Email from Ladebauche to Das on 1.11.2018, Re: Stonehedge Bills to Pay |
| 131 | | 10/2/2023 | | Yes | Emails between Ladebauche and Das on 1.18.2018, Re: Stonehedge Bills to Pay |
| 132 | | 10/2/2023 | | Yes | Emails between Ladebauche and Das on 2.9.2018, Re: Deposits |
| 133 | | 10/2/2023 | | Yes | Email from Ladebauche to Das on 2.16.2018 at 2:22 PM, Re: Loan Deposits with Attachment (SKM |
| 133 | | 10/2/2023 | | Yes | (133.1) Email from Ladebauche to Das on 03.30.2018 Re: Fwd: Charge for windlass |
| 134 | | 10/2/2023 | | Yes | Emails between Ladebauche and Das on 5.17.2018, Re: Lowell 5 |
| 134 | | 10/2/2023 | | Yes | (134.1) Emails between Eath and Das, starting 9/15/2017 Re: Boston East Tyngsboro - Operating |
| 134 | | 10/2/2023 | | Yes | (134.2) Emails between Firth and Das on 09.21.2017, Re: Special Announcement Invitation |
| 135 | | 10/2/2023 | | Yes | Email from Das to Shah on 9.20.2017 at 7:12 AM, Re: Special Announcement Invitation |
| 136 | | 10/2/2023 | | Yes | Emails with Das and Shah from 11.27.2017 to 12.1.2017, Re: Das for Congress Finance Committe |
| 137 | | 10/2/2023 | | Yes | Email from Das to Shah, cc'ing Sapna Bhatt and Chast on 12.11.2017 at 1:00 PM, Re: Campaign ( |
| 138 | | 10/2/2023 | | Yes | Emails with Shah, Chaudhuri, and Chast on 12.11.2017, Re: Conference Call Today? |
| 139 | | 10/11/2023 | | Yes | Email from Shah to Naveen Kakarla, Re: Thank you & follow up on 12.20.217 at 7:57 PM and ema |
| 140 | | 10/2/2023 | | Yes | Email from Das to Shah on 12.27.2018 at 2:38 AM, Re: Agreement and Wire Info with 2 Attachmer |
| 141 | | 10/2/2023 | | Yes | Email from Shah to Das on 12.27.2017 at 12:31 PM, Re: Loan Agreement - Mitra Das to Jay Shah |
| 142 | | 10/2/2023 | | Yes | Emails with Das and Shah on 12.28.2017, Re: [blank] |
| 143 | | 10/2/2023 | | Yes | Email from Das to Shah on 1.1.2018 at 9:24 PM, Re: Cash Update |
| 144 | | 10/2/2023 | | Yes | Immunity Order for Jay Shah |
| 145 | | 10/2/2023 | | Yes | Email from Ben J. Holly to Das on 12.21.2018, Re: Das for Congress (C00667445) |
| 146 | | 10/10/2023 | | Yes | Summary charts 146.6, 146.7, 146.8, 146.1, 146.9, 146.10, 146.2, 146.4 |
| | | | | | |
| 148 | | 10/2/2023 | | Yes | Town of Brunswick tax records |
| 149 | | 10/2/2023 | | Yes | Picture of Stonehedge |
| 150 | | 10/2/2023 | | Yes | Picture of The Daniel |
| 151 | | 10/2/2023 | | Yes | Picture of Troca One |
| 152 | | 10/2/2023 | | Yes | Boston East India Hotels LLC |
| 153 | | 10/2/2023 | | Yes | Boston East Tyngsboro Holdings, LLC |

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 154 | | 10/2/2023 | | Yes | Troca Hotels Management |
| 155 | | 10/2/2023 | | Yes | Troca Holdings LLC |
| 156 | | 10/2/2023 | | Yes | Troca Yachts Management LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| 160 | | 10/2/2023 | | Yes | Walnut Hill Farm images |
| WIT | | 10/2/2023 | | | Government calls witness Scott Ferson, Liberty Square Group, Boston, MA |
| | 161 | 10/2/2023 | | Yes | (I 770) Liberty Square Group website, "Campaign Management" |
| | 162 | 10/2/2023 | | Yes | (I133) Email from Chaudhuri to Ferson and Das on 12/13/2017, Re: Fwd: Today's call |
| WIT | | 10/2/2023 | | | Government calls witness Eric Chast, Liberty Square Group, Boston, MA |
