UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 21-10200-RGS

UNITED STATES OF AMERICA

v.

ABHIJIT DAS

**VERDICT**

October 13, 2023

STEARNS, D.J.

We the jurors unanimously find the defendant Abhijit Das guilty or not guilty of the following as indicated by our verdict.

Count 1   Accepting Excessive Campaign Contributions

Guilty __✓__   Not Guilty _____

Count 2   Causing Conduit Campaign Contributions to be Made

Guilty __✓__   Not Guilty _____

Count 3   Converting Campaign Funds to Personal Use

Guilty __✓__   Not Guilty _____

Count 4   Making Material False Statements to the FEC (1Q 2018)

Guilty __✓__   Not Guilty _____

1

<u>Count 5</u>     Making Material False Statements to the FEC (2Q 2018)

Guilty ✓         Not Guilty _____

I verify that the above accurately reflects the unanimous verdict of all twelve jurors assembled.

_____
Foreperson

Dated: 10-13-2023