Can we please see 146.3
* Withdrawn from campaign.
* This was the report that was being updated.