UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ABHIJIT DAS,<br><br>    Defendant | Crim. No. 21-10200-RGS |

### DEFENDANT'S ASSENTED-TO MOTION TO CHANGE SENTENCING DATE

   Defendant Abhijit Das respectfully moves that the Court reschedule the date of his sentencing from January 17, 2024 to a date on or after March 17, 2024.  In addition, Das asks for leave for an extension to file his objections to the Draft Presentence Investigation Report from December 20, 2023 to January 9, 2024.  These requests are in the interests of justice.  The Government assents to this Motion.

|  |  |
|---|---|
| Dated: December 20, 2023 | Respectfully submitted<br><br>Abhijit Das, by his counsel:<br><br>*/s/ Michael Kendall*_____<br>Michael Kendall (BBO # 544866)<br>Abigail Mahoney (BBO #709427)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA 02109-1814<br>Telephone: (617) 979-9310<br>michael.kendall@whitecase.com<br>abigail.mahoney@whitecase.com |

Assented To:


 */s/ Neil Gallagher*_____
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

                                             */s/ Michael Kendall*