UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>      Defendant | Crim. No. 21-10200-RGS |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant Abhijit Das moves that the Court extend his sentencing from March 21, 2024, to a date on or after April 30, 2024. The extension is in the interests of justice. The Government assents to this Motion.

| | |
|---|---|
| Dated: March 1, 2024 | Respectfully submitted<br><br>Abhijit Das, by his counsel:<br><br>/s/ Michael Kendall<br>Michael Kendall (BBO # 544866)<br>Abigail Mahoney (BBO #709427)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA 02109-1814<br>Telephone: (617) 979-9310<br>michael.kendall@whitecase.com<br>abigail.mahoney@whitecase.com |

Assented To:

   /s/ Neil Gallagher
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

    */s/ Michael Kendall*