UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>　　　　Defendant | Crim. No. 21-10200-RGS |

**DEFENDANT'S ASSENTED-TO MOTION TO CHANGE SENTENCING DATE**

Defendant Abhijit Das respectfully moves that the Court reschedule the date of his sentencing from May 24, 2024, to May 29, 2024. The extension is in the interests of justice. The Government assents to this Motion.

Dated: April 9, 2024

Respectfully submitted

Abhijit Das, by his counsel:

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO #709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
abigail.mahoney@whitecase.com

Assented To:


　　/s/ Neil Gallagher
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

      */s/ Michael Kendall*