UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-cr-10200-RGS |
| ABHIJIT DAS, ) | |
| ) | |
| Defendant ) | |
| ) | |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney hereby withdraws her appearance in this case.

AUSA Neil Gallagher will continue representing the government.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ *Elysa Q. Wan*_____
ELYSA Q. WAN
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3520
elysa.wan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's Electronic Court Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Elysa Q. Wan* _____
ELYSA Q. WAN
Assistant U.S. Attorney

Dated: May 31, 2024