## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>Defendant | Crim. No. 21-10200-RGS |

## DEFENDANT'S ASSENTED-TO MOTION
## TO RESCHEDULE SENTENCING HEARING

Defendant Abhijit Das moves that the Court reschedule his sentencing hearing from June 25, 2024 to any of July 18, 23, 25 or 30, 2024, all of which are convenient for both parties. The Government assents to this motion. If these dates are not convenient for the Court the parties will propose dates in August, 2024. As grounds for this motion, Mr. Das states he needs to assist a family member with their medical care on June 25.

Dated: June 13, 2024

                                        Respectfully submitted

                                        Abhijit Das, by his counsel:

                                        */s/ Michael Kendall*
                                        Michael Kendall (BBO # 544866)
                                        Abigail Mahoney (BBO #709427)
                                        WHITE & CASE LLP
                                        75 State Street
                                        Boston, MA 02109-1814
                                        Telephone: (617) 979-9310
                                        michael.kendall@whitecase.com
                                        abigail.mahoney@whitecase.com

Assented To:

_*/s/ Neil Gallagher*_
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*

Michael Kendall