| First Name | Last Name | Docket No. | District | Year | Type of Sentence | Sentence |
|---|---|---|---|---|---|---|
| BRIAN | KELSEY | 2100264 | Tennessee Mid | 2023 | Prison Only | 21 |
| DARRYL | WALTZ | 2000238 | Indiana South | 2022 | Prison Only | 10 |
| LEV | PARNAS | 1900725 | New York South | 2022 | Prison Only | 20 |
| DALE | EMMONS | 1800106 | Kentucky East | 2020 | Probation + Confinement Conditions | 9 |
| GERALD | LUNDERGAN | 1800106 | Kentucky East | 2020 | Prison Only | 21 |
| KENNETH | SMUKLER | 1700563 | Penn. East | 2019 | Prison Only | 18 |
| STEPHEN | STOCKMAN | 1700116 | Texas South | 2019 | Prison Only | 120 |
| THOMAS | DODD | 1700116 | Texas South | 2019 | Prison Only | 18 |
| DIMITRI | KESARI | 1500103 | Iowa South | 2016 | Prison + Confinement Conditions | 6 |
| JESSE | BENTON | 1500103 | Iowa South | 2016 | Probation + Confinement Conditions | 6 |
| JOHN | TATE | 1500103 | Iowa South | 2016 | Probation + Confinement Conditions | 6 |
| TYLER | HARBER | 1400373 | Virginia East | 2015 | Prison Only | 24 |