EXHIBIT A

Heidi Bowen
53 Wheeler St.
Leominster, MA 01453
(978) 502-5733
tinansabera@gmail.com

May 23, 2024

Dear The Honorable Judge Stearns,

I am writing to provide a character reference for Abhijit "Beej" Das who is my friend and whom I've known for approximately 30 years. I am aware of the charges brought against him and the upcoming court proceedings and I believe it is important to share my perspective on his character and conduct so that you may have a complete sense of his values and how he has lived his life.

In the long time that I have known Beej he has always been a kind and thoughtful person and one who always looks out for others. He has tried to help people in the work that he does and also in small ways by offering to help in whatever way he can. Several years ago, I posted on social media a frustrating situation about how in getting a new rug installed my husband and I accidently broke our TV. Beej reached out to me of his own volition and asked if I would like his old TV that he had in storage. Not only did he save me an expense, he also took time out of his short visit back home with family to meet me and make sure that I was all set. To some, it may seem a small gesture but it made a big difference to me and Beej is full of these small gestures of helping others.

I believe that Beej **is** this thoughtful, helpful person not just to me but to many others and we all benefit from his presence in the community. I ask that you please consider my knowledge of and experiences with Beej during deliberations.

I kindly thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,

Heidi Bowen

Kristen Campetti

2323 Race Street
Philadelphia, PA 19103

+1 203 417-6021
kristencampetti@gmail.com

To Honorable Richard G. Stearns:

I am writing this letter in support of Beej Das, whom I have known personally since 2005. We met while on vacation, and our shared adventures around the world deepened our friendship, which eventually developed into a long-term relationship. Although our romantic relationship and friendship ended several years ago, I want to emphasize the significant impact Beej has had on my life. He not only encouraged me to further my career and education but also enriched my life through world travel and cultural experiences. Beej took the time to share his knowledge of hospitality and law during my pursuit of a master's degree at NYU, and our travels together allowed me to experience different cultures and perspectives firsthand.

I understand that Beej has been convicted of federal campaign violations, and I appreciate the opportunity to provide insight into his character and the impact of this situation.

I have known Beej Das for almost two decades, during which time I have seen him demonstrate determination, a strong desire to succeed, and a passion for his endeavors. He has always approached challenges with a steadfast determination and an eagerness to achieve positive outcomes, whether in his personal life or career.

I understand the seriousness of the charges against Beej Das, and while I acknowledge the need for accountability, I firmly believe that imprisonment should be reserved for those who pose a danger to society. Beej Das is a non-violent offender with no history of criminal behavior. I respectfully request that the sentencing consider alternatives to imprisonment. He has already faced significant consequences in terms of public scrutiny and personal reputation, which are profound punishments in their own right.

Sending Beej Das to prison would have far-reaching consequences for his family, friends, and colleagues who have relied on him for support and guidance over the years. His parents are in their 80s and have wholeheartedly supported him emotionally and financially throughout his career. Imprisonment would place a dire burden on them, as well as on the strong network of people who care deeply about him. The emotional and financial strain would be disproportionately felt by those who have stood by his side.

I respectfully urge the court to consider a more appropriate sentence that focuses on reform and making amends for the actions he is accused of, taking into account Beej Das's character and the impact on his loved ones. I am confident that he will learn from this experience and use it as an opportunity to grow, make restitution, and contribute positively to society.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,
Kristen Campetti

May 24, 2024


To Honorable Richard G. Stearns;

My name is Charlene Chevalier (nee Chronopoulos).  I am requesting your consideration by allowing me provide a character reference for Abhijit "Beej" Das.  Beej has been a dear friend of mine and my family for nearly 10 years.  I am aware of the charges brought against him and the upcoming court proceedings.   I want to share my perspective on his character and conduct as I believe it will provide insight on his values and how he lives his life.

Our families have been intertwined over the last 10 years and a cherished friendship has developed.  Beej has always been involved in charitable and enriching community events.  On a personal level, Beej has demonstrated a giving spirit and is always available to help friends in need.   I recall when my father, Chief Charles Chronopoulos (Tyngsboro, MA), passed away, Beej took the reins to help my brothers and I prepare a proper send off for our father.  Without asking, Beej graciously opened the doors of his establishment at the time, allowing us to receive family and friends from near and far.  Beej rolled out the red carpet for our family and took all the stress and worry from us so that we could properly grieve our loss.  He did all this without asking for, or expecting anything in return.  Beej has remained a true friend.

I would ask the court to be lenient when deliberating Beej's case.  It is a first-time offense for him and so out of character to how Beej lives his life.  I would not write a letter if I was not confident of Beej's integrity and high moral character.   I ask that you take this personal reference into consideration during your deliberations.

Thank you for taking the time to read my letter.  Please do not hesitate to reach out should you have any questions or require clarification.


Sincerely,


Charlene Chevalier
15213 Eastwood Trail
Brooksville, FL  34604
Cell:  352-428-5058

Mitra Das, Ph.D.
Professor Emerita, University of Massachusetts Lowell
104 Blueberry Hill Lane, North Andover, MA 01845
1-978-688-0178
dasmitra@gmail.com

To: Honorable Richard G. Stearns:

I, the mother of Abhijit Das, write to you hoping to offer you a clearer understanding of my son's true character beyond the confines of the trial.  I was present every day of his trial except when I was asked to step out so that Toby Chaudhuri could testify as a witness against my son without having to face me. In this letter to you I wish to share some of my thoughts and perspectives that I believe are important for you to know so that the judgement you pronounce in your wisdom reflects his true character rather than what he was painted to be.

First, examples of testimony (I personally have knowledge to the contrary) presented in the case depicted Abhijit to be irresponsible and untruthful. However, people that know him have always congratulated me for having raised such a fine person, who is caring and generous, always helping those who asked him for help. This is what I would like to elaborate on in this letter.

Let me share some of my personal experience of Abhijit growing up that show his character, his willingness to help those in need, even often sacrificing his own interest. This shows his sense of social responsibility for the welfare of others. As a young boy he worked with his father and learnt desktop publishing that was a novelty then. One of my husband's friend was in a dire situation once, he needed some company manuals for his clients to be completed and delivered the next day but the person in-charge to do the work was sick. My son filled in for him, worked 12-14 hours throughout the night and completed the work. He was 12 or 13 years old then.  At another time when one of his classmates in college lost his father and his mother was going to be homeless, he asked us if his friend and his mom could live in our basement until they had arrangements of their own. More recently he helped a homeless person he met at a work site, paid him for some odd jobs and housed him with his hotel points for several weeks, guided him to find jobs that would help him get shelter of his own. I am citing these episodes to show the kind of person Abhijit is. He has always given his own time, labor, and resources to others to help them.

I would like to mention that Abhijit chose law because he wanted to make a positive impact on people's lives. It is indeed ironic that he is now convicted as a felon. Abhijit is not perfect, none of us are, but he is not the person he is depicted in the trial proceedings.

Lastly, I would like to add my husband and I are both in our eighties, my husband has some serious health issues and we both depend on Abhijit, our only child, for medical care.  A couple of years ago when my husband was deathly ill, he assisted me manage my husband's health care needs even when he was stressed with health issues of his own. Without his assistance I could not have taken care of my sick husband.

Your Honor, I hope you will consider my input as a mother and not remove him from society for the criminality that he is charged with.

Thanking you for your attention,


Mitra Das

5

Raja Das
601 North Frederick Street
Arlington, VA 22203
(646) 522-7049
rajwolv@gmail.com

Dear Honorable Judge Stearns:

I am writing the letter to provide a character reference for Abhijit "Beej" Das who is my
first-cousin and someone I consider my older brother  I am aware of the ongoing court
proceedings, and I believe it is important to share my perspective on his character so that you
can have a broader view of how Beej has interacted with his family, friends and community.

Our extended family is very large & Beej is the oldest of our generation of 9 first cousins.  Even
though I am an only child, I have always had Beej as my older brother.  I would like to discuss
how his influence has helped my life immensely.

