# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>     Defendant | Crim. No. 1:21-cr-10200-RGS |

### DEFENDANT ABHIJIT DAS'S ASSENTED TO MOTION FOR LEAVE TO FILE A LETTER OF REFERENCE UNDER SEAL RELATED TO HIS SENTENCING

Defendant Abhijit Das respectfully moves this Court under Local Rule 7.2 to file, under seal, a letter of reference related to his sentencing, in further support of his Sentencing Memorandum. Mr. Das's Sentencing Memorandum itself and its Exhibit A have been filed publicly. *See* ECF Nos. 183; 183-1 (Ex. A, Letters of Support). The letter and its enclosures that Mr. Das seeks to seal discuss sensitive and confidential health matters related to Mr. Das's family, and, therefore, it is appropriate that the document be filed under seal. Mr. Das will provide the Government and Court with the sealed document. Mr. Das requests that the document remain under seal until further order of the Court. If the Court grants leave to file the document under seal, Mr. Das will separately file it in ECF. The Government assents to this motion.

Dated: July 16, 2024

Respectfully submitted

Abhijit Das, by his counsel:

/s/ *Michael Kendall*
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO #709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
abigail.mahoney@whitecase.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1**

The undersigned counsel hereby certifies that counsel for the Defendant has conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government assents to this motion.

*/s/ Michael Kendall*

**CERTIFICATE OF SERVICE**

I, Michael Kendall, hereby certify that on July 16, 2024 I cause a true and accurate copy of the above document and its exhibits to be served on counsel of record by CM/ECF.

*/s/ Michael Kendall*