## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

     v.

ABHIJIT DAS,

     Defendant

**Crim. No. 1:21-cr-10200-RGS**

### DEFENDANT ABHIJIT DAS'S SUPPLEMENTAL EXHIBIT
### IN FURTHER SUPPORT OF HIS SENTENCING MEMORANDUM

Defendant Abhijit Das respectfully submits this Supplement in support of his Sentencing Memorandum, ECF No. 183.  Enclosed as Exhibit B to Mr. Das's Sentencing Memorandum, please find additional letters of support submitted by Mr. Das's family and friends for the Court's consideration.

Dated: July 17, 2024

Respectfully submitted

Abhijit Das, by his counsel:

/s/ *Michael Kendall*
Michael Kendall (BBO # 544866)
Abigail Mahoney (BBO #709427)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
abigail.mahoney@whitecase.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael Kendall, hereby certify that on July 17, 2024, I caused a true and accurate copy of the above document and its exhibits to be served on counsel of record by CM/ECF.

*<u>/s/ Michael Kendall</u>*