# EXHIBIT B

**Sunder Aaron**
Dempo Niwas Villa
House 189C8,
Panaji, Goa, INDIA
403001
Tel. +91-98-204-51805
email: sunderaa@gmail.com

To Honorable Richard G. Stearns:

I am writing to provide a character reference for Abhijit Das who has been my good friend, a good man whom I've gotten to know very well in our interactions over nearly 20 years. I am aware of the charges brought against him and the upcoming court proceedings and I believe it is important to share my perspective on his character and conduct so that you may have a more complete and real sense of his values and how he has lived his life.

Abhijit (or "Beej", as he's best known) was a passing acquaintance for more than a year. As two of the few Americans who were living and working in Mumbai, India, it was hard not to cross paths from time to time in social circles, but those interactions were always superficial. One evening, Beej sought me out from across the room at a party, and made it a point to take me aside, and speak with me candidly. What he said made me think: "*We've got a really vacuous relationship, haven't we?*"

His words made me think, they struck me, and affected me straight to the heart. What he said was true too, we people, and especially expats, tend to circle each other in a city like Mumbai, all in pursuit of our own interests and cloud out all those around us. We touch each other, but we don't really, truly connect. That's what Beej was calling out. You see, it wasn't enough for him to know me on such a trite level. He wanted something real, and he was challenging me to join him in that way. I was truly moved and spent the evening with him really connecting on a truly human basis. But the evening didn't end there...

We decided to call it a night, and when I was pulling out of the restaurant in my car, another car and driver side swiped my car, and then tried to rush away. The hotel staff prevented the driver from leaving, and once he stepped out of the car, itbecame clear that he was drunk. By now, itwas well past midnight, so I was really troubled and felt completely alone. Rather than leaving to go home, Beej insisted that he remain with me, and accompanied me to the police station to file a completereport and report the drunk driver. Indian police can be trying in the best of times, but at nearly 2am on a Saturday night, this wouldmake it a long night. No matter what, Beej stayed with me until nearly 5am in the morning, stuck by my side to make sure I didn't feel alone.

From that evening on, Beej became one of my closest friends, a trusted confidante, someone I was always able to rely upon! That initial experience told me so much about Beej's character, not only as an advocate for his friends, but also as someone who could truly be counted upon for his integrity and his support.

Over the next (nearly) 20 years, I got to know Beej very well, and understand his personality and depth of character. You see, Beej is someone who always wanted to help others, and make the world better for those around him. Despite being a very successful businessman (property development, hotels), he deprioritized all that and decided to run for Congress. I found this

perfectly within his character to do so, and of course, for him to want to start with those in his own district! I believe that his exuberance to serve led him to leap into the political world without any experience, nor the proper guidance. But that's Beej: He just wanted to get things done, even if it meant he had to do it himself.

I have dozens of stories about Beej and my positive experience with him. I've observed that his friendship with me and others became a real asset in all our lives. I understand Beej's character, and truly know that he would never knowingly hurt anyone else or take advantage of them. More than anything, Beej is a good man that can continue to contribute to the lives of others, and of course, to society as a whole.

May I ask you to please consider a reduced sentence for Beej? He can be a valuable contributor to thecommunity, so I pray that Beej is allowed to get back to his life sooner than later. That would allow him to make amends to any who he has injured through poor, uninformed decisions that led to inadvisable actions. Pleaselet him get back to who he really is: a man who is positive, caring and wants to add value to the lives of others. If Beej is locked away for long in prison, it will send the wrong message -- he's a man who wanted to do good by taking public office; he was not motivated to gain a public profile, or become wealthy through the position. Please also take into account that Beej's actions were a first time offense and that he didn't deeply harm any individuals.

Thank you for taking the time to read about my experiences and opinion on Beej. I'm happy to provide this reference of his character, and would be even more pleased to make myself available should you have further questions for me.

Sincerely,


Sunder Aaron

Alexander Baez

30 Seaview Palace, Nargis Dutt Rd., Pali Hill, Mumbai-400050

India

729 Espelette Pl., Montebello, Ca. 90640

USA

Tel. +91-9820231222 / +13234405105

email: alex.baez1@gmail.com


To Honorable Richard G. Stearns:


I am writing to provide a character reference for Abhijit Das (Beej).

