UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABHIJIT DAS,<br><br>    Defendant. | Crim. No. 1:21-cr-10200-RGS |

### DEFENDANT ABHIJIT DAS'S NOTICE OF APPEAL

Defendant Abhijit Das appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on July 23, 2024. Mr. Das appeals from the verdict of the jury and sentence on all counts.

Dated: July 24, 2024                                  Respectfully submitted

                                                      Abhijit Das, Pro Se:

                                                      _____
                                                      Abhijit Das
                                                      Troca Global Advisors LLC
                                                      6 Liberty Square, Suite 410
                                                      Boston, MA 02109
                                                      Email: adas@trocaglobal.com
                                                      Phone: 617-231-6551