| 23 | | 10/2/2023 | | Yes | FEC Form 3 instructions |
| | 163 | 10/3/2023 | | Yes | Liberty Square Group DFC Call Recap Emails |
| | 164 | 10/3/2023 | | Yes | (716) Chast blog article for first time candidates, "Why Can't I Just Do It Myself?" |
| | 165 | 10/3/2023 | | Yes | Eric Chast Website, "About" |
| | 166 | 10/3/2023 | | Yes | Chast LinkedIn Profile |
| | 167 | 10/3/2023 | | Yes | (I 28) FEC Article, "Committee Treasurers (2017)" (Dated 5/9/2017) |
| | 168 | 10/3/2023 | | Yes | (I 108) Email from Chaudhuri to Das on 12/1/2017 at 12:38pm, Re: Fwd: NYC Raiser with Attachm |
| | 169 | 10/3/2023 | | Yes | (I 224) Email from Lappin to Chaudhuri, cc'ing Chast on 2/2/2018, Re: NYC Update |
| | 170 | 10/3/2023 | | Yes | (I 230) Calendar Event on 2/13/2018 from Chaudhuri to Chast, Re: Weekly Team Call - Das for Co |
| | 171 | 10/3/2023 | | Yes | (I 731) Email from Das to Chaudhuri, cc'ing Chast on 2/23/2018, Re: Geospatial Target Marketing |
| | 172 | 10/3/2023 | | Yes | (I 246) Email from Chast to Das on 2/25/2018, Re: Finance Committee Call |
| | 173 | 10/3/2023 | | Yes | (I 745) Email from Chast to Belanger and Das on 1/16/2018, Re: Quick question for reporting |
| | 174 | 10/3/2023 | | Yes | (I 199) Email from Chast to Belanger, cc'ing Das on 1/18/2018, Re: Quick question for reporting |
| | 175 | 10/3/2023 | | Yes | (I 749) Email from Das to Chast on 1/30/2018 at 2:51am, Re: Finance - Expenses with Attachment |
| | 176 | 10/3/2023 | | Yes | Email from Chast to Ferson, cc'ing Migliore on 3/13/2018, Re: Moving Forward |
| | 177 | 10/3/2023 | | Yes | (I 753) Email from Chast to Sinclair on 3/28/2018, Re: Beej Budget |

Page   7   of   11   Pages

≊AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 178 | 10/4/2023 | | Yes | (I 755) Email from Chast to Das on 4/10/2018 at 5:14pm, Re: Compliance - Mo' Money? | |
| | 179 | 10/4/2023 | | Yes | Spreadsheet - Campaign Expenses Paid by Abhijit Das | |
| | 180 | 10/4/2023 | | Yes | (I 1046) Emails between Das, Chast, Ferson, and Chaudhuri on 11/27/2017, Re: Luke's Behavior | |
| 181 | | 10/4/2023 | | Yes | 01.16.2018 Email - 01-16 Das for Congress Call Recap | |
| WIT | | 10/4/2023 | | | Government calls witness Lucas Siebert, Seattle, WA | |
| | 182 | 10/4/2023 | | No | (I 1045) Email from Das to Siebert, cc'ing Chaudhuri on 11/25/2017, Re: Today | |
| WIT | | 10/4/2023 | | | Government calls witness Sean Smith, Wakefield, MA | |
| | 183 | 10/4/2023 | | Yes | Set of Sean Smith emails | |
| WIT | | 10/4/2023 | | | Government calls witness Brennan Spencer, Dewey Square Group, Boston, MA | |
| | 184 | 10/5/2023 | | Yes | Set of Text messages Brennan Spencer | |
| | 185 | 10/5/2023 | | Yes | (I 996.1) Email from Chast to Sinclair, cc'ing Ferson on 5/11/2018, Re: [Blank] | |
| WIT | | 10/5/2023 | | | Government calls witness Toby Chaudhury, Concord, MA | |
| | 186 | 10/5/2023 | | Yes | (I 664) Email from Chaudhuri to Das and Mitra Das, cc'ing Brian Riley on 7/16/2018, Re: Invitation | |
| | 187 | 10/6/2023 | | Yes | Email from Chaudhuri to Das, cc'ing Mitra Das on 1/23/2019 at 10:35 am, Re: Availability | |
| | 188 | 10/6/2023 | | Yes | (I 505) Email from Das to Chaudhuri on 1/24/2019 at 10:15pm, Re: Settlement Agreement | |