In 2011, my mother was diagnosed with mesothelioma and her condition deteriorated rather
quickly until her subsequent passing one year later.  Being an only child, this was a very difficult
and trying time for me personally.  I was very stressed with trying to maintain my job, while also
taking care of my ill mother and attending all her medical appointments.  Beej was always very
close to my mother (his aunt), and during this year he traveled back to Boston numerous times
to spend time with my mother and me.  The simple things he did, such as ordering a pizza or
playing board games gave us a much needed break from reality.

As my mother's condition worsened, Beej's support only grew. I will never forget how he
gathered family pictures over the years and created photobooks and albums.  This allowed us to
reminisce in my mother's final days of life.  These keepsakes remain by my side today and I
look at them every time I need a morale boost.

Beej helped me immensely through a difficult time.  Without his support I would not have been
able to make it through a challenging time.  But knowing Beej, he would help anyone close to
him in the same way.  His willingness to help those around him in anyway he can, is a reason so
many of us are where we are today.

I respectfully request that you consider Beej's impact on his family, friends and community in
your sentencing decisions.  Beej's positive influence is beneficial to everyone around him, and
we all benefit from having him in our lives.

Thank you for taking the time to read my letter, and please do not hesitate to reach out to me if
you have any questions or require any additional information.

Sincerely,
Raja Das

Subhas Das
Retired Civil Engineer
94 Denworth Bell Circle
Haverhill, MA 01835
Subhas.Das@comcast.net
603-490-3163

To: Honorable Judge Stearns

I am Abhijit's uncle by blood and have known him since his birth. He has been very close to both my wife and I as he spent early years of childhood in our home, my wife being his childcare provider.  I would like to share some of my insights into his personality having spent time with him. I seen him grow before my eyes into the person he has become.  He is one of the most generous and kind person I have known; he gives his time and energy freely to those who seek his help. I say this with confidence as I have personally benefitted from his help when I needed it. Let me illustrate it,

Very early on as a child he learnt the use of computer and was very skilled its usage at a time when most people in my generation had not yet learned how to navigate it.  Knowing his computer skills, I often sought his help in getting word processing work done for the Bengali Association I was an elected to serve as an office holder.  Abhijit was still in school then and often had his own homework and assignments to do. Yet he never refused to help and always took the time to assist me knowing how important it was to get the task completed before an event that was in the pipeline.  One event of particular importance was the Annual National Bengali Association Conference held in Boston in 1990.  After Abhijit graduated from college, as an young adult he often took care of his younger cousins in various capacities. For example he helped my son, and my son benefitted tremendously from the guidance Abhijit provided him when he was preparing to go to college. Abhijit was available at all times to assist him with the college admission process.  In so doing he also helped me by default.

Another point I would like to mention that highlights the kind of gentle, compassionate and kind person Abhijit is. When my wife was terminally ill with cancer, Abhijit took time off from work and spent uninterrupted hours to be with her knowing how important it was to be with her for her emotional comfort and care. Without asking he was available for her unconditionally.

Let me end my stating I am very proud to be his uncle. Abhijit has some rare human qualities that one does not see often. His trusts people and helps them without expectation of any returns only to be hurt sometimes by the very people he helps. I have seen this personally.

Abhijit has a kind heart and has much to offer to his family, community and society at large. Please consider this in your deliberation before you reach your judgement.

Thank your for your attention.

Sincerely,

Subhas Das

Subhas Das

7

05/04/2024

CHARACTER REFERENCE LETTER FOR MR. ABHIJIT DAS

To Honorable Richard G. Stearns,

This is a character reference letter for Mr. Abhijit Das (Date of Birth -09/25/1973), also known familiarly as
" Beej" to his family and friends.

I am Beej's aunt by marriage and have known him and his family since he was one year old, for a span of
almost fifty years.

I am also a psychiatrist by profession and have noted with concern the decline in his emotional health due
to the stress of the long and arduous court proceedings and preparations in anticipation for them.

He appears anxious, tired, brooding, and reports that he has not been able to sleep well.
He is up with recurring thoughts of the previous traumatic event that happened to him, when he was
arrested at gunpoint at his home in Boston, amongst other negative obsessive thoughts.

He felt demeaned, shamed and frightened then, and the feelings keep coming back in flashes. He is
unable to concentrate to do any useful work during many of the days.

At this time, he feels quite distraught and depressed about the downward turn his life has taken, and his
fiancé is quite worried about him, as one would be about someone with great promise and a potential for
giving, all of which were now crashing.

As a person Beej is a compassionate, and friendly human being, keeping up his close ties with his large,
extended family in Massachusetts, connecting with them for social, family and religious festivals in USA
and India, always liked for his generosity, affection and bonhomie.

He stays in close touch with his elderly parents, accompanying them for many of their serious medical
appointments, staying informed about their health procedures etc. His Father's health has been especially
frail in the last couple of years, and Beej has tried to be an emotional anchor for his mother through that
turmoil, while dealing with his own storms.

An example of Beej's caring and attentive nature is demonstrated in the following event: - Several months
ago there was an incident of two men being involved in a stabbing incident close to our hospital, and our
hospital Security being placed on alert for the possibility of one of them running through the hospital
campus, till the authorities apprehended him. Beej was the first one to call and check on my safety when
he heard the news flash, a nephew's caring and prompt.reaching out.

Beej has done several pieces of helpful pro bono work in his capacity as a lawyer for the community. I
recall that he had called me a few years ago to counsel a financially strapped lady, whom he was helping
probono asa lawyer himself.

That was just one example from me. There will be several other attestations from grateful people he has
helped professionally and for free, I am sure. It will be a great and true loss for the community to lose the
benefits of his future professional advice.

Your Honor, I am confident of Beej's essential integrity, his strong moral fiber, and his good values. If
given a chance, he will be of superior value to the community both as a lawyer, and as a member of the
community

This kind of involvement with the law has never happened to him before, and out of character for Beej;
this is not how he lives his life. He has remorse and regret for what he now apparently sees as his overly
trusting actions that lead to this complex and hurtful situation.

Please give his case your kind consideration.

Sincerely,

Gouri Datta MD

To Honorable Richard G. Stearns:

My name is Jason Fiorelli. I am a former biotech executive and current small business owner. I am writing to provide a character reference for Abhijit Das who is a very close friend that I've known for 11 years. I am aware of the charges brought against him and I wish to share my perspective on his character as I feel it is important that you see him as the good person that he is.

I met Beej as my neighbor at the marina. I remember watching him interact with friends, business associates, and people of the community. He always seemed to bring so much joy to those around him. Beej has always been so generous to those in need. If anyone (friend or not) needed money, time, or emotional support he was always there providing it. I personally benefited from this when I went through my divorce in 2015. He was the first person I called. He immediately started giving me legal advice. In that moment, I actually forgot he was a lawyer. I wasn't calling for legal advice. I needed a friend. He obviously filled that need. Beej helped me through that difficult time, and I'll always be grateful.

I would ask the court to please consider these words when sentencing. I have personally witnessed firsthand Beej's character strengths and contributions to the community. He is a gift to the world, and it would be a waste for him to not be able to share that gift while in prison.