Beej as all of his dear friends foundly know him as has been more like a Brother than a friend.

To be perfectly honest with you Your Honor just writing this note is difficult to do. I am aware of the charges against him , and as I am a Man that believes no one is above the law I can't help but think how he arrived to this point. The irony being that Beej is a Man of the Law and dedicated a part of his life to defending it. This whole situation saddens me just as much as it angers me. Angers me that he's made some bad decisions (unknowingly imho) that could affect the rest of his life. You see Your Honor Beej is a Good Man and I've come to this understanding almost 20 years ago. We met in Mumbai India through a common friend. We became fast friends as his zest for life and infectious laughter immediately grabbed my attention. Being that Mumbai is a very superficial place to be especially in the small expat community. I knew I had found a genuine soul in Beej. This small story may sound trivial and silly , but I knew he was a great friend when I accidentally deleted another friend's entire playlist way back when iPods were around. The friend of mine wanted his iPod back the next morning and I didn't know what the heck to do !?? I had no clue how to retrieve it nor wasn't (still not) tech savvy on how to fix the problem. I went to Beej's house and asked for his help ! That afternoon/evening Beej was busy with a prior commitment (an important one no less). But he saw the desperation in my face and in my voice. He canceled his commitment and worked on retrieving the music all night !!! At this point in time Beej and I were not solid friends yet. But he came through for me and sorted out my problem. He could've very well just said to me "Alex I'm sorry buddy but I can't help you". But he didn't , he saved my you know what ! Now as I mentioned I know this sounds like a silly and trivial story but it taught me something very valuable, that good, genuine people are hard to come by. The

funny thing is there were eventually many more stories that followed this one where Beej has always been present and helpful as a true and dear friend. But Beej was not just like this with me … He was a great friend to many people and everyone always has great things to say about his Character and Integrity. I have a deep level of respect for anyone who takes care of their Parents and Beej and I also share these same values. Please consider all the positive things he's done in his life and how's he's been a positive Role Model in his community.

My apologies for the rambling but it's important for you Your Honor to know what type of Human-being Beej is.

I truly believe a minimal sentence would be just. Especially this being his first offense. He is a good man and deserves to get back to his life of serving and being a positive influence on society and his community.

Thank you for taking the time to read my opinion on Beej.

Sincerely,

Alexander Baez

Jharna Banerjee
56 Stevens Terrace, Randolph MA 02368
781-961-2077
jharnabanerjee1213@gmail.com

Dear The Honorable Judge Stearns,

I am writing to provide a character reference for Abhijit Das who is my nephew and whom I've known his entire life (50 years).

As a retiree, I dedicated many hours to volunteering for his Congressional campaign, hosting fundraisers, and making countless calls to community members. I did this not out of obligation, but because I believed in Beej and still do. When Beej decided to involve Toby Chaudhuri, I was concerned. I have known Toby and his family for most of his life, and without delving into specifics, Toby has a less-than-stellar reputation in our South Asian community. Beej, however, unaware of these nuances, saw Toby's political career as a potential asset. Beej believed Toby's expertise and background (as it was portrayed to him) could offer invaluable support and guidance as a first-time candidate. Trusting in Toby's experience and assurances, Beej extended him a position on his team—a decision that I suspect he now deeply regrets.

Beej has always been someone who has reached out to me on several occasions to offer his support. These outreaches were always of his own accord and completely unexpected. For example, I remember a couple of instances in which he shipped me a new fridge because mine was old or new leather furniture because I had expressed interest in buying chairs. These actions reflect his innate desire to give back and uplift those around him, embodying the essence of who Beej is and how he chooses to live his life. His generosity extends beyond material goods; Beej readily offers second chances at life to those who need it the most, advocates for others, provides employment opportunities, and readily lends a helping hand whenever possible. This genuine commitment to making a positive impact underscores Beej's character, and it fills me with pride to call him my nephew.