| | 189 | 10/6/2023 | | Yes | (I 507) Email from Chaudhuri to Mitra Das, cc'ing Das on 1/25/2019 at 12:53pm, Re: Availability wi... | |
| | 190 | 10/6/2023 | | Yes | (I 506) Email from Chaudhuri to Das on 1/25/2019 at 10:24am, Re: Settlement Agreement with Att... | |
| | 191 | 10/6/2023 | | Yes | (I 508) Email from Das to Chaudhuri on 1/25/2019 at 1:56pm, Re: Settlement Agreement with Attac... | |
| | 192 | 10/6/2023 | | Yes | (I 512) Email from Chaudhuri to Das, cc'ing Mitra Das on 1/29/2019 at 4:15pm, Re: Availability with... | |
| | 193 | 10/6/2023 | | Yes | (I 513) Email from Chaudhuri to Das, cc'ing Mitra Das on 2/1/2019 at 11:37am, Re: Availability | |
| | 194 | 10/6/2023 | | Yes | (I 662) Email from Chaudhuri to Das, cc'ing Ferson on 3/28/2018 at 11:47am, Re:^ Rearranging D... | |
| | 195 | 10/6/2023 | | Yes | Text Messages between Das and Chaudhuri, 7/11/2018 | |
| WIT | | 10/6/2023 | | | Government calls witness Deborah Belanger, Lowell, MA | |
| WIT | | 10/6/2023 | | | Government calls witness Rise LaDebauche, Nashua, NH | |
| | 196 | 10/6/2023 | | Yes | (I 548) Photo of Stonehedge Hotel after flood | |
| | 197 | 10/6/2023 | | Yes | (I 137) Email from Das to Ladebauche on 12/15/2017, Re: Fwd: Salary | |
| | 198 | 10/6/2023 | | Yes | (I 186) Email from Das to Foster, Ladebauche, and Smith, bcc'ing Campetti on 1/9/2018, Re: Char... | |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 199 | 10/6/2023 | | Yes | 1055 Troca Hotels QuickBooks Report of Campaign Charges on Beej Das Short Term Loan |
| | 200 | 10/6/2023 | | Yes | (I 892) Email from Ladebauche to Das and Smith on 1/20/2018, Re: Operating Account |
| 201 | | 10/6/2023 | | Yes | Boston East Tyngsboro Holdings balance sheet |
| | 202 | 10/6/2023 | | Yes | (I 27) Email from Das to Foster, cc'ing Ladebauche on 4/14/2017, Re: FW: #381036 & #381045 BC |
| WIT | | 10/6/2023 | | | Government calls witness Carmen Tzilotzioras, Lowell Five Bank, Tewksbury, MA |
| WIT | | 10/6/2023 | | | Government calls witness Linda Firth, Lowell Five Bank, Tewksbury, MA |
| | 203 | 10/10/2023 | | Yes | (1003.1) Lowell 5 checking deposit and withdrawal policies |
| | 204 | 10/10/2023 | | Yes | (1061) Email from Das to Boucher, cc'ing Firth, Foster on 4/11/2016 at 10:52 pm, Re: checks |
| | 205 | 10/10/2023 | | Yes | (1062) Email from Das to Boucher and Firth, "Check Handling," 5/6/2016 |
| | 206 | 10/10/2023 | | Yes | (1066) Email from Das to Sophavy Eath, "Re: Old and New Accounts," 11/28/18 |
| | 207 | 10/10/2023 | | Yes | (1068) Email from Cruz to Ladebauche, Firth, Das, "RE: 50K Deposit" 4/10/2019 |
| | 208 | 10/10/2023 | | Yes | (1063) Email from Firth to Das, "FW: Wire for Troca Holdings LLC," 4/24/17 |
| | 209 | 10/10/2023 | | Yes | (1056) Lowell Five Board of Directors photo and listing |
| | | | | | |
| | 211 | 10/10/2023 | | Yes | Emails from Firth to Das, "Boston East" and "Deposit" |
| WIT | | 10/10/2023 | | | Government calls witness Ashley LaBonte, Lowell Five Bank, Tewksbury, MA |
| WIT | | 10/10/2023 | | | Government calls witness Sophavy Eath, Lowell Five Bank, Tewksbury, MA |
| WIT | | 10/10/2023 | | | Government calls witness Mallorie Marchand, formerly of Lowell Five Bank, Tewksbury, MA |
| WIT | | 10/10/2023 | | | Government calls witness Lindsay Capodilupo, Washington, D.C. |
| | | | | | |