Thank you for taking the time to read this letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,

Jason Fiorelli

**To Honorable Richard G. Stearns:**

**I am writing to provide a character reference for Abhijit "Beej" Das who has been a close friend since I met him in 2009 while we were both working in the hotel industry in India. I am aware of the charges brought against him and the upcoming court proceedings and I believe it is important to share my thoughts on his character and conduct so that you will hopefully have a deeper understanding of the "real" Beej.**

**I first got to know Beej when he was working for Hilton in Mumbai. He regularly came to stay at a hotel I managed to get away from Mumbai. Initially our friendship was built on mutual professional respect, but I soon came to admire his outlook on life, his positive nature and loyalty to his friends.**

**Once you are a close friend of Beej, you know you have someone in your life that you can trust to be there when you need him. He has always put his family and close friends first.**

**When my work contract in India come to an end, Beej asked me to work for him at his new hotel venture, initially in India and then from 2013 to 2018, in Massachusetts.**

**Beej helped me and my young family move to the USA, helped us get set up with visas (my children and I are UK citizens, my wife is an Indian citizen), and worked tirelessly to make sure we were comfortable and settled.**

**Initially, I stayed with him and his parents at their family home in North Andover. It was then that I came to understand the incredible bond, love and respect that Beej has for his Mum and Dad.**

**He is incredibly proud of their story and how they overcame so many difficulties to make a success of their life in the USA. Hearing the stories of how Beej's father supporting not only his family but all his relatives as well, helped me understand Beej's desire to help others. More importantly, I believe his parent's story drove his desire to live up to their personal and business successes.**

**I beg the court not to impose a prison sentence on Beej. He is not a threat to anyone. If he has made mistakes, they are out of character and certainly do not reflect the values I have always known him to have - and I know Beej better than most.**

**Sending Beej to prison would be denying his parents time with their only son at a time when they need him most. They have been through so much in the last couple of years - and to take away his freedom for this mistake would be far too excessive in my opinion.**

**Beej has shown me and my family so much loyalty, integrity and moral character, that I find it very hard to reconcile these charges and proceedings against him.**

**Thank you for taking the time to read this. Please do not hesitate to reach out to me if you would like any further clarifications or information.**

**Kind regards**
**James Foster**

**NICHOLAS HOLMES**
**245 WEST 107TH STREET, APT 12D**
**NEW YORK, NY 10025**

May 27, 2024

Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

To Honorable Richard G. Stearns:

I have known Abhijit "Beej" Das for 27 years—I first met Beej on our first day at law school at University of Michigan in 1997.  Over the past three decades, we have been friends, roommates, we have traveled together, spent holidays together, and visited one another other's families.

I am aware of the crimes he has been convicted of and the upcoming sentencing. I am not commenting on any of the conduct that led to those convictions. However I would like share my perspective on his character so that you may have a fuller sense of Beej as the person I know, in the hope you would take that into account and determining a sentence.

Beej places high value on being present—he always shows up to support his friends and family. He is unflinchingly generous. Beej was usually the first person I would call to help, whether it be to move an old couch, or for a ride from the airport.  We invited him to be part of our wedding service, and he was among the first people to hold our newborn daughter and to visit my wife after she was diagnosed with a serious illness. Beej has hosted us countless times at his home or for a family cooked meal made by his beloved mother.  I recall his proudly inviting me to join him to watch his mother teach a class at UMass, or sharing stories of his father's returning to work as an engineer out of retirement. And I have seen first hand his devotion to his parents.  As an only child, he is a great source of support for them as they advance in age.

When I think of Beej I also think the community he has brought together.  With many of his family living overseas, he created an extended family by making those around him feel loved and special—from his childhood friends, to his cousins and co-workers.

Your Honor, I ask that you take these reflections about Beej into consideration during your sentencing deliberations.  Thank you.

Sincerely

Nicholas Holmes
646-319-3008

Anjali Khurana
7831 Kyle St.
Los Angeles, CA 91040
617-283-8247
akhurana@post.harvard.edu

To Honorable Richard G. Stearns:

I have had the fortune of knowing Abhijit Das for over a decade now. I am aware of the charges brought against him and of the upcoming proceedings. I hope I may take a few moments of your time to provide a broader picture of Beej and to speak to the strength of his character.

I met Beej amidst unlikely circumstances - at a very loud event in a very loud Mumbai, India. While yelling over the noise, we somehow assembled together the fact that we were both originally from Boston. Ours was a fast friendship that went far beyond our shared hometown. We had both left our comfort zones and academic worlds to reconnect with the culture/country from which our families had immigrated. We had come to India also to challenge ourselves personally and professionally. Beej came from having studied law at University of Michigan and serving as a law clerk for the US District Court of MD to heading up the development portfolio at Hilton Worldwide in Mumbai. I had completed a neuroscience degree at Harvard and left the world of research to move to India to work as a dance choreographer. Clearly, we had both taken the paths less traveled. We both also shared our love for creating positive change through politics. Beej would talk passionately about civic duty and how he believed he could eventually create stronger communities through political work. I too was passionate about political outreach, even returning to the US in between my stints in Mumbai, to create programs geared towards getting youth excited about voting in elections. But beyond our shared experiences and interests, Beej was always a kind friend who was extremely thoughtful, insightful and went above and beyond to cultivate strong friendships. He was/is someone who never took for granted personal and professional growth but rather showed gratitude and self-reflection along all the steps of the journey, no matter how difficult. I remember that only a few weeks after we met, I fell sick with malaria and was hospitalized. Despite us having met so recently, Beej was quick to come to my aid, making sure that I got any help I needed, given that I was alone and unwell outside of my home country.

Beej and I remained in touch once he moved back to Boston and I soon followed suit in returning to my hometown. I met his family there and immediately understood the origins of his warmth as well as intellectual curiosity. His mother was warm and welcoming and made

anyone who came to their home feel like family, even remembering which dishes his friends had loved eating in the past so that she could treat them again (her famous fish curry, in my case). I found her to be an inspiring woman - small in stature but such a strong intellectual presence with such a vast depth of knowledge and breadth of experiences. His father was jovial and whip smart - making people laugh while also sharing wisdom and often important life lessons. I very quickly saw how Beej had come to be such a well-rounded individual - someone who easily made friends across the world, was deeply curious about the world around him, had strong belief in a solid educational foundation and work ethic, and believed in the importance of using all of this to create positive change in the community around him. To this day, Beej and I often joke about the time we got lost on a drive from Mumbai to Pune, but I'll tell you - Beej was the ideal friend with whom to get lost. We cycled between stimulating conversations, sharing openly about deeply personal life experiences, and laughing till our bellies hurt.

I am deeply saddened by the idea of Beej's life being confined by a strict sentencing. He is a true beacon of light and warmth for those who know him personally. I have never met someone who can bring such immediate ease to those he meets for the first time and who then also puts in the effort to nurture relationships and translate what could have been fleeting interactions into lifelong friendships or community/work partnerships. He is someone who is so deeply passionate about everything he does and about the country he grew up in. He truly believes that he can and should contribute back to society and there is an earnestness to this you don't often see. I am confident in Beej's integrity, moral character, and his tenacity and I believe strongly that he can convert the challenges and setbacks of these past few years of court proceedings into something positive that gives back to his community – *if* he is afforded the opportunity to do. I beseech the court to take this into consideration when assessing this sentencing - to give him the opportunity to make a positive impact in our society. I am absolutely confident he will go above and beyond to do just that.

I appreciate you taking the time to read this character reference letter. I am more than happy to answer any questions you may have – please feel free to reach out to me, should you require anything further.

My Warmest Regards,

Anjali Khurana

14

47 Frost Road

Tyngsborough, MA  01879

mlandry@comcast.net

May 6, 2024

The Honorable Richard G. Stearns


Dear Judge Stearns,

My name is Maryann Landry, and I am writing to provide a character reference for Mr. Abhijit Das, affectionately known as "Beej," who is my sister's fiancé. I have had the pleasure of knowing Beej for approximately five years. I am fully aware of the charges against him and the forthcoming court proceedings. It is from a place of deep personal respect and experience that I wish to share my insights into his character and conduct, providing a more complete understanding of his values and the positive impact he has had on his community and my family.

Beej has consistently demonstrated a strong commitment to helping others, often going beyond expectations without any expectation of compensation. When my son was struggling to find employment right out of school, Beej not only offered him a job but also paid him generously and provided valuable mentorship. Similarly, my husband faced a critical challenge with his business, and Beej stepped in to offer crucial legal advice at no cost, which played a significant role in saving the business.

Moreover, Beej's advocacy extends to life-changing acts of kindness. My cousin Joey, who was denied a heart transplant due to socioeconomic factors, is alive today because of Beej's intervention. Utilizing his legal expertise, Beej was able to persuade the hospital to reconsider their decision, demonstrating his profound belief in justice and equality.

Beej's dedication to his community is further evidenced by his involvement in acquiring the Tyngsboro Ambulance, which has been instrumental in saving numerous lives, including that of my husband. His actions consistently reflect a man who cares deeply about his community and seeks to make a substantial positive impact.