Judge Sterns, I implore you to deeply consider Beej's exemplary character and the integrity with which he has conducted much of his life as you deliberate. I am genuinely concerned that imprisonment or an excessively harsh sentence would inflict irreparable harm on Beej's mental and physical well-being. Preserving his place within the community will not only honor his contributions but also ensure that he continues to positively impact the lives of those around him.

Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,

Jharna Banerjee

Natalie Bourassa
527 Pawtucket Boulevard
Apt 709
Lowell, Ma 01854
978-779-8933
nbourassa@aol.com


7/10/2024

Dear The Honorable Richard G. Stearns,

I am writing this character reference in support of my friend, Abhijit "Beej" Das. I want to bring to light the kind of person that he is despite the grave allegations that he has faced in recent times. I have known Beej for nearly the past six years. He is a true gentleman and has always been true to his words. His professionalism and enthusiasm have led to many good works in society.

I first met Beej at Stonehedge Inn and Spa in Tyngsboro, MA. He was working on a night I went in for dinner with friends. He was professional and exceeded customer service expectations. I admired how personable he was with all customers. Everyone who entered the restaurant knew him by name and engaged in small talk.

I am aware of the charges that Beej has been convicted of and their consequences. Considering the situation, I would like to ask you to consider leniency during his sentencing. Beej is an only child, and this is his first offense—wholly out of character with the life he leads. He is courteous and deeply devoted to his family.  It is very important for him to be able to spend the most time he can caring for and helping his elderly parents.

I attended the trial on the last day and was present for the closing remarks. I was shocked and deeply saddened by the verdict. It was horrible to see Beej and his elderly parents overwhelmed by such despair. Beej is a genuinely good man, and he does not belong in prison.   His kindness is such that he would literally give you the shirt off his back.

Please take this character reference into consideration before delivering any sentence. I am sure we will see his positive contributions bringing abundant results to our society again.

Please do not hesitate to reach out should you have any questions or require clarification.

Sincerely,



Natalie Bourassa

Dear Honorable Judge Stearns:

My name is Dr. Mukti L Das, I am a Fellow of the American Society of Civil Engineers and Abhijit's father. Abhijit and I spent his formative years and several years working as professionals together. From age 10, Abhijit helped me develop an industry leading structural engineering software program. Clients and projects we worked on together include GE's Jet Engine plant in Lynn, Logan Airport's Terminal A, and the Moakley Federal Courthouse.

I am surprised by the allegations made against him for campaign violations. While I will not go into that in detail, I do believe the manner in which he is portrayed in the charges made against him are contrary to what people close to him know him as. I am writing this short note to apprise you of his personal qualities as I saw and nurtured him to become the person he is.

Abhijit is our only son and both my wife and I have taught him to be kind, responsible and helpful to others in need. Abhijit is honest and truthful and has frequently willingly given his time and labor to help those who have sought his help. Sometimes he has given free legal services also to people that did not have the resources to pay.

The criminal charges that were levelled against Abhijit have been challenging and stressful for our family. It also triggered many health problems and issues that I am currently under doctor's supervision for. I and my wife rely on Abhijit for our health and many other essential needs that elderly parents have. As aged parents I cannot think of not having him with us. His absence will negatively impact us in many ways, and I am not sure I or my wife can survive it. Therefore, I respectfully ask you to please consider my situation as you decide on his sentence, so that our lives are not further disrupted. I appreciate and thank you for your kind attention to my request as an aged parent of an only child.

Respectfully,

*Mukti Das*

Mukti Das

Sibyl Pappas
3337 Whippoorwill Point
Virginia Beach, VA 23452
spappas001@yahoo.com
757-402-0695

June 11, 2024

Honorable Richard G. Stearns
U. S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Your Honor,

I am writing this letter to serve as a character witness for my childhood friend, Abhijit Das, who is currently involved in a criminal case before your court. My name is Sibyl Pappas, and I have known Abhijit for over 35 years, having grown up together both with immigrant parents and attended the same schools. I am aware of the gravity of the charges against him, and I wish to provide you with my perspective on Abhijit's character, which I hope will aid in your consideration of his case.