| | 212 | 10/10/2023 | | Yes | Email from Mukti Das, "Re: SALE OF FLAT," to Rohit Shukla, cc Mitra and Beej Das, 9/11/2017 |
| | 213 | 10/10/2023 | | Yes | Emails regarding Provident Fund and Condo Money for Campaign |
| | 214 | 10/10/2023 | | Yes | Email from Quinn Valcich, "Fwd: Boat listing," 2/2/2018 |
| | 215 | 10/10/2023 | | Yes | Das Family Bank Statements - December 2017 (I158 177 178 1010 1011 1012 1013 1014 1015) |
| | C | 10/10/2023 | | No | Chalk - December 2017 Money in Das Family Accounts |
| | D | 10/10/2023 | | No | Pie Chart - December 2017 Money in Das Family Accounts |
| | E | 10/11/2023 | | No | Notes |

Page 9 of 11 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 216 | 10/11/2023 | | Yes | 1016 Beej and Mitra Das Charlestown Condo Deed |
| | 217 | 10/11/2023 | | Yes | 1038 Charlestown Condo Rent Deposit in Mitra Das Lowell Five Savings Account |
| | 218 | 10/11/2023 | | Yes | (164) Email from Das to Shah on 12/27/2018, Re: Agreement and Wire info |
| | 219 | 10/11/2023 | | Yes | (1071) BOA x9951 Provident Fund deposit, July 2018 |
| WIT | | 10/11/2023 | | | Government calls witness Jay Shah, Philadelphia, PA |
| | 220 | 10/11/2023 | | Yes | (911) Email from Shah to Das, cc'ing Chaudhuri, Siebert on 11/27/2017, Re: Das for Congress Fin |
| WIT | | 10/11/2023 | | | Government calls witness Jaime Amrhein, Assistant Branch Chief, Reports Analysis Division, Fede |
| | 221 | 10/11/2023 | | Yes | (4.1) 2014 FEC Campaign Guide: Congressional Candidates and Committees |
| | 222 | 10/11/2023 | | Yes | (ID18) Chart of FEC reported Top House Repayments in 2018 election |
| WIT | | 10/11/2023 | | | Government calls witness Ben Holly, Senior Campaign Finance and Reviewing Analyst, Reports A |
| 223 | | 10/11/2023 | | Yes | 12.26.2017 Email - Das for Congress C00657445 |
| WIT | | 10/11/2023 | | | Government calls witness Catherine Osilama, Washington, D.C. |
| 39.1 | | 10/12/2023 | | Yes | 039.1_$5000 Check Transaction Information from 1.22.2018 |
| 44.1 | | 10/12/2023 | | Yes | 044.1_AMEX 577-587 |
| | WIT | 10/12/2023 | | | Defense calls witness Ajoy Bose, Saratoga, CA |
| 224 | | 10/12/2023 | | Yes | Emails with Bose |
| | WIT | | | | Defense calls witness Rise LaDebauche, Nashua, NH |
| | 225 | 10/12/2023 | | Yes | Email from Rise Ladebauche to Beej Das, "Kristen Campetti Status," 1/28/2019 |
| | 226 | 10/12/2023 | | Yes | BETH LLC Vendor QuickBooks Report - Kristen Campetti |
| | 227 | 10/12/2023 | | Yes | QuickBooks Petty Cash Bill Payment History - Kristen Campetti |
| | WIT | 10/12/2023 | | | Defense calls witness Kristen Campetti, Philadelphia, PA |
| 228 | | 10/12/2023 | | Yes | 08.24.2021 Email - OFAC issue |
| 229 | | 10/12/2023 | | Yes | 01.02.2018 Email - Fwd An Apology |
| 230 | | 10/12/2023 | | Yes | 05.20.2020 Email - K. Campetti Unemployment Recap |
| | 231 | 10/12/2023 | | Yes | India Condo Deed of Sale - August 2017 |
| | 232 | 10/12/2023 | | Yes | BOA #8667, December 2019 Condo Sale Deposit |
| | 233 | 10/12/2023 | | Yes | Wills of Mitra and Mukti Das |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Abhijit Das | CASE NO. 21-cr-10200-RGS-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | WIT | 10/12/2023 |  |  | Defense calls witness John Pratt, Lowell Five Savings Bank |

Page 11 of 11 Pages