Despite the current charges, which seem paradoxical given his respect for the law and his country, I believe that Beej, like any other law-abiding citizen, is capable of human error. He is deeply remorseful and committed to making amends. Beej is the sole support for his elderly parents, with his father in declining health, making his presence in their lives not just valuable but essential.

I implore the court to consider alternatives to incarceration. Imprisonment would not only be detrimental to Beej's well-being but would irrevocably harm his ability to care for his aging parents and continue his community service. His actions and remorse demonstrate that he is earnestly striving to right his wrongs and he deserves a chance to continue this path without the severe disruption that incarceration would entail.

Thank you very much for considering this character reference. Should you require any further information or wish to discuss this matter, please do not hesitate to contact me.

Sincerely,

Maryann Landry

mlandry@comcast.net

Voice/Text: 978-821-7853

Steven A Landry
47 Frost Road, Tyngsborough, MA 01879
landlfab@comcast.net

May 6, 2024

The Honorable Richard G. Stearns

Dear Judge Stearns,

My name is Steven A. Landry. Despite our differences in political and personal views, I am writing to express my strong support for Mr. Abhijit Das, known to many as "Beej." Although Beej and I often find ourselves on opposite sides of various discussions, I firmly believe at his core he is a good and decent human being, and he does not deserve to be in prison.

Throughout the years, Beej has proven to be an invaluable asset to our community. His dedication extends beyond just familial ties as he consistently contributes positively to society. When my business faced legal challenges, Beej was right there to assist, offering his expertise without any expectation of payment. His actions have frequently demonstrated profound generosity and a commitment to doing the right thing, qualities that speak volumes about his character.

Moreover Beej's parents heavily rely on him, especially given their current health concerns. His presence and support are critical to their well-being. Incarcerating Beej would not only disrupt his ability to care for his parents but also deprive our community of a man who could continue to contribute significantly.

Despite the adversity he has faced, including discrimination and the unkindness of others due to his ethnic background, Beej has remained resilient and positive. I have witnessed the challenges thrown his way and how they have impacted him deeply. It is my belief that his current legal troubles are not a reflection of his character but rather a result of extraordinary circumstances that pushed him into an uncharacteristic state of mind.

Given all these considerations, I earnestly request that the court show leniency. Beej is a man of great integrity and intelligence, and he undoubtedly deserves a chance to rectify his mistakes. A punitive measure like imprisonment would not aid his rehabilitation nor benefit the community. Instead, I believe allowing him to continue his contributions and care for his family is the most constructive path forward.

Thank you for considering my perspective. I trust that your judgment will consider the unique circumstances of this case and the profound positive impact Beej can continue to make.

Sincerely,

Steven A. Landry

978-420-7852 – Cell Number

18

Stevenlandry90jr@gmail.com

May 6, 2024


The Honorable Richard G. Stearns


Dear Judge Stearns,


My name is Steven William Landry, and I am 25 years old. I am writing to vouch for Mr. Abhijit Das, known to many as "Beej," who has been a significant figure in my life, especially at a critical time right after I graduated from school. Beej generously offered me a job that not only paid more than I perhaps deserved but also included mentorship that has been invaluable in shaping my professional and personal development.


Beej's approach as a manager at one of his hotels, where I was employed, demonstrated his genuine care for his staff and his exceptional leadership qualities. Unfortunately, despite his good nature and effective management, he was often underappreciated, which I personally witnessed. His guidance and fair treatment have inspired me greatly, and I have great admiration and respect for him.


Understanding the nature of the charges against him, I still firmly believe that incarcerating Beej would be a loss not only to his immediate family but also to the broader community. My Aunt Kerry, his fiancée, along with his aging parents, depend deeply on him. His imprisonment would disrupt many lives and nullify the positive impacts he continually makes.


Beej's dedication to the principles of the Constitution, which led him to become a constitutional lawyer, underscores his deep commitment to justice and fairness. It is unfortunate that his current legal challenges are related to the very values he strives to uphold. I am aware that mistakes were made, but these do not diminish his overall character nor negate the good he has done and can continue to do within our community.

Therefore, I humbly ask that you consider these factors and the fact that this is his first offense. Beej is someone who genuinely tries to make positive contributions to society. An alternative to incarceration, which allows him to amend his errors and continue his good work, would be the most beneficial resolution for everyone involved.

Thank you for considering my perspective on this matter. I trust that your decision will reflect the potential for rehabilitation and the importance of Beej's continued contributions to our community.

Sincerely,

Steven William Landry

Contact: 978-595-4333

Jung Lee
12 Harris Ave, Boston, MA 02130
617-513-0226
junglee02@gmail.com

To Honorable Judge G. Stearns:

Beej Das is a dear friend I met in high school 35 years ago. I am aware of his upcoming Court proceeding and would like to share how my family and I are thankful to know him.

Though our life pursuits physically distanced us after graduation, Beej and I reconnected when he returned to Boston for a hospitality project. From what I can tell, the winter of 2015 was especially difficult for Beej as his hotel roof faltered, insurance pushed back, and the property could not accommodate guests for months. He was shoveling snow off the roof of his business and tending to emergency repairs every other day, yet, any time we met, he liked to discuss the issue of the leaking roof in my family's house, what we can do to mitigate mold issues, and how we might approach our insurance company to help pay for repairs. During those years, Beej would see my kids and always offer kind words, advice, and a nice meal. He never mentioned it, but while facing his own struggles, I think he understood my issues - young family - professional uncertainties, and helped me in the way he could, in a way that I would accept it.

The news of Beej's court proceedings was difficult for me to process as the charges seem so foreign from the life I've seen him live. Your Honor, please give my history with Beej consideration while making your decisions. From our circle of friends, I know that Beej's thoughtfulness and generosity is common theme, and I have faith that he will positively influence so many others in years to come. Beej will always have my support.

Thank you for reading this reference letter. Please contact me should you have any questions or require clarification,

Sincerely,

Jung Lee

Joseph Stanley McAnistan, Jr.
1500 W Highland St., #109
Lakeland, FL  33815
(863) 940-1855
joemcanistan@gmail.com


April 23, 2024


Dear The Honorable Judge Stearns,

I am writing to provide a character reference for Abhijit "Beej" Das who is currently involved in legal proceedings. Over the past five years, I have come to know Beej, through his relationship with my cousin, to whom he is engaged, I am deeply compelled to share the profound impact he has had on my life.

Despite the physical distance and the inability to meet in person due to pandemic-related restrictions, Beej became aware of my dire medical situation through family members. At 44 years old, I was denied a heart transplant by Tampa General Hospital for socioeconomic reasons and sent home on hospice to await the end of my life. It was an unimaginably terrifying time, feeling abandoned by the very systems meant to protect and heal.

In that moment of utter helplessness, driven solely by his inherent kindness and a deep sense of justice, Beej volunteered to advocate on my behalf. I was facing the toughest time of my life, struggling with a serious illness and very limited financial means to hire a lawyer to help me navigate the complex legal and medical systems. Beej's selfless act, without any expectation of payment or reward, provided me with the critical assistance I desperately needed.

Thanks to Beej's tireless efforts, I was able to receive an LVAD device, which was initially denied by the hospital. Additionally, I was placed on the transplant list, transferred to another facility, and eventually underwent a successful heart transplant. It has been over a year since the surgery,  and I am now thriving, living a life that I was told was nearly impossible to hope for.

During my recovery, Beej and his family generously opened their home to me, ensuring that I had a clean and safe environment to recuperate. This incredibly generous gesture

of kindness came during a time when he had no obligation to assist me; he simply acted out of an altruistic desire to help someone in desperate need.

I am eternally indebted to Beej and this sentiment extends beyond mere words. If not for Beej's advocacy, I am certain I would not be here today to write this letter. Beej not only saved my life but his tireless efforts and commitment to my well-being have given me a new lease on life filled with renewed hope and gratitude.

I respectfully request that you consider these extraordinary and compassionate actions in your deliberations and grant leniency in sentencing. Beej has shown himself to be a person of exceptional moral fiber and compassion, acting not out of personal gain but out of a deep and abiding commitment to helping others. His presence in the community is invaluable, and I strongly believe that society will benefit more from his continued service than from any other measure.