From a young age, Abhijit has consistently demonstrated qualities of kindness, integrity, and a strong sense of responsibility. We have shared countless experiences together, and throughout these times, Abhijit has always shown a remarkable ability to empathize with others and provide support when needed. His compassionate nature is evident in how he treats friends, family, and even strangers. I have witnessed numerous instances where Abhijit went out of his way to help others, including myself, or simply being there for friends during difficult times.

Abhijit's academic and professional journey also speaks volumes about his character. He has always been diligent in his studies, earning respect from both peers and teachers for his dedication and hard work.
It was during this time that Abhijit encouraged me to pursue journalism and join the school newspaper.  Having spent many hours at the Das family kitchen table, I saw firsthand how hard work and adding value to society were revered. The Das family acted as a unit, focused on making their family business a success.  Abhijit spent any available time helping his family business.

I understand that Abhijit is facing serious allegations, and I do not intend to downplay the severity of the situation. However, I firmly believe that the Abhijit I have known for all these years is a person of good moral character who is committed to living a life of honesty and service to others. I respectfully ask that you consider my testimony as part of your deliberations and consider the positive contributions Abhijit has made to our community.

Thank you for your time and consideration.

Sincerely,

*Sibyl Pappas*

Sibyl Pappas

Amit Sarin
269 Sunol Street
San Jose, CA 95126
Cell: 415-596-3958
Email: amitsarin@gmail.com

Date: July 12, 2024

Dear The Honorable Judge Stearns,

I am writing to provide a character reference for Abhijit "Beej" Das who is currently involved in legal proceedings. I have known Beej for 20 years, having met him after I finished my undergrad at Brown University and began a friendship with his cousin, now my wife.

Beej was an older cousin to my then friend, but I quickly realized how much more he did for her and for their entire family unit. In a large, very connected family, Beej was one of the elders of his generation and he played an incredible role of friend, confidant, mediator, all the while being one of the friendliest people I've met. He was someone I connected with immediately, enjoying my time with him and the immediate respect and love I felt when I was with him. He was an elder and someone I looked up to as a recent college graduate who provided for and care for his family and community.

I've since built a strong personal relationship with Beej. We share our love for trying to make this world a better place, caring about how different people see the world, fighting injustice, and trying to create a better life for our families. After several years of youth community organizing, I decided I wanted to back to grad school and Beej was one of the people I looked to who melded political belief, outcome based actions, while building a career. I went to MIT for urban planning and eventually worked for a Fortune 50 and the Obama Administration, doing sustainable finance for affordable housing. Beej remained someone I would discuss how the world worked and how to make a positive impact through these years. I know that whenever I speak with Beej, I will get honest, thoughtful, and considerate discourse and learn something. I know that he is genuine in his interest in doing good and leaving places and people better than he found them. I know that he is a loving human, who like all of us, occasionally makes mistakes.

While these character traits may not have direct relevance to the case at hand, I would ask that you consider the man that Beej is, who he is to his friends/family/community, and the value he brings to the world when you are determining his fate in this case. I understand the mistake Beej made and recognize the importance of campaign finance

regulation (especially as a former presidential fellow), but I also try to separate the technical from its impact and the larger picture of the value a human brings to the world. I strongly believe Beej's actions on a daily basis and his love for bringing positive change to the world and those he interacts with has a profound impact on all of us—directly or through inspiration, and I hope he can keep bringing this light.

Thank you for taking the time to read my testament to Beej's character and the impact of his actions to the community at large.

Sincerely,


Amit Sarin

Suparna Banerjee Sarin
820 Pacific Ave
San Jose, CA 95126
Cell: 617-470-2599
Email: sbanerjee1210@gmail.com

Date: July 12, 2024

Dear The Honorable Judge Stearns,

I am writing to provide a character reference for Abhijit "Beej" Das who is currently involved in legal proceedings. Abhijit is technically my cousin but really he is my big brother.