Thank you for taking the time to read my testament to Beej's character and the impact of his actions on my life.

Sincerely,


Joseph Stanley McAnistan, Jr.

Kerry McAnistan
406 E. Boca Raton Road
Boca Raton, FL  33432
978-303-7369
kmcanistan@gmail.com


May 16, 2024


The Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Dear Judge Stearns,

I am the fiancée of Abhijit Das, who is known to those close to him as Beej. Meeting Beej marked a turning point in my life, revealing a shared vision of compassion, resilience, and family values. Beej has continuously demonstrated integrity and kindness, even during distressing times like these that bring us before you.

I attended Beej's trial every day, managing to balance my personal and professional responsibilities. I work full-time in the medical device industry and am also pursuing a doctoral degree. At home, Beej provides significant emotional support and stability. He takes care of Miller, our Labrador, and his trained service dog, and assists with household chores. His steadfast belief in the goodness of people complements my more cautious approach, resulting in a balanced dynamic between us.

Beej ran to effect change in Massachusetts's Third District—a place I know well and where I grew up. His campaign, driven by a sincere desire for change, exposed him to political animosities and racial prejudices. In hindsight, knowing the entrenched power dynamics of the area, I regret that Beej entered the race, and had I known him better, I would have discouraged him from running as a candidate

Our life together was shattered the day the FBI raided our home. Unlike others charged with far more serious crimes who were allowed to turn themselves in peacefully, agents surrounded our home and forcibly broke through our door with seven guns pointed at me shortly after 6 AM on the morning following my birthday. One agent even made a jest, asking if I had "fun last night," as though indicating that we were being watched during my birthday celebration. This aggressive and traumatic ordeal has deeply scarred both of us, severely challenging our sense of safety and

well-being. The intensity of the response was disproportionate, considering Beej's involvement was strictly political and he has no criminal history. This disturbing experience continues to haunt me, highlighting a grossly excessive use of force that was entirely uncalled for given the nature of the allegations against Beej.

Beej's unwavering commitment to justice and advocacy has deeply touched my heart. He has not only battled against racism and personal attacks with resilience but has also stood as a beacon of hope and support for those in dire situations, such as my cousin, whose life he saved by providing pro bono legal assistance and collaborating with the hospital to secure a heart transplant when no one else would help.

I have witnessed firsthand that in Beej's family, finances are openly shared and considered communal, which is different from how I was raised. This cultural norm could explain possible unintentional errors made by Beej's elderly mother with the bank accounts. Ultimately, the campaign has cost him much more than it could ever have benefited him.

There are significant aspects of Beej's character and contributions that I feel you should be aware of. For instance, during a crisis when his business, already facing financial difficulties, was at risk of closing due to flooding, Beej supported all his employees by covering their salaries and benefits using his family's resources. Beej also contributed greatly to the Town of Tyngsboro to support their efforts in obtaining an ambulance.   Beej is often the first to donate to a charity or fundraiser out of pure goodness. Additionally, following the funeral of Chief Charles C. Chronopoulos, who had served as Police Chief in Tyngsboro, MA for decades, Beej's compassion was further demonstrated. He provided free accommodations and meals to the Chief's family at his hotel, allowing them to stay in the town where their father had made a significant impact, showcasing his profound empathy and commitment to the community.

Beej is an only child and the sole pillar of support for his elderly parents, who are 81 and 85 years old. His presence is not just a source of care but the very joy of their lives. The financial toll of Beej's legal defense has been devastating. The family's savings have been depleted in the process, impacting not only our future but also the stability and well-being of Beej's elderly parents. His father has openly expressed that he could not endure if Beej were to be imprisoned. The mere thought of Beej's potential incarceration is a source of unrelenting distress for his parents and me, understanding the devastating impact it would have on our family. The prospect of his incarceration weighs heavily on us all, threatening to break the spirit of his already frail parents.

The impact of legal battles on Beej's health has been overwhelming. Beej's health has deteriorated significantly due to the immense stress and anxiety of his ongoing legal challenges. He suffers from multiple physical and psychological conditions which are exacerbated by chronic sleeplessness and severe gastrointestinal issues stemming from his heightened nervousness and anxiety. His physical and mental well-being have weakened under the weight of stress and anxiety, which is further intensified by ongoing media coverage of his case, both

locally and internationally. To manage these conditions, Beej relies on a regimen of multiple prescription medications and meets weekly with a psychologist and a psychiatrist. This comprehensive approach underscores the severity of his health challenges during this difficult period.

Your Honor, I beg you to see the man I love as I see him—a man who sacrifices his needs for the well-being of others, a man whose life's work is to uplift those around him. Beej has given so much to so many, often at great personal cost. His value to the community extends far beyond what he could offer from behind bars.

Please consider these aspects of Beej's life and character as you deliberate on his sentence. I believe passionately that our community will be better served by his freedom to continue his vital work rather than his incarceration. A more suitable sentence might include probation, community service, or home confinement, if necessary. More importantly, this would also enable him to spend time with his elderly parents, who depend heavily on his support and would be devastated if he were incarcerated. Given the delicate health of Beej's father, who is suffering from dementia, Beej's presence at home is even more critical. There is a heart-wrenching possibility that, should Beej be incarcerated, his father may not survive until his release, or may no longer recognize him due to the advancement of his condition and his age.

Beej's compassion extends beyond his immediate community. He regularly contributes to the well-being of the homeless, either by providing shelter, cash, or meals. I have personally witnessed the breadth of his kindness on many occasions; one evening, as we left a restaurant, Beej gave an entire meal to a homeless man sitting in the rain. On multiple occasions, I've seen him give his last bit of cash to those in need. Beej truly has a huge heart, and his ongoing contributions to society are invaluable. Recently, Beej utilized his hotel points to provide a homeless man with a month-long hotel stay, aiding in his efforts to regain stability. This act is a clear testament to Beej's generosity and compassion. I am confident that if Beej's actions or mistakes during the campaign unintentionally caused any harm, it was without any ill intent. He sincerely regrets any hurt caused and would never deliberately harm anyone. Beej can be disorganized and easily distracted, and I firmly believe that his trust was taken advantage of by Toby Chaudhuri and the Liberty Square Group during his congressional campaign. Despite their experience and compensation, they did not meet their obligations, selling Beej a false dream.

Thank you for considering this heartfelt plea. I am willing to provide any further information or engage in a discussion should you deem it necessary.

Sincerely,

Kerry McAnistan

Mary McAnistan
36 Mission Road
Tyngsboro, MA 01879


May 17, 2024

The Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Dear Judge Stearns,

My name is Mary McAnistan, and I am the mother of Kerry McAnistan, who is engaged to Mr. Abhijit Das, known as "Beej." As a mother, my initial concern when my daughter chose her partner was for her to find someone compassionate, responsible, and with strong moral principles. Beej was everything I expected and more, impressing me not only with his impressive resume but also with his deeply ingrained humanitarian values.

Beej's commitment to our constitutional rights and his belief in our justice system propelled him to become a constitutional lawyer and even run for Congress. His efforts reflect his sincere belief in and dedication to the ideals our country stands for. His incarceration would not only prevent him from continuing his beneficial work in the community but would also be a loss to the very fabric of the society he strives to improve.

On a personal note, Beej has shown his kindness by using his own resources, such as Marriott points and funds, to house a homeless man he didn't previously know, providing shelter for over a month. He consistently donates to charities and participates in fundraisers. Always the first to offer his time or assistance, Beej's actions deeply reflect his character and willingness to help others in need, without any expectation of personal benefit.

Furthermore, I must express my deep concern and disappointment regarding the circumstances surrounding his arrest. The force and demeanor exhibited by the FBI agents during the raid were both unnecessary and distressing. Since his arrest, Beej has been very ill, physically, and mentally, and I have seen firsthand the impact it has had on both his health and that of his parents. His mother is particularly distressed, feeling partly responsible for the issues caused by the banking errors.