Mukti Das, my uncle, Beej's father immigrated here in the mid-70s. He came here on his own academic merit however it was not enough for him to come on his own, his vision was to bring his entire family including all of his 8 siblings and their family, and he did. We refer to Beej as "Babu Dada," which means big brother. Babu Dada grew up in a home where he shared a small space with all of his aunts, uncles and cousins, and helped them with any and everything they needed to thrive in the US.

I am the daughter of an immigrant electrical technician father and a mother who worked a clerical position for an insurance company. They were the only ones in the family who were not educated in this country. It was hard for them here. We were working class in the US. I didn't know this then, but I know now that we were paycheck to paycheck. My parents were very strict. Babu dada loved who I was and where I came from but also knew how it was limiting and difficult for me. When I was 20-30 years old, and being "the perfect first generation Indian immigrant daughter" living with my parents, Babu dada handed me keys to his apartment and told me to show up anytime. He even made it a point to tell me when he wasn't around so I could have the whole place to myself. He knew! I never had to tell him, but he knew exactly how I was suffering and how he could help and he solved it. That's who he is to me and many others. He has incredible connections to people and read what they need, and if there is anyway for him to intervene and help, he does. That is precisely the cloth he is cut from and that is who he is.

Judge Sterns, thank you for taking the time to read this. Babu dada is very special to many people, including me, and I believe he understands he made mistakes along the way and has learned and has been extremely humbled from them. I hope you can consider what he means to his people and community at large as you make your ruling.

Sincerely,
Suparna Banerjee Sarin

To The Honorable Richard G. Stearns:

Good day – I am writing you today to provide a character witness for Abhijit Das – someone I have known since the 1990s and was probably my best friend from undergraduate college at Middlebury College in Vermont. Beej was my best man at my wedding in the late 1990s and I consider him to be a good friend and good person. I am aware of the charges and findings brought against him in court, but I wanted to share my view of his character and my perspective of him as a person.

I first met Beej when we were housed on the same hallway in a college sophomore dormitory. I did not have a large group of friends at the time as I was at the school on significant scholarship and Middlebury tends to have a student body of significant means and family background, which was definitely not my background. Beej immediately became a great friend, confidant, and support at college. He always reached out to everyone, in spite of socio economic status, whether or not someone was a scholar, bookworm, athlete, social butterfly or introvert. That was the first characteristic that came to me – Beej is a genuine altruist and honestly cares for the wellbeing and success of others. He quickly became the glue in a diverse group of friends that we are still in touch with to this day in spite of the fact that we now live in different parts of the world and do vastly different things. I believe that is why Beej was interested in political science – he wanted to help the people around him. While I went off to do science things, Beej continued at Michigan and I distinctly remember his enthusiasm and continued expansive network of friends and colleges he developed in Ann Arbor when I visited. This is the Beej I know – a man who would give anything to help another, someone with a truly good heart and so much to offer to the world.

I'm writing to share this brief snapshot into a person I consider a close and true friend. I understand, as I do believe Beej does as well, the consequences of actions. But I'm also aware of the fact that Beej is not someone who has ever been in such a situation and has no history of such considering this is a first-time offense. I know that you have a wide range of sentencing options and I would ask that you consider these mitigating factors. As I outlined above, my view of Beej is that he is a genuinely good person who never seeks to hurt or take advantage of others, but has always been someone who represents inclusion, acceptance, and above all altruism. I know that Beej has so much more to offer the world. I have always felt that he has high moral character and that a single mistake should not define one's entire future in our community, therefore, I'm asking that you consider this in deliberations.

I would like to express sincere thanks for taking the time to review this character reference letter and considering the contents herein. Please do not hesitate to contact me if you have any questions or require further information.

Sincerely,

Eric Simpson, P.G., LSP
20 Olde Carriage Lane

Douglas, MA 01516

CONSTANTINE ARCHIMEDES VALHOULI
SIARGATAN 11, LGH. 1203
118 27 STOCKHOLM, SWEDEN

July 12, 2024

The Hon. Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Ste. 2300
Boston, Mass. 02210

Dear Judge Stearns,

Circumstances prompt this letter on behalf of my childhood friend, Abhijit ("Beej") Das.