I fully acknowledge the severity of the charges and the guilty verdict against Beej. While recognizing the seriousness of these issues, I respectfully request the court to consider leniency in his sentencing. His actions and intentions throughout his life showcase a man dedicated to service, justice, and the betterment of society. Incarceration would not only halt these efforts but would also unjustly punish a man who has much to offer. Please allow him the opportunity to continue his work and prove his value to the community.

Thank you for your time and consideration. I trust in your judgment to recognize Beej's potential for rehabilitation and his overall positive impact on society.

Sincerely,

Mary McAnistan

Karl Northover
29 Ball Street
Northborough MA, 01532
(617) 515 2694
northover.karl@gmail.com

Dear The Honorable Judge Stearns,

My name is Karl Northover and I have been a good friend of Abhijit (Beej) Das for
30 years. I am aware of the charges made against Abhijit and would like the
opportunity to reflect on my personal experience with Beej.

When I think of Beej, the first thing that comes to mind is his sense of fairness and
kindness. This is especially true for people who can not advocate for themselves.  I
have witnessed this so many times, whether it is the person in line to bring their
family to a theme park and did not have enough money, and then Beej paying for the
difference.  Another example is a person in a customer service line being picked on
and Beej gently defusing the situation with a few kind words.  I could go on with
many examples of Beej's kind character.  I look up to Beej and he serves as a
benchmark of how I would like to interact with the world.

 I feel any community is a better place with Beej as a part of it. He has done so many
acts of kindness and outreach when he could have ignored or looked the other way.

Thank you for taking the time to read this letter. Please do not hesitate to reach out
should you have any questions or require clarification.

Sincerely,

Karl Northover

*Karl Northover*

Sumana Banerjee Northover
617-875-5223
mananorthover@gmail.com

To The Honorable Richard G. Stearns,


I am writing to provide a character reference for my first cousin Abhijit "Beej" Das, whom I have known for 48 years. Considering his recent conviction and the upcoming court proceedings to determine his sentencing, I would like to share my perspective on his character and conduct so that you may have a more holistic view of how he has lived most of his life.


Throughout the time I've known Beej, he has always demonstrated a commitment to helping others. Regardless of social status, education level, or career, I have witnessed countless people from all walks of life reach out to Beej to ask for his help. His response has always been thoughtful, and kind marked by a genuine desire to assist in any way he can.


For instance, during his recent campaign for Congress, Beej received the full support of Steel Unions 12003 and 12012 after National Grid locked them out. He hosted the workers at his hotel, Stonehedge Inn, for a luncheon where he spoke to the union members and their families, listened to their stories, and offered words of support and guidance. Beej has a strong sense of social justice and responds to those in need with an unwavering commitment to advocacy, compassion, and a sense of service.


This is just one example but the sheer volume of diverse relationships he has built throughout his lifetime is a testament to the high moral character, respect, and care that he gives to everyone who comes into his life.


The last few years leading to Beej's conviction have taken a toll on his mental and physical well-being. Despite his initial intentions to run for Congress to enact positive change, he now acknowledges the adverse effects his actions have had on his business, personal, and professional life. I kindly request that the court consider Beej's character and his longstanding contributions to society. Throughout his life, he has been a pillar of support for those in need. Beej deserves a chance to be supported in the same way he has advocated for and guided so many others. Instead of imprisonment, I urge the court to consider alternatives that would allow him to continue his positive impact and safeguard his health.


Thank you for taking the time to read this letter. Please do not hesitate to reach out should you have questions or require clarification.


Sincerely,
Sumana B. Northover

Ann Marie Pinna, Esq.
5 Thornberry Way, Poughkeepsie, NY 12603
(845) 430-6283 • ravenamp@yahoo.com

May 27, 2024

To the Honorable Richard G. Stearns:

I am writing to provide a character reference for Abhijit Das who is a dear friend and whom I've known for nearly 15 years. We met in Mumbai, India, and we have stayed friends ever since. We bonded over our shared experience in law, working for federal judges, and working as corporate attorneys in big law firms. I am aware of the charges brought against him and of the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct so that you may have a more holistic sense of his values and how he has lived his life.

Abhijit is the only child of two kind and highly educated parents who have selflessly served others after emigrating to the U.S. from India. Like his parents, Abhijit is a compassionate, supportive, generous, and kind soul. Always willing to help and empower others, Abhijit has selflessly risen to the occasion whenever any one of our friends needed support.

One of the reasons why Abhijit chose to go into politics was to help and serve others. Making a difference and empowering others in need are important values to Abhijit. He has a vision of the world as a more inclusive place for all, where humanitarian and equality concerns are addressed, and the underrepresented have a voice. Abhijit and I have had long conversations about social, economic, and political issues in the world, and he would always look to problem-solve with an eye on improving conditions for all, especially for those who were negatively affected.

I respectfully ask the Court to consider a lenient sentence for Abhijit. This is a first-time offense for him, and I do not believe Abhijit to be a risk or threat to others. Moreover, Abhijit is a thoughtful man with sound morals. This is a man who can be an active participant in working for the good of society. Finally, Abhijit has already suffered serious repercussions from his actions. More severe consequences such as prison time will not only negatively impact his spirit, but would be a waste of his skills. In contrast, having him use his talents to further improve the well-being of our society would be more beneficial. I am confident in Abhijit's integrity and high moral character and would like you to take my words into consideration during deliberations.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Respectfully,

Ann Marie Pinna, Esq.

To Honorable Richard G. Stearns,

I am writing to provide a character reference for Abhijit Das, who is my dear friend Beej and whom I have known for 23 years. I am aware of the charges brought against him and the upcoming court proceedings. I believe it is important to share my heartfelt perspective on his character and conduct so that you may have a more holistic sense of his values and how he has lived his life.

I have known Beej to be a patient, kind, and thoughtful man. He is someone who cares deeply about people and issues, and has always wanted to dedicate his life to making the world a better place. He stands out from the crowd this way. He is a loving man who is a friend to anyone in need and those who have been fortunate enough to have him in their lives know that Beej is one of those special people that can be counted on and no matter the burden will help how he is able. He has shown himself to be a man of integrity in purpose and mission, wanting his life to put his talents and skills to good use in helping as many people as possible in the most fair and honest way. His work has never been about making money or getting things, but rather about how he could become a more thoughtful, mature and impact-fully giving person. Beej is a brave man who will give you an honest opinion, phrasing it in a way that it can be most received and used for growth and development in life.

Throughout the over two decades that I have known him, there are numerous instances where his high character stood out. He is a lifelong friend who, no matter the distance or difficulty of the request, has always been there to help. He sees the best in me, my talents, my gifts and how I may serve our greater community and humanity at large. He has been a great friend in good times and hard times, giving me honest assessment, advice and encouragement to help me to help others. There are so many instances where he selflessly helped me, and those I also knew or mutual friends that I have just known this to be part of who he is. He makes the community fabric stronger wherever he goes, and lives. He sees the best in people, encourages them to strive for their next challenges and constructively make systems and practices better and more equitable. I have known him to be selfless in his giving, only wanting to make a positive difference or solve problems for people. Once, when I needed to travel to see my mother and I had suddenly injured my achilles tendon and was immobilized, I had sent a message to Beej sharing what had happened and without asking he offered to get me crutches, put everything together, take me to the airport and secure a wheelchair for me, making it possible for me to go when no one else could or would help to the degree needed. There have been several times when I had legal questions, and he patiently listened, offering non-judgmental advice and offered sage comprehensive input that helped me grow. When ever I was suffering with philosophic concerns or queries, he generously would listen and offer wise counsel and input that made me a better person. When my mother passed away two years ago, Beej went out of his way to invite me to spend time with his family, patiently listening to my stories and helping me through my intense grief. For seven years, I researched how to help local communities in the US and villages in India to end their local scarcity and suffering with not having enough money, and Beej cheered me on emotionally, spiritually and with sage intellectual counsel when many

others didn't want to hear of such tiring or heavy subjects. Today I am still working on the cause for local communities and he has been one of my greatest champions encouraging me no matter how tired, or at times hopeless I can feel in its overwhelm.

These experiences are common among those who know him, and it is clear that Beej is a good friend to everyone he meets or makes room for him. He is a man of good character, trustworthy, and genuinely caring. This makes it all the more heartbreaking to see him in his current situation, knowing the impact he has had on my life, our community in Charlestown, and the tireless efforts he has made to meet challenges and improve systems.