By way of background, we have been friends for over 45 years. We met in kindergarten at Pike School in Andover, Mass. and remained classmates through graduation from Brooks School in North Andover. More than four decades on, the qualities which first impressed me continue to define Beej: empathy, kindness, idealism, and generosity of spirit. Over time, I would add intellectual curiosity, stewardship, and civic responsibility.

At Pike and Brooks, Beej was both respected and well-liked by our fellow students and the faculty. He was a top student but wore his learning lightly. As second-generation Americans, we navigated not only the academic challenges of a demanding program, but the questions of unspoken acculturation as well: *What does it mean to be a hyphenated American? How can we honor our heritage and give back to our country of birth?* His wonderful parents, an engineer and a college professor, opened their home to our group of friends. Their stories of emigrating from Germany and India and finding their footing in the United States echoed the stories of other parents in that group, including my own. For his part, Beej introduced me to both Monty Python (I recall laughing so hard at the Latin conjugation scene in *The Life of Brian* that we nearly asphyxiated) and Bon Jovi (of which the less said, the better). More importantly, Beej added to our collective school experience: he was one of those rare souls who always encouraged others, truly celebrated their successes, and could always be counted on for consoling words or thoughtful advice when our reach exceeded our grasp. The importance of this precocious kindness, at that critical time in our young lives, cannot be overstated.

Hints of who he would become emerged in his college years. Beej majored in Political Science at Middlebury College, studied law at the University of Michigan, and clerked with the U.S. District Court Judge Benson E. Legg. For Beej, law was not merely what he did, but who he was. The humanistic principles instilled in us at Pike and Brooks informed his core beliefs. His desire to give back through his run for Congress was both an extension of these beliefs and an expression of his commitment to stewardship.

CONSTANTINE ARCHIMEDES VALHOULI
SIARGATAN 11, LGH. 1203
118 27 STOCKHOLM, SWEDEN

I will never forget the event at which Beej launched his Congressional bid. For him, it was clearly the next phase of an idealist's journey, an opportunity to put his legal experience to a legislative use. His friend were thrilled at the possibility of seeing someone as kind and principled as Beej represent Massachusetts in Congress. But all of this paled beside the pride on his parents' faces. It must have been the culmination of the entire immigrant experience, another way of giving back to the country which had given them so much.

None of us there could have imagined that the beginning of his political life would also be its untimely end.

It has been a privilege to grow up alongside a friend such as Beej, to have had the benefit of his kindness and insight through the most formative experiences of my life. I hope that this letter offers a fuller picture of his interior life and of the positive effect he has had on others. As you consider sentencing, if it is at all possible, given that this is a first offence, may I request that that the minimum or alternative option be applied.

Respectfully,

*Constantine A. Valhouli*

Constantine A. Valhouli

**To Honorable Richard G. Stearns:**

**My name is Jennifer Yuil-Steinberg. I first met Abhijit (Beej) Das thirty-seven (37) years ago when we were 14 yrs old and Sophomores in High School.  We have remained friends because Beej has always been a reliable, dedicated, trustworthy and empathetic friend to me and to my family.**
**I am aware of the charges brought against him and the upcoming court proceedings. I believe it is important to share my perspective on his character and conduct so that you may gain some insight on the person I know.**

**As our high school newspaper editor, Beej focused on advocating for those who didn't have a voice. He brought key issues to the forefront and showed his staff (including me) how to think beyond ourselves. In college and in law school, Beej worked hard to gain the necessary experience and credentials to put his advocacy into action. For example, Beej helped a local restauranteur retain their business by advocating on their behalf when others  wouldn't take the time to work with them.**

**Beej continues to support local charities and organizations and has not wavered from his passion and commitment to advocate for others.**

**I hope you will consider a lenient sentence for Beej in light of his character and the contributions he has made and continues to make within the community.**

**Thank you for taking the time to read this character reference letter. Please do not hesitate to reach out should you have any questions or require clarification.**

**Sincerely,**

**Jennifer**

**Jennifer Yuil-Steinberg**
**617.852.7988**
**Jgyuil@gmail.com**
**3212 NW 60 Street**
**Boca Raton, Florida 33496**