I ask that you consider my heartfelt words and decades of assessment of this man. Beej loves this country and its people, and he is a talented and caring individual with a heart for serving others. He lifts people up, sees the best in them, and inspires others to serve as well. I believe that sending him to prison would limit his ability to help the world that needs people like him more than ever. I respectfully request that you take my words into consideration during your deliberations and consider the impact that strict sentencing could have on Beej's ability to continue making a positive impact on his community.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,

Kristen Ragusin
617-308-6575
kristen20@startmail.com

515 Gardenia Ln
Vero Beach, Fl 32963

20+ year close friend of Beej Das
Wealth Management Advisor (Senior VP)
32 years with Merrill Lynch& Raymond James
MastersDegree from Tufts University, working on community currencies to end poverty

Honorable Judge Richard G. Stearns


Re: Sentencing of Abhijit Das

Dear Judge Stearns,

I am writing to you in my capacity as the godfather of Mr. Abhijit Das's fiancée, Kerry McAnistan. It is with a deep sense of concern and hope that I present this letter as both a character reference and a plea for leniency for Abhijit, whom I have known affectionately as Beej.

Kerry, my goddaughter, tragically lost her previous fiancé in a motorcycle accident in 2010, a profound loss that deeply affected her. After enduring such heartache, she found great happiness and solace in her relationship with Beej. The stability and joy that Beej has brought into her life cannot be overstated, and the impact of this situation on both of them is immensely distressing.

Beej has been a significant part of our extended family for many years. Over this time, I have witnessed his growth into a caring and responsible individual, who often places the needs of others before his own. His commitment to his family and community is evident, whether through his volunteering efforts, his role as a devoted partner to Kerry, or his genuine interactions with those around him.

Understanding the gravity of the situation, it is important to acknowledge that Beej's actions that led to this moment are not indicative of his character. I believe they were out of character and occurred under circumstances that he deeply regrets. He has expressed sincere remorse and has taken full responsibility for his actions, which is a testament to his inherent moral fiber.

I firmly believe that Beej is not a threat to society, and that incarceration would not be the appropriate form of punishment. It would not only be a harsh blow to his parents but also to my niece Kerry and our entire family, all of whom rely on his support and presence.

In light of this, I respectfully request that you consider a sentence that emphasizes rehabilitation rather than punishment. Beej has much to offer society, and I firmly believe that he is committed to making amends and contributing positively to the community.

Your Honor, it is my hope that in your judgment, you will see the Beej that we know—kind-hearted, diligent, and eager to rectify his mistakes. A lenient sentence would provide him with the opportunity to rebuild his life and continue to be a productive, positive force in our community.

Thank you for considering this plea for leniency. Please feel free to contact me should you require any further information or clarification.

Sincerely,

James F. Roberts

978-317-7743

Nandini Roy

132 Rosalie Rd

Newton, MA  02459

617.584.5354

diniroy@gmail.com


Date: May 22, 2024


Dear The Honorable Judge Stearns,

I am writing to offer a character reference for my cousin, Abhiji "Beej" Das. As both of us are only children, Beej has always been more like a brother to me. We grew up extremely close, sharing many experiences and values, particularly our passion for social justice and helping others. I am a middle school teacher, specializing in history and civics, and I have always admired Beej's commitment to these principles.

Throughout our lives, Beej has consistently demonstrated an extraordinary level of generosity with his time and support. He is not only my 2:00 a.m. emergency phone call but is also the go-to person for many others in times of crisis. His willingness to help anyone in need, regardless of the hour, speaks volumes about his character.

One example of Beej's unwavering support occurred when my roommate and childhood friend began battling schizophrenia. This was a frightening and uncertain time for me, but Beej was there every step of the way. He frequently checked on me and offered invaluable assistance in navigating the complex channels to get my friend the support she desperately needed. His empathy and proactive approach provided immense comfort during a very challenging period.

In my experience, Beej has always been a reliable and compassionate individual who is deeply committed to the well-being of those around him. His actions consistently reflect his dedication to helping others and making a positive difference in our family and the greater community.

I hope the court will consider this letter when determining his sentence. Beej is a first time offender. He is the linchpin to the entire family, but especially to his elderly parents who desperately need his care.

Please feel free to contact me if you require any further information.

Thank you for your time and consideration.

Sincerely,

Nandini Roy

Middle School Teacher

Jennifer Russell
Long time Friend
547 Maple St Manchester NH 03079
978-654-3081
jenrusbbc@gmail.com


June 25, 2024

I am writing to provide a character reference for Abhijit "Beej" Das, a close friend whom I have known for six years. I am aware of the charges against him and the upcoming court proceedings. I feel it is necessary to share my perspective on his character and conduct to offer a comprehensive view of his values and how he has conducted his life.

I met Beej six years ago through a lifelong friend and another longtime acquaintance who spoke very highly of him. Within a short time, I could see why they praised him. Beej is exceptionally passionate and always aims to make those around him comfortable and happy. During a challenging period when I was separating from my husband of 14 years, Beej provided unwavering support. Whether I needed a friend to talk to or guidance through a difficult situation, he was there.

Over the years, I have witnessed Beej's selflessness in action. He offers counsel and support to others, always without expecting anything in return. His dedication to helping those around him, even in the face of his own challenges, is truly commendable.

A year after my separation from my husband, I moved to Florida with my daughters in February 2020 to start anew, away from an abusive relationship. Unfortunately, just as the COVID-19 pandemic hit in March, I encountered severe financial difficulties. As a 1099 Financial Advisor, my business faltered, and I found myself on the brink of homelessness with my daughters. When Beej learned of our situation, he immediately reached out, offering financial assistance for housing and reassuring me that it's okay to need help sometimes. His generosity during this critical time prevented us from becoming homeless.

Beej's kindness didn't stop there; I have countless memories of his selfless actions, not just towards me but also others in our community. His deep commitment to making a positive change is evident in everything he does. For instance, I once accepted a position with an insurance company that turned out to be disreputable. When they tried to block my move to another company by holding onto my licenses, Beej offered his legal guidance despite his busy schedule.  His readiness to assist, regardless of his own commitments, has made a significant impact on my life and many others in our community. Beej's actions reflect his genuine desire to help. If his actions ever inadvertently caused distress, I know he would be profoundly affected by it. His presence is a cornerstone for those of us facing tough times, and his absence would undoubtedly be felt deeply.

I respectfully ask the court to recognize the positive impacts Beej has had on many lives and consider how rare it is to find someone so dedicated to the welfare of others. We desperately

need more individuals who are ready and willing to assist those who cannot help themselves. Beej has been a reliable source of support for many, providing safety to those in need.

Losing Beej would create a significant void for my children, me, and others who rely on him during challenging times. I am confident that his actions have always been guided by a desire to do good and that any mistakes do not reflect his true character. We sincerely hope that your judgment considers his positive impact and intentions.

I am confident that Beej would never intentionally harm anyone, and this situation does not accurately represent his true character.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,


Jennifer Russell
Long time Friend
547 Maple St Manchester NH 03079
978-654-3081
jenrusbbc@gmail.com

May 22, 2024

Dear The Honorable Richard G. Stearns:

I am writing to provide a character reference for Abhijit "Beej" Das, a respected friend whom I've known for ten years. As a fellow business owner in Tyngsboro, I have interacted with Beej frequently at his former hotel and restaurant. He has also supported my business throughout our friendship. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is essential to share my perspective on his character and conduct so that you may have a greater sense of his values and how he has lived his life.

Over the years, Beej has consistently demonstrated profound integrity and generosity, qualities I witnessed firsthand during a Das for Congress fundraising event that my husband, Pat, and I cohosted in November 2017. The event was held at his family's hotel. During the event, I was introduced to Beej's parents. I've always believed Beej was a great person, and after meeting his parents at the event, it became clear why he turned out so wonderfully. Their influence is evident in his character. During the event, Beej was not only professional and appreciative, but he also showed genuine care for the needs and opinions of his constituents. This event raised funds and strengthened community ties, directly reflecting Beej's positive influence and commitment to his community. His actions have always been guided by a desire to serve and uplift those around him, which is why the allegations against him were so unexpected and contrary to the Beej we know.

While organizing the event and throughout the campaign, it became evident that Beej's trusting nature and generosity might have been misinterpreted or taken advantage of by some individuals primarily interested in the personal benefits of working on the campaign rather than its success. Beej is not one to micromanage; he trusts others to uphold the same ethical standards to which he holds himself. If his actions caused any harm, I am confident it was unintentional due to circumstances beyond his control.

Beej is exceptionally kindhearted, consistently prioritizing the well-being of others over personal gain. His approach to business and personal interactions is deeply rooted in compassion rather than profit. Known for his thoughtfulness, Beej is always ready to lend an ear and offer thoughtful advice to those in need. This openness and willingness to help without passing judgment have earned him a diverse circle of friends from all walks of life, highlighting his genuine care and respect for individuals regardless of their backgrounds.

Considering these circumstances and Beej's longstanding record of community service and moral integrity, I respectfully request that the court consider leniency in his sentencing. Harsh punishment would affect Beej's ability to continue contributing positively to our community and ignore the atypical nature of the situation that led to these proceedings. His commitment to our community and his ability to positively impact the lives around him would be severely hindered by a stringent sentence.

Thank you for taking the time to read this character reference, Your Honor.

Sincerely,

MaryBeth Shanahan

Marybeth Shanahan

You are cordially invited to join us
for a wine tasting to meet

**Beej Das, our candidate for US Congress**



Come enjoy a curated selection of fine wines
from the legendary Stonehedge Cellars

Tuesday, November 28, 2017
5:30 pm - 7:30 pm

**The Stonehedge Hotel & Spa
160 Pawtucket Blvd
Tyngsboro, MA 01879**

*Hosted by*
Deb & Brian Belanger
and
Marybeth & Patrick Shanahan

Suggested Donations
$50 * $100 * $250 * $500

*To RSVP or for more information, please contact:*
Deb Belanger at **dabelanger75@gmail.com**
*or*
Marybeth Shanahan at **shanahanmb@gmail.com**

Please make checks payable to "Das for Congress"

*If you are unable to attend, please consider donating to*
**Das for Congress**
71 Jackson Street, Suite 207, Lowell, MA 01852
dasforcongress.com

May 24, 2024

Stephanie E. Stutzmann
15 Father Jacobbe Road
Boston, MA  02128
617-461-5115
sstutzmann@gmail.com

To Honorable Richard G. Stearns:

I am writing this letter to provide a character reference for Abhijit "Beej" Das, who is appearing before your court. I have known Beej for 18 years.  He is my friend and I am honored to offer my perspective on his character.

Beej and I met at the law firm of Goulston and Storrs.  A colleague who quickly became a great friend.  He helped me during my divorce back in 2007 with recommending a real estate attorney to represent me in the sale of my home.  He was always there for me.  He is a generous man with a big heart.

He is a first-time offender and I don't believe he deserve to be sent to prison.  He wouldn't be able to serve the community while in prison or be able to take care of his elderly parents.

I sincerely hope that you will take my testimony into consideration when making your decision.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,


*/s/ Stephanie E. Stutzmann*
Stephanie E. Stutzmann

43

To Honorable Richard G. Stearns:

My name is Rajan Taneja and I am the Managing Director of a hotel management company. I am writing to provide a character reference for Abhijit Das. I have had the pleasure of knowing Abhijit for almost twenty (20) years now. I understand certain charges have been brought against him and I feel it imperative that I share with you my personal experience with Abhijit which demonstrates his outstanding character.

I first met Abhijit while he was working for Hilton Hotels in India as a development manager. After working alongside Abhijit in the development and construction of certain Hilton Hotels in India, Abhijit and I quickly developed a personal friendship. From our initial interactions it was easy to see that Abhijit was a very hard working and positive individual, always going above and beyond. In particular, I have always admired his passion for connecting like minded people. Abhijit would never hesitate to go out of his way to share his network with others so that they too can be just as successful as he has been in his career.

During our initial working relationship, Abhijit appreciated that I was quite new to the real estate and hospitality industry in India. While others may not have cared to assist, Abhijit went out of his way to put me in touch with prominent land owners, developers, and consultants and he shared with me plenty of resources to ensure my success. He was always eager to share his knowledge and he consistently ensured there were many doors open for me. This empathy and openness was pivotal in my early success in India and the success of my organization.

I was admittedly shocked to hear of that Abhijit was accused of these charges. I have never heard or known of Abhijit engaging of anything of this sort in my twenty years of knowing him. I genuinely believe that these charges are not a reflection of Abhijit's true character. Abhijit has an outstanding reputation that I would stand behind and I have always found him to be positive, bright, conscientious and empathetic of others. I believe Abhijit is a man of solid character and integrity.

I am hopeful that this letter is taken into consideration in connection with any sentencing. I hope that any court provides him with the utmost leniency so that he can continue to make a positive impact on those close to him and the community more broadly. I wish nothing but the best for Abhijit and wish to see him return to his normal successful life as soon as possible.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or comments.

Sincerely,


Rajan Taneja

Managing Director

I am writing to provide a character reference for Abhijit Das, who is my closest and best friend and whom I've known for about a year. Despite the relatively short time, my perspective on Beej is very important because we spend time together five to seven days a week. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct so that you may have a more holistic sense of his values and how he has lived his life.

During the time I have known Beej, I have witnessed and experienced firsthand his qualities as a genuinely good person. For instance, he has helped me many times by providing information and mentoring to help grow my business. Beej has reached out to people with experience in my area of work to help me overcome obstacles, and he has never asked for anything in return. Additionally, he has always been there for me anytime I needed him. One significant example of Beej's character occurred when his girlfriend, my wife, and I went out to dinner. We noticed a homeless lady sitting outside at a table, and the server informed us about her situation and how she sometimes asks people for food. Without any hesitation, Beej ordered a dish for her but instructed the server not to tell the homeless lady who sent her the meal. On our way out, he simply smiled at her and told her to enjoy her meal, just as he would with anyone else. This example, more than anything, demonstrates his good character and how he consistently goes through life doing the right thing and helping others without expecting anything in return. I have observed that this behavior is not a one-time occurrence but rather how Beej lives his life.

Beej is always the first person to respond when someone needs something. For example, one time we were at a party, and I fell into a hole. Beej immediately ran towards me, forgetting about the party completely. It was more important to him to make sure his friend was okay. Even though I said I was okay several times, he insisted on checking because I was bleeding. He did not care to put the party on the side and focused solely on ensuring my well-being. There was another time when I was a victim of racism, and Beej immediately jumped to defend me without a second thought. His willingness to help and protect others is a testament to his selflessness and bravery.

Beej lives his day by working on many things that should drain him mentally and emotionally by the end of the day. However, he somehow manages to still have the energy to listen to me and help me with whatever I or anyone else needs when we finally meet at the end of the workday at the pool. This shows his unwavering dedication to his friends and his incredible capacity for empathy and support.

Moreover, Beej always sees the good in people. I have witnessed instances where people spoke negatively about others, and instead of joining in, Beej studied the situation and tried to find a reason for the person's actions. He believes people aren't inherently bad but sometimes make decisions due to life's circumstances, which doesn't necessarily mean they are bad. This perspective highlights his compassionate and understanding nature. People naturally gravitate toward Beej because of his genuine goodness and the positive energy he exudes. His presence has a magnetic quality that draws people in and makes them feel valued and understood.

I kindly ask the court to consider the consequences that strict sentencing would have on Beej's life and the lives of those around him. He brings so much to the community, his family, and friends, and his absence would be deeply felt. This is a first-time offense and is out of character for how Beej normally lives his life. I am confident in Beej's integrity and high moral character, and I would like the judge to take my words into consideration during deliberations.

**Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.**

**Sincerely,**

**Juan Carlos Barrera Velez**
**President**
**Our Property Team LLC**
**(561) 946-8067**
**juancarlos@ourpropertyteam.com**